# EXHIBIT A

CASE ASSIGNED TO
JUDGE JON J. SHINDURLING

2009 APR 29  PM 4:21

Curt R. Thomsen, Esq., ISB #2072
T. Jason Wood, Esq., ISB #5016
THOMSEN STEPHENS LAW OFFICES, P.L.L.C.
2635 Channing Way
Idaho Falls, ID 83404
Telephone (208) 522-1230
Fax (20 ) 522-1277

Attorneys for Plaintiff

## IN THE DISTRICT COURT OF THE SEVENTH JUDICIAL DISTRICT OF THE

## STATE OF IDAHO, IN AND FOR THE COUNTY OF BONNEVILLE

| | |
|---|---|
| MELALEUCA, INC., an Idaho corporation, )<br><br>Plaintiff, )<br><br>v. )<br><br>RICK FOELLER and NATALIE FOELLER, )<br><br>Defendants. ) | Case No. CV-09-2616<br><br>COMPLAINT AND DEMAND<br>FOR JURY TRIAL |

COMES NOW plaintiff Melaleuca, Inc., by and through counsel of record, and for cause of

action against Defendants, alleges as follows:

1.      Melaleuca, Inc., is an Idaho corporation with its principal place of business in

Bonneville County, State of Idaho. Bonneville County, State of Idaho is the place of principal injury

or damage related to the actions of Defendants therein.

1 -    COMPLAINT AND DEMAND FOR JURY TRIAL

2      Defendants Rick and Natalie Foeller are residents of Ontario, Canada.

3      Defendants have maintained business contacts with the State of Idaho, out of which arise of operative facts pertaining to the present action, have contracted with Melaleuca, Inc., in the State of Idaho, have been trained in the State of Idaho, and have sent money to and received products and substantial commissions from the State of Idaho. Defendants are therefore personally subject to jurisdiction of the courts of the State of Idaho pursuant to Idaho Code §5-514 and the due process clause of the Fifth Amendment to the United States Constitution.

4.     Defendants have committed tortious acts directed at Melaleuca, Inc., in the State of Idaho, and have intended to and have caused damage to Melaleuca, Inc., in the State of Idaho. Defendants are subject to jurisdiction of the courts of the State of Idaho for this additional reason, pursuant to Idaho Code §5-514 and the due process clause of the Fifth Amendment to the United States Constitution.

.      Defendants have expressly consented to personal jurisdiction by the Courts of the State of Idaho over disputes such as this one, which turn on violations of Melaleuca's contractual prohibition against Marketing Executives recruiting Melaleuca Customers for another business.

5.     On or about September 15, 1999, Defendants entered into an Independent Marketing Executive Agreement (IMEA) with Melaleuca, Inc., and Defendants functioned thereafter as independent contractors acting through the agreement with Melaleuca, Inc. Defendants agreed to comply with and honor the IMEA terms and conditions, as well as Policies, as they were in existence, and as further amended, both during their relationship with Melaleuca, and, with respect to some Policies, after any termination of the Independent Marketing Executive Agreement relationship.

7       In November 2008, Defendants terminated their IMEA. Shortly thereafter, Melaleuca notified Defendants that they had violated the terms and conditions of that agreement. The activities of Defendants before and since November 2008 have been directed at Melaleuca, Inc., with the intent to interfere with Melaleuca, Inc.'s agreements with its other Independent Marketing Executives (IME's) and/or Customers.

8       Defendants have, in violation of their agreements, and in violation of controlling law, used confidential and proprietary business information and trade secrets in an effort to raid their former business organization's IME's and Customers and to persuade those persons to leave Melaleuca and go to their new business in Max International ("Max"). Defendants willfully violated the policies of Melaleuca, Inc., in their activities, including Policy 20, concerning non-solicitation of Melaleuca Marketing Executives and Customers, and policies prohibiting the use and dissemination of confidential and proprietary information, and intentionally and tortiously interfered with Melaleuca, Inc.'s agreements with other Melaleuca IME's and/or Customers.

9.      The actions of Defendants have caused, and will continue in the future to cause, injury and damage to Melaleuca, Inc.'s business and will result in loss, damage or other effects as intended by Defendants. Melaleuca, Inc., is entitled to recover from Defendants all past and future costs, damages, and losses incurred as a result of the improper actions of Defendants, in an amount to be proven at the time of trial or at the time judgment is requested.

10.     The amount in controversy is in excess of $10,000, and is otherwise sufficient to confer jurisdiction in the District Court and not the Magistrate's Division of the District Court.

1 .    Melaleuca, Inc., is further entitled to an order from this Court enjoining Defendants from violating their agreements with Melaleuca, Inc., to include actions in recruiting Melaleuca independent Marketing Executives, clients and Customers in contravention of their agreements. The actions of Defendants have caused, and will in the future cause, irreparable injury and harm to Plaintiff.

1 :.    Melaleuca, Inc., is further entitled to recover its attorney fees and court costs incurred therein in prosecuting this action pursuant to Idaho Code sections 12-120 and 121, and per the controlling agreements.

WHEREFORE, plaintiff Melaleuca, Inc. requests the judgment, order and decree of this court against Defendants, as follows:

1    For judgment against Defendants for past and future costs, losses and damages sustained by Melaleuca, Inc., as a result of the improper and unlawful actions identified above;

2    For a preliminary and permanent injunction directing Defendants to cease and desist from raiding Melaleuca independent Marketing Executives, clients and Customers, for the time periods agreed by Defendants, which time period should begin to run from the time of judgment in order to give Melaleuca the compliance agreed, for the time period agreed, without violation;

3    For an award of Plaintiff's attorney fees;

4    For an award of Plaintiff's cost of suit incurred therein;

5    Plaintiff reserves the right to seek punitive damages under the provisions of Idaho statute by subsequent motion and order; and

---

4 -    COMPLAINT AND DEMAND FOR JURY TRIAL

6.      For such other and further relief as the court deems just and equitable under the
circumsta nces.

D ATED this 29th day of April, 2009.

THOMSEN STEPHENS LAW OFFICES, P.L.L.C.

By: _____
        T. Jason Wood, Esq.

## DEMAND FOR JURY TRIAL

Plaintiff Melaleuca, Inc., requests trial by jury of not less than 12 persons as to all issues
triable to a jury in this matter.

DATED this 29th day of April, 2009.

THOMSEN STEPHENS LAW OFFICES, P.L.L.C.

By: _____
        T. Jason Wood, Esq.