# EXHIBIT D

Curt R. Thomsen, Esq., ISB #2072
T. Jason Wood, Esq., ISB #5016
THOMSEN STEPHENS LAW OFFICES, P.L.L.C.
2635 Channing Way
Idaho Falls, ID 83404
Telephone (208) 522-1230
Fax (208) 522-1277

Attorneys for Plaintiff

IN THE DISTRICT COURT OF THE SEVENTH JUDICIAL DISTRICT OF THE

STATE OF IDAHO, IN AND FOR THE COUNTY OF BONNEVILLE

| | |
|---|---|
| MELALEUCA, INC., an Idaho corporation,  )<br>)<br>Plaintiff,  )<br>)<br>v.  )<br>)<br>RICK FOELLER and NATALIE FOELLER, )<br>)<br>Defendants.  )<br>_____) | Case No. CV-09-2616<br><br>RESPONSES TO DEFENDANT'S FIRST REQUESTS FOR ADMISSIONS |

Plaintiff Melaleuca, Inc., by and through counsel of record, responds to the Defendants First Set of Interrogatories; Requests for Production and Requests for Admission, as follows:

### PRELIMINARY STATEMENT

These responses are made solely for the purpose, and in relation to, this action. Each response is given subject to all appropriate objections (including but not limited to objections concerning competency, relevancy, materiality, propriety, and admissibility) which would require the exclusion of any statement contained herein if the request were made of, or any statement

1 -    RESPONSE TO DEFENDANTS' FIRST REQUEST FOR ADMISSIONS

contained herein, were made by, a witness present and testifying in court. All such objections and grounds therefore are reserved and may be interposed at the time of trial.

## RESPONSE TO REQUESTS FOR ADMISSIONS

**REQUEST NO. 1**: Admit that You can readily obtain Melaleuca's records regarding distributor sales.

**RESPONSE:** Objection. "Distributor sales" is vague, ambiguous, and unintelligible. Plaintiff is therefore unable to admit or deny this request and on that basis denies the same.

**REQUEST NO. 2:** Admit that Melaleuca's records regarding distributor sales are sufficient to determine the legal damages that Melaleuca may have suffered as a result of Defendants' alleged actions.

**RESPONSE:** Denied.

**REQUEST NO. 3:** Assuming that the allegations in Your complaint are correct, which Defendants expressly deny, admit that upon reasonable inquiry the total value of the money damages and/or the dollar value of any injunctive relief that Melaleuca might recover is in excess of $75,000.00, exclusive of any interest and/or costs.

**RESPONSE:** Objection. As is often the nature of injunctive and other equitable relief, there is insufficient information to calculate the value of Plaintiff's requested injunctive relief. Moreover, the value of Plaintiff's money damages is irrelevant to this court action which has been ruled to include only a prayer for injunctive relief whereas the prayer for damages was held to be subject to mandatory arbitration. On those bases Plaintiff denies this request.

2 -    RESPONSE TO DEFENDANTS' FIRST REQUEST FOR ADMISSIONS

DATED this 30th day of September, 2009.

THOMSEN STEPHENS LAW OFFICES, PLLC

By: _____
T. Jason Wood, Esq.

## CERTIFICATE OF SERVICE

I hereby certify that I am a duly licensed attorney in the State of Idaho, resident of and with my office in Idaho Falls, Idaho; that on September 30, 2009, I caused a true and correct copy of the foregoing to be served upon the following persons at the addresses below their names either by depositing said document in the United States mail with the correct postage thereon, by hand delivery, by transmitting by facsimile, or by placing said document in the attorney's courthouse box, as set forth below.

RICHARD J. ARMSTRONG          [ ] U.S. Mail
500 EAGLE GATE TOWER          [ ] Hand Delivery
SALT LAKE CITY, UT 84111      [X] Facsimile
FAX: (801) 366-6061           [ ] Courthouse Box

THOMSEN STEPHENS LAW OFFICES, PLLC

By: _____
T. Jason Wood

J:\data\TJW\4550-021\DISCOVERY\008 Resp 1st Req Adm.wpd

3 -   RESPONSE TO DEFENDANTS' FIRST REQUEST FOR ADMISSIONS