# EXHIBIT E

CASE ASSIGNED TO
JUDGE JON J. SHINDURLING

2009 APR 29 PM 4: 22

Curt R. Thomsen, Esq., ISB #2072
T. Jason Wood, Esq., ISB #5016
THOMSEN STEPHENS LAW OFFICES, P.L.L.C.
2635 Channing Way
Idaho Falls, ID 83404
Telephone (208) 522-1230
Fax (208) 522-1277

Attorneys for Plaintiff

IN THE DISTRICT COURT OF THE SEVENTH JUDICIAL DISTRICT OF THE

STATE OF IDAHO, IN AND FOR THE COUNTY OF BONNEVILLE

MELALEUCA, INC., an Idaho corporation, )
                                        )   Case No. CV-09-2616
            Plaintiff,                  )
                                        )
v.                                      )
                                        )   SUMMONS
RICK FOELLER and NATALIE FOELLER,)
                                        )
            Defendants.                 )
_____)

NOTICE: YOU HAVE BEEN SUED BY THE ABOVE-NAMED PLAINTIFFS. THE
COURT MAY ENTER JUDGMENT AGAINST YOU WITHOUT FURTHER NOTICE
UNLESS YOU RESPOND WITHIN 20 DAYS. READ THE INFORMATION BELOW.

TO:   NATALIE FOELLER

      You are hereby notified that in order to defend this lawsuit, an appropriate written

response must be filed with the above designated court within 20 days after service of this

Summons on you. If you fail to so respond the Court may enter judgment against you as

demanded by the plaintiffs in the Complaint.

_____

1 -   SUMMONS

A copy of the Complaint is served with this Summons. If you wish to seek the advice or representation by an attorney in this matter, you should do so promptly so that your written response, if any, may be filed in time and other legal rights protected.

An appropriate written response requires compliance with Rule 10(a)(1) and other Idaho Rules of Civil Procedure and shall also include:

1      The title and number of this case.

2      If your response is an **Answer to the Complaint**, it must contain admissions or denials of the separate allegations of the Complaint and other defenses you may claim.

3      Your signature, mailing address and telephone number, or the signature, mailing address and telephone number of your attorney.

4      Proof of mailing or delivery of a copy of your response to plaintiff's attorney, as designated above.

To determine whether you must pay a filing fee with your response, contact the Clerk of the above-named court.

DATED this 29 day of April, 2009.

_____
Clerk of the Court

By: _____
Deputy

J:\data\TJW\45  MC21\PLEADINGS\003 Summons(Natalie).wpd

FROM : CECHE          FAX NO. : 7052768190          May. 13 2009 10:14AM  P2

WOOD CRAPO LLC
Richard J. Armstrong ISBN 5548
500 Eagle Gate Tower
60 East South Temple
Salt Lake City, Utah 84111
Telephone: (801) 366-6060
Facsimile: (801) 366-6061
rjarmstrong@woodcrapo.com

*Attorneys for Defendants*

BONNEVILLE COUNTY
IDAHO

09 MAY 22 AM 11: 28

## IN THE DISTRICT COURT OF THE SEVENTH JUDICIAL DISTRICT OF THE STATE OF IDAHO, IN AND FOR THE COUNTY OF BONNEVILLE

| | |
|---|---|
| MELALEUCA, INC., an Idaho corporation,<br><br>            Plaintiff,<br><br>vs.<br><br>RICK FOELLER and NATALIE FOELLER,<br><br>            Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | ***NOTICE OF REMOVAL OF ACTION TO FEDERAL COURT***<br><br><br>Civil No. CV-09-2616 |

TO PLAINTIFF AND ITS ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on May 14, 2009, Defendants Rick Foeller and Natalie

Foeller filed a Notice of Removal of the above-entitled action with the Clerk of the United States

District Court for the District of Idaho. A copy of the Notice of Removal and accompanying

exhibits filed in the United States District Court is attached as Exhibit 1.

DATED this 15th day of May, 2009.

WOOD CRAPO LLC

Richard J. Armstrong
60 E. South Temple, Suite 500
Salt Lake City, Utah 84111
Telephone: (801) 366-6060
Facsimile: (801) 366-6061
rjarmstrong@woodcrapo.com

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 15th day of May, 2009, I caused to be mailed in

the United States mail, a true and correct copy of the foregoing ***NOTICE OF REMOVAL OF***

***ACTION TO FEDERAL COURT*** to the following:

Curt R. Thomsen
T. Jason Wood
THOMSEN STEPHENS LAW OFFICES, P.L.L.C.
2635 Channing Way
Idaho Falls, Idaho 83404

# EXHIBIT 1

WOOD CRAPO LLC
Richard J. Armstrong ISBN 5548
500 Eagle Gate Tower
60 East South Temple
Salt Lake City, Utah 84111
Telephone: (801) 366-6060
Facsimile: (801) 366-6061
rjarmstrong@woodcrapo.com

*Attorneys for Defendants*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| MELALEUCA, INC., an Idaho corporation, )<br><br>Plaintiff, )<br><br>vs. )<br><br>RICK FOELLER and NATALIE )<br>FOELLER, )<br><br>Defendants. )<br><br> ) | ***NOTICE OF REMOVAL***<br><br>Civil No. _09-228_<br><br>Judge _____ |

  Defendants Rick Foeller and Natalie Foeller (collectively, "Defendants"),

pursuant to 28 U.S.C. §§ 1332, 1441 and 1446, hereby file this Notice of Removal of the above-

described action to the United States District Court for the District of Idaho, from the District

Court of the Seventh Judicial District of the State of Idaho, in and for Bonneville County, where

the action is now pending and state:

  1. The above-entitled civil action was filed in the District Court of the

Seventh Judicial District of the State of Idaho, in and for Bonneville County, on April 29, 2009,

and is now pending in that court.

2.      Defendants received the Summons and Complaint for this case on or about May 12, 2009.

3.      Plaintiff Melaleuca, Inc. is a corporation organized and existing under the laws of the State of Idaho with its principal place of business in Bonneville County, Idaho. *See* Complaint, ¶ 1, attached hereto as Exhibit A.

4.      Defendants are residents of Ontario, Canada. *See* Exh. A at ¶ 2.

5.      Thirty days have **not** elapsed since Defendants received the Complaint and Summons and thus this notice of removal is timely under 28 U.S.C. § 1446(b).

6.      Plaintiff's Complaint is a civil action raising allegations that Defendants have breached contractual obligations owed to Plaintiff. *See* Exh. A, ¶¶ 6-9.

7.      Although Plaintiff's Complaint seeks primarily injunctive relief and only alleges that the amount in controversy is in excess of $10,000.00, *see* Exh. A at ¶ 10, it is more than reasonably probable that the damages that Plaintiff would sustain if the allegations in its Complaint are found to be correct, which Defendants deny, would be in excess of $75,000.00, exclusive of any interest and/or costs, and/or that the damages Defendants would sustain if Plaintiff's were granted injunctive relief would be in excess of $75,000.00, exclusive of any interest and/or costs.

8.      The Complaint is between an Idaho corporation and citizens of a foreign state for purposes of 28 U.S.C. § 1332(a)(2). *See* Ex. A, ¶¶ 1 and 2.

9.      Consequently, the United States District Court for the District of Idaho has subject matter jurisdiction under 28 U.S.C. § 1332 based on the amount in controversy and the diversity of citizenship of the parties. *See* Exh. A. Accordingly, Defendants remove this case pursuant to 28 U.S.C. § 1441(a) and (b), because "none of the parties in interest properly joined

and served as defendants is a citizen of the State in which such action is brought [i.e., Idaho]." 28 U.S.C. § 1441(b).

10.     Defendants file with this notice a copy of all process, pleadings, and orders served upon them in this action as required by 28 U.S.C. § 1446(a). These documents are attached hereto as Exhibits A and B, and include the Complaint and the Summons, respectively.

11.     Defendants will give written notice of the filing of this notice to all adverse parties as required by 28 U.S.C. § 1446(d).

12.     A copy of this notice will be filed with the clerk of the District Court of the Seventh Judicial District of the State of Idaho, in and for Bonneville County, as required by 28 U.S.C. § 1446(d).

WHEREFORE, Defendants request that this action proceed in this Court as an action properly removed to it.

DATED this 14th day of May, 2009.

WOOD CRAPO LLC

By   s/Richard J. Armstrong
        60 E. South Temple, Suite 500
        Salt Lake City, Utah 84111
        Telephone: (801) 366-6060
        Facsimile: (801) 366-6061
        rjarmstrong@woodcrapo.com

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 14th day of May, 2009, I caused to be mailed in the United States mail, a true and correct copy of the foregoing *NOTICE OF REMOVAL* to the following:

Curt R. Thomsen
T. Jason Wood
THOMSEN STEPHENS LAW OFFICES, P.L.L.C.
2635 Channing Way
Idaho Falls, Idaho 83404

s/Richard J. Armstrong

# EXHIBIT A

CASE ASSIGNED TO
JUDGE JON J. SHINDURLING

Curt R. Thomsen, Esq., ISB #2072
T. Jason Wood, Esq., ISB #5016
THOMSEN STEPHENS LAW OFFICES, P.L.L.C.
2635 Channing Way
Idaho Falls, ID 83404
Telephone (208) 522-1230
Fax (208) 522-1277

2009 APR 29 PM 4: 21

_____  _  _ AT
HAGR TO LE DIVISION
FOR _ _ LE COUNTY

Attorneys for Plaintiff

IN THE DISTRICT COURT OF THE SEVENTH JUDICIAL DISTRICT OF THE

STATE OF IDAHO, IN AND FOR THE COUNTY OF BONNEVILLE

MELALEUCA, INC., an Idaho corporation,  )
                                        )
          Plaintiff,                    )
                                        )
v.                                      )
                                        )
RICK FOELLER and NATALIE FOELLER,       )
                                        )
          Defendants.                   )
_____)

Case No. CV-09-2616

COMPLAINT AND DEMAND
FOR JURY TRIAL

COMES NOW plaintiff Melaleuca, Inc., by and through counsel of record, and for cause of
action against Defendants, alleges as follows:

1.    Melaleuca, Inc., is an Idaho corporation with its principal place of business in
Bonneville County, State of Idaho. Bonneville County, State of Idaho is the place of principal injury
or damage related to the actions of Defendants therein.

1 -   COMPLAINT AND DEMAND FOR JURY TRIAL

2       Defendants Rick and Natalie Foeller are residents of Ontario, Canada.

3       Defendants have maintained business contacts with the State of Idaho, out of which arise of operative facts pertaining to the present action, have contracted with Melaleuca, Inc., in the State of Idaho, have been trained in the State of Idaho, and have sent money to and received products and substantial commissions from the State of Idaho. Defendants are therefore personally subject to jurisdiction of the courts of the State of Idaho pursuant to Idaho Code §5-514 and the due process clause of the Fifth Amendment to the United States Constitution.

4.      Defendants have committed tortious acts directed at Melaleuca, Inc., in the State of Idaho, and have intended to and have caused damage to Melaleuca, Inc., in the State of Idaho. Defendants are subject to jurisdiction of the courts of the State of Idaho for this additional reason, pursuant to Idaho Code §5-514 and the due process clause of the Fifth Amendment to the United States Constitution.

        Defendants have expressly consented to personal jurisdiction by the Courts of the State of Idaho over disputes such as this one, which turn on violations of Melaleuca's contractual prohibition against Marketing Executives recruiting Melaleuca Customers for another business.

5.      On or about September 15, 1999, Defendants entered into an Independent Marketing Executive Agreement (IMEA) with Melaleuca, Inc., and Defendants functioned thereafter as independent contractors acting through the agreement with Melaleuca, Inc. Defendants agreed to comply with and honor the IMEA terms and conditions, as well as Policies, as they were in existence, and as further amended, both during their relationship with Melaleuca, and, with respect to some Policies, after any termination of the Independent Marketing Executive Agreement relationship.

2 -     COMPLAINT AND DEMAND FOR JURY TRIAL

7       In November 2008, Defendants terminated their IMEA. Shortly thereafter, Melaleuca notified Defendants that they had violated the terms and conditions of that agreement. The activities of Defendants before and since November 2008 have been directed at Melaleuca, Inc., with the intent to interfere with Melaleuca, Inc.'s agreements with its other Independent Marketing Executives (IME's) and/or Customers.

8       Defendants have, in violation of their agreements, and in violation of controlling law, used confidential and proprietary business information and trade secrets in an effort to raid their former business organization's IME's and Customers and to persuade those persons to leave Melaleuca and go to their new business in Max International ("Max"). Defendants willfully violated the policies of Melaleuca, Inc., in their activities, including Policy 20, concerning non-solicitation of Melaleuca Marketing Executives and Customers, and policies prohibiting the use and dissemination of confidential and proprietary information, and intentionally and tortiously interfered with Melaleuca, Inc.'s agreements with other Melaleuca IME's and/or Customers.

9.      The actions of Defendants have caused, and will continue in the future to cause, injury and damage to Melaleuca, Inc.'s business and will result in loss, damage or other effects as intended by Defendants. Melaleuca, Inc., is entitled to recover from Defendants all past and future costs, damages, and losses incurred as a result of the improper actions of Defendants, in an amount to be proven at the time of trial or at the time judgment is requested.

10.     The amount in controversy is in excess of $10,000, and is otherwise sufficient to confer jurisdiction in the District Court and not the Magistrate's Division of the District Court.

1.   Melaleuca, Inc., is further entitled to an order from this Court enjoining Defendants from viobating their agreements with Melaleuca, Inc., to include actions in recruiting Melaleuca independent Marketing Executives, clients and Customers in contravention of their agreements. The actions of Defendants have caused, and will in the future cause, irreparable injury and harm to Plaintiff.

1.   Melaleuca, Inc., is further entitled to recover its attorney fees and court costs incurred therein i prosecuting this action pursuant to Idaho Code sections 12-120 and 121, and per the controlling agreements.

V HEREFORE, plaintiff Melaleuca, Inc. requests the judgment, order and decree of this court against Defendants, as follows:

1     For judgment against Defendants for past and future costs, losses and damages sustained by Melaleuca, Inc., as a result of the improper and unlawful actions identified above;

2     For a preliminary and permanent injunction directing Defendants to cease and desist from raising Melaleuca independent Marketing Executives, clients and Customers, for the time periods agreed by Defendants, which time period should begin to run from the time of judgment in order to give Melaleuca the compliance agreed, for the time period agreed, without violation;

3     For an award of Plaintiff's attorney fees;

4     For an award of Plaintiff's cost of suit incurred therein;

5     Plaintiff reserves the right to seek punitive damages under the provisions of Idaho statute by subsequent motion and order; and

6.    For such other and further relief as the court deems just and equitable under the

circumsta nces.

D ATED this 29th day of April, 2009.

THOMSEN STEPHENS LAW OFFICES, P.L.L.C.

By: _____
T. Jason Wood, Esq.

## DEMAND FOR JURY TRIAL

I aintiff Melaleuca, Inc., requests trial by jury of not less than 12 persons as to all issues

triable to a jury in this matter.

I ATED this 29th day of April, 2009.

THOMSEN STEPHENS LAW OFFICES, P.L.L.C.

By: _____
T. Jason Wood, Esq.

# EXHIBIT B

CASE ASSIGNED TO
JUDGE JON J. SHINDURLING

Curt R. Thomsen, Esq., ISB #2072
T. Jason Wood, Esq., ISB #5016
THOMSEN STEPHENS LAW OFFICES, P.L.L.C.
2635 Channing Way
Idaho Falls, ID 83404
Telephone (208) 522-1230
Fax (208) 522-1277

2009 APR 29 PM 4:22

CLERK . . . DIVISION
BONNEVILLE COUNTY
IDAHO

Attorneys for Plaintiff

IN THE DISTRICT COURT OF THE SEVENTH JUDICIAL DISTRICT OF THE

STATE OF IDAHO, IN AND FOR THE COUNTY OF BONNEVILLE

MELALEUCA, INC., an Idaho corporation, )
                                        )
            Plaintiff,                  )
                                        )
v.                                      )
                                        )
RICK FOELLER and NATALIE FOELLER,)
                                        )
            Defendants.                 )
_____)

Case No. CV-09-2616

SUMMONS

**NOTICE: YOU HAVE BEEN SUED BY THE ABOVE-NAMED PLAINTIFFS.** THE
COURT MAY ENTER JUDGMENT AGAINST YOU WITHOUT FURTHER NOTICE
UNLESS YOU RESPOND WITHIN 20 DAYS. **READ THE INFORMATION BELOW.**

TO:    NATALIE FOELLER

       You are hereby notified that in order to defend this lawsuit, an appropriate written

response must be filed with the above designated court within 20 days after service of this

Summons on you. If you fail to so respond the Court may enter judgment against you as

demanded by the plaintiffs in the Complaint.

_____

1 -    SUMMONS

A copy of the Complaint is served with this Summons. If you wish to seek the advice or representation by an attorney in this matter, you should do so promptly so that your written response if any, may be filed in time and other legal rights protected.

An appropriate written response requires compliance with Rule 10(a)(1) and other Idaho Rules of Civil Procedure and shall also include:

1      The title and number of this case.

2      If your response is an Answer to the Complaint, it must contain admissions or denials of the separate allegations of the Complaint and other defenses you may claim.

3      Your signature, mailing address and telephone number, or the signature, mailing address and telephone number of your attorney.

4      Proof of mailing or delivery of a copy of your response to plaintiff's attorney, as designated above.

To determine whether you must pay a filing fee with your response, contact the Clerk of the above-named court.

DATED this 29 day of April, 2009.

Ronald Longmore

Clerk of the Court

By: _____

Deputy

J:\data\TJW\45  H:\1\PLEADINGS\003 Summons(Natalie).wpd

2 -    SUMMONS

%JS 44  (Rev. 12/07)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS

Melaleuca, Inc., an Idaho corporation,

## DEFENDANTS

Rick Foeller and Natalie Foeller

**(b)** County of Residence of First Listed Plaintiff **Bonneville**
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant
(IN U.S. PLAINTIFF CASES ONLY)

NOTE:  IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)

Curt R. Thomsen, Thomsen Stephens Law Offices, P.L.L.C.
2635 Channing Way, Idaho Falls, ID 83404; (208) 522-1230

Attorneys (If Known)

Richard J. Armstrong, Wood Crapo LLC, 60 East South Temple, #500, Salt Lake City, UT 84111; (801) 366-6060

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

☐ 1  U.S. Government Plaintiff

☐ 2  U.S. Government Defendant

☐ 3  Federal Question
(U.S. Government Not a Party)

☒ 4  Diversity
(Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☒ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☒ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☒ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☒ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | **IMMIGRATION** | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | ☐ 463 Habeas Corpus - Alien Detainee | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | ☐ 465 Other Immigration Actions | | |

## V. ORIGIN (Place an "X" in One Box Only)

☐ 1 Original Proceeding

☒ 2 Removed from State Court

☐ 3 Remanded from Appellate Court

☐ 4 Reinstated or Reopened

☐ 5 Transferred from another district (specify)

☐ 6 Multidistrict Litigation

☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
28 U.S.C. §§ 1332, 1441 and 1446

Brief description of cause:
Breach of contract

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND:  ☒ Yes  ☐ No

## VIII. RELATED CASE(S) IF ANY

(See instructions):

JUDGE

DOCKET NUMBER

DATE
5-14-09

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT #          AMOUNT          APPLYING IFP          JUDGE          MAG. JUDGE

WOOD CRAPO LLC
Richard J. Armstrong ISBN 5548
500 Eagle Gate Tower
60 East South Temple
Salt Lake City, Utah  84111
Telephone: (801) 366-6060
Facsimile: (801) 366-6061
rjarmstrong@woodcrapo.com

*Attorneys for Defendants*

### IN THE DISTRICT COURT OF THE SEVENTH JUDICIAL DISTRICT

### OF THE STATE OF IDAHO, IN AND FOR BONNEVILLE COUNTY

| | | |
|---|---|---|
| MELALEUCA, INC., an Idaho corporation, | ) | *AMENDED NOTICE OF HEARING* |
| | ) | *ON DEFENDANTS' MOTION TO* |
| Plaintiff, | ) | *COMPEL ARBITRATION* |
| | ) | |
| vs. | ) | |
| | ) | |
| RICK FOELLER and NATALIE | ) | |
| FOELLER, | ) | Civil No. CV-09-2616 |
| | ) | |
| Defendants. | ) | Judge Jon J. Shindurling |
| | ) | |
| | ) | |

Notice is hereby given that the hearing on *Defendants' Motion to Compel*

*Arbitration*, currently scheduled for July 27, 2009 at 10:15 a.m. has been rescheduled for

**Monday, July 27, 2009 at 11:30 a.m.** before the Honorable Jon J. Shindurling in his courtroom

located at the Seventh Judicial District Court for Bonneville County, 605 N. Capital Avenue,

Idaho Falls, ID 83221.  Richard J. Armstrong will appear telephonically.

**NOTICE OF HEARING - 1**

DATED this 16th day of July, 2009.

WOOD CRAPO LLC

Richard J. Armstrong
*Attorneys for Defendants*

**NOTICE OF HEARING - 2**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 17ᵗʰ day of June, 2009, I caused to be served by

facsimile and by U.S. mail, postage prepaid, a true and correct copy of the foregoing *AMENDED*

*NOTICE OF HEARING ON MOTION TO COMPEL ARBITRATION* to the following:

> Curt R. Thomsen
> T. Jason Wood
> THOMSEN STEPHENS LAW OFFICES, P.L.L.C.
> 2635 Channing Way
> Idaho Falls, Idaho 83404
> Facsimile: (208) 522-1277

*Attorneys for Plaintiff Melaleuca, Inc.*

**NOTICE OF HEARING - 3**

WOOD CRAPO LLC
Richard J. Armstrong ISBN 5548
500 Eagle Gate Tower
60 East South Temple
Salt Lake City, Utah 84111
Telephone: (801) 366-6060
Facsimile: (801) 366-6061
rjarmstrong@woodcrapo.com

2009 JUN 22 PM 4: 24

DIST
MAGIS    DIVISION
BONN     COUNTY

*Attorneys for Defendants*

# IN THE DISTRICT COURT OF THE SEVENTH JUDICIAL DISTRICT

# OF THE STATE OF IDAHO, IN AND FOR BONNEVILLE COUNTY

| | | |
|---|---|---|
| MELALEUCA, INC., an Idaho corporation, | ) ) ) | ***MOTION TO COMPEL ARBITRATION*** |
| Plaintiff, | ) ) | |
| vs. | ) ) | Civil No. CV-09-2616 |
| RICK FOELLER and NATALIE FOELLER, | ) ) | Judge Jon J. Shindurling |
| Defendants. | ) ) ) ) | |

Pursuant to Idaho R. Civ. P. 7 and Idaho Code § 7-902(a), Defendants hereby

move the Court for an order compelling arbitration of the above-entitled matter pursuant to the

Parties' current "Independent Marketing Executive Agreement," a copy of which is attached to

the Affidavit of Natalie Foeller, filed contemporaneously with this motion and Defendants'

memorandum in support of motion to compel arbitration.

WHEREFORE, Defendants respectfully request the Court to dismiss this action

and compel arbitration pursuant to Idaho Code § 7-901 *et seq.*

DATED this _19th_ day of June, 2009.

WOOD CRAPO LLC

Richard J. Armstrong
*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the _19th_ day of June, 2009, I caused to be mailed in the United States mail, a true and correct copy of the foregoing *MOTION TO COMPEL ARBITRATION* to the following:

> Curt R. Thomsen
> T. Jason Wood
> THOMSEN STEPHENS LAW OFFICES, P.L.L.C.
> 2635 Channing Way
> Idaho Falls, Idaho 83404

3

WOOD CRAPO LLC
Richard J. Armstrong ISBN 5548
500 Eagle Gate Tower
60 East South Temple
Salt Lake City, Utah 84111
Telephone: (801) 366-6060
Facsimile: (801) 366-6061
rjarmstrong@woodcrapo.com

2009 JUN 22  PM 4:24

DR...
...AGI...    ...IVISION
...RON...    ...OUNTY

*Attorneys for Defendants*

## IN THE DISTRICT COURT OF THE SEVENTH JUDICIAL DISTRICT

## OF THE STATE OF IDAHO, IN AND FOR BONNEVILLE COUNTY

| | | |
|---|---|---|
| MELALEUCA, INC., an Idaho corporation, | ) | ***MEMORANDUM IN SUPPORT OF*** |
| | ) | ***MOTION TO COMPEL ARBITRATION*** |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| RICK FOELLER and NATALIE | ) | Civil No. CV-09-2616 |
| FOELLER, | ) | |
| | ) | Judge Jon J. Shindurling |
| Defendants. | ) | |
| | ) | |
| | ) | |

## INTRODUCTION

Idaho law is clear.  A provision in a written contract to submit to arbitration any

controversy arising between the parties is valid, enforceable and irrevocable. *See* Idaho Code

§7-901. In this case, Plaintiff has asserted claims against Defendants for breach of contract.

These claims are based on Defendants' alleged breach of an original and amended Independent

Marketing Executive Agreement ("IMEA") between Plaintiff and Defendants. Because the

parties' amended agreement contains a dispute resolution clause mandating binding arbitration,

the Court should dismiss this action and compel arbitration pursuant to Idaho Code § 7-902.

## FACTUAL BACKGROUND

On or about September 15, 1999, Defendants entered into an Independent

Marketing Executive Agreement ("IMEA") with Plaintiff Melaleuca, Inc. *See* Complaint and

Demand for Jury Trial, ¶ 5. Defendants functioned thereafter as independent contractors acting

through the agreement with Melaleuca, Inc. *See id.* Defendants agreed to comply with and

honor the IMEA terms and conditions, as well as Policies, as they were in existence and as

further amended. *See id.* According to Plaintiff, by continuing in their Melaleuca business and

accepting commissions and bonuses or other payments from Melaleuca, Defendants were bound

by the current versions of Melaleuca's policies and IMEAs. *See* Affidavit of Natalie Foeller, and

Exhibits 1 and 1a through 1f thereto, filed contemporaneously herewith.

The amended or current IMEA states as follows:

> This Agreement shall be governed by the laws of the State of Idaho. To the extent
> permitted by applicable law, *all claims or disputes of any nature* between one or
> more current or former Marketing Executives and Melaleuca (or its officers,
> shareholders, or employees), if not resolved by mutual agreement, *shall be
> resolved by binding arbitration* using an arbitrator or arbitrators mutually
> agreeable to the parties. If the parties are unable to agree upon an arbitrator, a
> court of competent jurisdiction may appoint an arbitrator.

*See* Exhibit 1d, "Terms and Conditions," ¶ 15 (emphasis added). Plaintiff filed the instant action

on April 29, 2009.

## ARGUMENT

Idaho law states that "a provision in a written contract to submit to arbitration any controversy thereafter arising between the parties is valid, enforceable and irrevocable. . . ." Idaho Code § 7-901. Idaho courts recognize a strong public policy which favors arbitration. *See Mason v. State Farm Mutual Automobile Ins. Co.*, 145 Idaho 197, 177 P.3d 944 (2007). "Agreements to arbitrate are encouraged and given explicit recognition as effective means to resolve disputed issues." *Id.* at 201, 177 P.3d at 948. Indeed, "[d]oubts are to be resolved in favor of arbitration." *Id.* In reviewing a motion to compel arbitration, this Court must limit its inquiry to whether there is an agreement to arbitrate. *See Loomis, Inc. v. Cudahy*, 104 Idaho 106, 109, 656 P.2d 1359, 1362 (1983).

An agreement to arbitrate exists in this matter. The IMEA to which Plaintiff alleges Defendants are bound states at paragraph 15 of its "Terms and Conditions" that "all claims or disputes of any nature between one or more . . . former Marketing Executives and Melaleuca . . . shall be resolved by binding arbitration . . . ." *See* Ex. 1d. This arbitration provision is "valid, enforceable and irrevocable." Idaho Code § 7-901. The Court should dismiss this action and compel the parties to arbitrate this dispute.

## CONCLUSION

For the foregoing reasons, the Court should dismiss this action and compel arbitration pursuant to Idaho Code § 7-901.

3

DATED this 19th day of June, 2009.

WOOD CRAPO LLC

Richard J. Armstrong
*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 19th day of June, 2009, I caused to be mailed in the United States mail, a true and correct copy of the foregoing *MEMORANDUM IN SUPPORT OF MOTION TO COMPEL ARBITRATION* to the following:

Curt R. Thomsen
T. Jason Wood
THOMSEN STEPHENS LAW OFFICES, P.L.L.C.
2635 Channing Way
Idaho Falls, Idaho 83404

*Attorneys for Plaintiff Melaleuca, Inc.*

S:\WPDATA\PLEADING\FOELLER.MELALEUCA.MEMO-MOTION TO COMPEL ARBITRATION.wpd

5

WOOD CRAPO LLC
Richard J. Armstrong ISBN 5548
500 Eagle Gate Tower
60 East South Temple
Salt Lake City, Utah 84111
Telephone: (801) 366-6060
Facsimile: (801) 366-6061
rjarmstrong@woodcrapo.com

2009 JUN 22  P 1:25

*Attorneys for Defendants*

## IN THE DISTRICT COURT OF THE SEVENTH JUDICIAL DISTRICT

## OF THE STATE OF IDAHO, IN AND FOR BONNEVILLE COUNTY

| | |
|---|---|
| MELALEUCA, INC., an Idaho corporation, | ) |
| | ) |
| Plaintiff, | ) *NOTICE OF HEARING ON* |
| | ) *DEFENDANTS' MOTION TO* |
| | ) *COMPEL ARBITRATION* |
| vs. | ) |
| | ) |
| RICK FOELLER and NATALIE | ) |
| FOELLER, | ) Civil No. CV-09-2616 |
| | ) |
| Defendants. | ) Judge Jon J. Shindurling |
| | ) |
| | ) |

Notice is hereby given that a hearing on *Defendants' Motion to Compel*

*Arbitration* has been scheduled for **Monday, July 27, 2009 at 10:15 a.m.** before the Honorable

Jon J. Shindurling in his courtroom located at the Seventh Judicial District Court for Bonneville

County, 605 N. Capital Avenue, Idaho Falls, ID 83221.

**NOTICE OF HEARING - 1**

DATED this 19th day of June, 2009.

WOOD CRAPO LLC

Richard J. Armstrong
*Attorneys for Defendants*

**NOTICE OF HEARING - 2**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 19th day of June, 2009, I caused to be mailed in

the United States mail, a true and correct copy of the foregoing *NOTICE OF HEARING ON*

*MOTION TO COMPEL ARBITRATION* to the following:

> Curt R. Thomsen
> T. Jason Wood
> THOMSEN STEPHENS LAW OFFICES, P.L.L.C.
> 2635 Channing Way
> Idaho Falls, Idaho 83404
>
> *Attorneys for Plaintiff Melaleuca, Inc.*

S:\WPDATA\PLEADING\FOELLER.MELALEUCA.NOTICE OF HEARING-MOTION TO COMPEL ARBITRATION.wpd

**NOTICE OF HEARING - 3**

WOOD CRAPO LLC
Richard J. Armstrong ISBN 5548
500 Eagle Gate Tower
60 East South Temple
Salt Lake City, Utah 84111
Telephone: (801) 366-6060
Facsimile: (801) 366-6061
rjarmstrong@woodcrapo.com

*Attorneys for Defendants*

# IN THE DISTRICT COURT OF THE SEVENTH JUDICIAL DISTRICT

## OF THE STATE OF IDAHO, IN AND FOR BONNEVILLE COUNTY

| | |
|---|---|
| MELALEUCA, INC., an Idaho corporation, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| RICK FOELLER and NATALIE | ) |
| FOELLER, | ) |
| | ) |
| Defendants. | ) |
| | ) |
| | ) |

*AFFIDAVIT OF NATALIE FOELLER*

Civil No. CV-09-2616

Judge Jon J. Shindurling

COUNTRY OF CANADA        )
                                            )ss.
PROVINCE OF ONTARIO      )

NATALIE FOELLER, being duly sworn, deposes and states as follows:

1.    I am one of the defendants in this action. I make this affidavit upon my personal knowledge of the matters stated herein.

2.    I am a resident of Ontario, Canada and a Canadian citizen.

3.    Attached as Exhibit 1 hereto is a true and correct copy of an email communication I received from Justin Powell, Associate General Counsel at Melaleuca, Inc.

("Powell Email")  The date of this email is December 29, 2008.

      4.    In the Powell Email, Mr. Powell states that "by continuing your business and accepting commissions/bonuses or other payments, you are bound by the current policies and agreements."

      5.    Attached as Exhibit 1a is a true and correct copy of an attachment to the Powell Email, which purports to be a September 1999 Customer Agreement with Melaleuca, Inc.

      6.    Attached as Exhibit 1b is a true and correct copy of an attachment to the Powell Email, which purports to be an Independent Marketing Executive Agreement from September 1999.

      7.    Attached as Exhibit 1c is a true and correct copy of an attachment to the Powell Email, which purports to be the "Melaleuca Statement of Policies and Definitions of Terms" dated August 1999.

      8.    Attached as Exhibit 1d is a true and correct copy of an attachment to the Powell Email, which purports to be a current Independent Marketing Executive Application and Agreement for Melaleuca of Canada, Inc.

      9.    Attached as Exhibit 1e is a true and correct copy of an attachment to the Powell Email, which purports to be a current Customer Membership Agreement for Melaleuca of Canada, Inc.

      10. Attached as Exhibit 1f is a true and correct copy of an attachment to the Powell Email, which purports to be a current "Statement of Policies and Definitions of Terms" for Melaleuca, Inc.

DATED this ____ day of June, 2009.

_____

NATALIE FOELLER

SUBSCRIBED AND SWORN before me this [ ] day of June, 2009.

NOTARY PUBLIC JK

JOHN KENNEL
COMMISSIONER OF OATHS
DEPUTY CITY CLERK
CITY OF PETE BOROUGH

PAGE 38 OF 48

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 19th day of June, 2009, I caused to be mailed in

the United States mail, a true and correct copy of the foregoing *AFFIDAVIT OF NATALIE*

*FOELLER* to the following:

> Curt R. Thomsen
> T. Jason Wood
> THOMSEN STEPHENS LAW OFFICES, P.L.L.C.
> 2635 Channing Way
> Idaho Falls, Idaho 83404

> *Attorneys for Plaintiff Melaleuca, Inc.*

# EXHIBIT 1

REDACTED

----- Original Message -----
**From:** Justin Powell
**To:** 'natalie@themaximpact.com'
**Cc:** Johnny Morgison
**Sent:** Monday, December 29, 2008 12:41 PM
**Subject:** FW: Natalie Foeller agreements

Natalie,

As requested, attached are the agreements that were in place when you enrolled on September 15, 1999.  Please also be aware of your agreement that by continuing your business and accepting commissions/bonuses or other payments, you are bound by the current policies and agreements (see term #14 on the back of the 1999 IMEA).  Therefore, the current policies and agreements are also attached.

Regards,

*Justin Powell*
*Associate General Counsel*
*Melaleuca, Inc.*
*3910 S. Yellowstone*
*Idaho Falls, ID  83402*

EXHIBIT A

3910 South Yellowstone Hwy • Idaho Falls, ID 83402-6003
Enrollments 1-800-262-0600 • Phone Orders 1-800-282-3000
Fax only 1-888-528-2090 (24 hours/day)
French Enrollments & Phone Orders 1-800-752-9995

*Please enroll me as a*

☐ **Preferred Customer.** *I commit to purchase products totaling at least (check one)*
☐ *29*    ☐ *39*  *or* ☐ *75 Base Points*
*each month and I'll receive 30% off suggested retail price of Melaleuca products. (complete #1 through 9)*

☐ **Direct Customer.** *I'll receive 10% of suggested retail price. (complete #1 through 7 and 9)*
*(Please print. Incomplete or illegible information will delay Melaleuca's acceptance and processing of this Agreement.)*

FIRST NAME                          INITIAL    LAST NAME

SPOUSE'S FIRST NAME *(if spouse is also an applicant)*    INITIAL    LAST NAME

SHIPPING ADDRESS *(For mailing of information, materials & products)*

CITY                                          PROVINCE        POSTAL CODE

Please indicate preferred phone number(s) for contacting you.        Home        SOCIAL INSURANCE NUMBER

Business        FAX Phone Number

### Choose the Preferred Customer Backup Order that fits your needs.

Your automatic Backup Order keeps you in good standing to receive your Preferred Customer 30% discount and other Preferred Customer benefits. If you're away on vacation or business, don't meet your Base Point commitment, or just forget to place your order, the Backup Order will be sent automatically, assuring that you meet your Base Point commitment and that you receive all Preferred Customer savings and benefits.

See the Melaleuca Backup Order Lineup and ask your enroller about your Base Point commitment level.

| Preferred Customer Backup Order Selections | | |
|---|---|---|
| *Check item* | Base Points | Price* |
| ☐ Select-Pak Backup Order—Complete form on the back side of white copy. | | |
| ☐ Backup Order #1 (includes Vitality Pak) | 29 | $56.29 |
| ☐ Backup Order #2 (does not include Vitality Pak) | 29 | $56.29 |
| ☐ Backup Order #3 | 39 | $76.99 |
| ☐ Backup Order #4 | 75 | $132.99 |

*Applicable freight, Goods and Services Tax, and Provincial Sales Tax, or Harmonized Sales Tax will be added to these Preferred Customer Prices and Base Point calculations are subject to change without notice.*

**(SHIPPING NOT INCLUDED)**

For your ordering convenience, you may place your checking or credit card account information on file with us. At least one form of payment is required. To ensure your continued Preferred Customer status, we suggest you indicate more than one form of payment. All account information must be in the name of the new Customer. Please indicate payment preferences below, and check the box indicating your primary form of payment.

☐ **Electronic Checking** *(Attach your check with "VOID" written on it to allow Melaleuca to verify the account number and to notify your bank of this agreement for pre-authorization.)*
BANK ACCOUNT NUMBER
                                                    ☐ PRIMARY FORM OF PAYMENT

☐ VISA  ☐ MASTERCARD
                                                    ☐ PRIMARY FORM OF PAYMENT
ACCOUNT NUMBER

☐ VISA  ☐ MASTERCARD                EXP. DATE (MO./YR.)
                                                    ☐ PRIMARY FORM OF PAYMENT
ACCOUNT NUMBER

CARDHOLDER'S SIGNATURE X                    EXP. DATE (MO./YR.)
In the event that the preferred method of payments indicated above are not valid, Melaleuca will charge any other valid method of payment on file.

$35 or $39 Enrollment Fee:  ☐ PAYMENT CHECK ENCLOSED  ☐ BILL MY ACCOUNT INDICATED ABOVE

FIRST NAME                          INITIAL    LAST NAME

PHONE                                          CUSTOMER NUMBER

☐ **International Sponsorship Enrollment** *My enrollee is an International Sponsor from a country outside of North America. (Complete International information on the backside of white copy.)*

APPOINTMENT CUSTOMER NUMBER

APPOINTMENT CUSTOMER NUMBER

PRESENTER CUSTOMER NUMBER

ENROLLER'S SIGNATURE X
                    that the appointment and presentation were done by the person(s) listed in lines 4, 5 and 6 above.

FIRST NAME                          INITIAL    LAST NAME

PHONE                                          CUSTOMER NUMBER

*Melaleuca's Long Distance Savings Program can save you up to 35%!*

☐ **Yes!** I want to save up to 35% on my long distance calls. Enroll me in MelaCom.

Include in the MelaCom program the following phone number(s) for which I am financially responsible.

Your initials

Birthdate
required
(MM/DD/YY)        Estimated monthly long-distance usage

$                    .00

BY SIGNING BELOW I ACKNOWLEDGE THAT I AM AT LEAST 18 YEARS OLD AND I HAVE CAREFULLY READ AND AGREE TO THE TERMS AND CONDITIONS ON THE FOUR PAGES OF THIS AGREEMENT.

X
Applicant's Signature *(this Melaleuca Agreement is not valid unless signed)*    Date

X
Spouse's Signature *(if applicable)*                    Date

*Cancellation Provision:* I may cancel this Agreement for any reason at any time by giving written notice to Melaleuca bearing my original signature, printed name, address and Customer Number. Written cancellations will be effective upon receipt by Melaleuca of Canada, Inc. Cancellation notices must be mailed to Melaleuca of Canada, Inc., 3910 S. Yellowstone Hwy., Idaho Falls, ID 83402-6003. Faxed cancellations cannot be accepted.

*100% Satisfaction Guarantee:* If I am not completely satisfied with any product I purchase from Melaleuca, Melaleuca will replace it without charge or credit my account for the total purchase price of the product, or upon my written request, refund the total purchase price provided I return the unused portion of the product to Melaleuca, together with a copy of the invoice, within 60 days of the date of purchase.

## Buyer's Right to Cancel (see page 3)

Mail only white copy to Melaleuca of Canada , Inc. • Customer keeps two yellow copies • Enroller keeps pink copy

Prices listed do not include applicable sales tax.

©1999 Melaleuca of Canada, Inc.Stock #919  Printed in the USA  Rev. 8/99C.

**CACN2**

## Customer Agreement Terms and Conditions *(please read carefully)*

**The Preferred Customer Backup Order Agreement:** If I am enrolling as a Preferred Customer, I agree to purchase products totalling at least the specified Base Point value (29, 39 or 75) which I selected on this Agreement. By enrolling as a Preferred Customer, I authorize Melaleuca of Canada, Inc. to ship the product package(s) on the front of the Agreement in any calendar month in which my product orders do not equal or exceed the Base Point total designated in the Backup Order selected in this Agreement. Melaleuca of Canada, Inc. will not ship a Backup Order for any calendar month in which I place product orders with Base Points equalling or exceeding the amount I have selected. Melaleuca of Canada, Inc. is under no obligation to ship any products if the authorized accounts have been overdrawn or closed.

**The Select-Pak Backup Order:** In the event that any product I have selected on the Select-Pak form below becomes unavailable, or if the Base Points for any products I have selected are reduced, I authorize Melaleuca to substitute another product or products of equal or greater value to ensure that I meet my Base Point commitment. I further authorize Melaleuca to change my account for any price difference of the substituted product(s). If I am not satisfied with the substitute product(s), I may return it for an exchange and authorize Melaleuca to credit or charge my account for any price difference.

**Payment Authorization:** I authorize Melaleuca of Canada, Inc. to withdraw payment for my Backup Order(s) from my credit card or debit account as specified on the front of this Agreement. Melaleuca is authorized to withdraw payment equal only to the exact amount of the price of the products that I order, plus applicable GST, PST or HST, shipping and handling on the price of the Backup Order I have selected (plus additional amounts for substitute products if the products I have selected become unavailable), plus applicable GST, PST or HST, shipping and handling. I agree to pay a $13.50 service fee in the event a check or charge is returned for any reason. I will not hold Melaleuca of Canada, Inc. harmless for all special or consequential damages, whether direct or indirect, resulting from any wrongful debit to my account.

**Changes:** To change Backup Order selections, quantities, method of payment, or the authorized amount, a new Customer Agreement must be submitted to Melaleuca of Canada, Inc. If more than one Customer Agreement has been submitted, the most recent agreement will supersede all previous agreements. Melaleuca of Canada, Inc. reserves the

right to substitute products and/or change prices or Base Point allocations without notice. Substitutions on Select-Paks will only occur if selected products become unavailable.

**Enrollment Fee:** The cost to enroll as a Customer is $35.00 (plus applicable taxes). I will receive a Melaleuca Portfolio. If I enroll as a Melaleuca Marketing Executive, the $39.00 (plus applicable taxes) for my Business Kit will include the Customer enrollment fee and a subscription to Melaleuca's monthly publication to keep me updated on products and the latest in company information at no additional cost as long as I remain an active Customer.

**Renewal Fee For Preferred Customers:** If I have enrolled as a Preferred Customer, I authorize Melaleuca of Canada, Inc. to charge my account $16.50 (plus applicable taxes) on the anniversary date of my enrollment for automatically renewing my Customer agreement. This $16.50 (plus tax) renewal fee also covers the annual renewal of my Independent Marketing Executive agreement.

**MelaCom Program:** When I request to be enrolled in the MelaCom Program, either by checking the appropriate box on the first page of this Agreement or by requesting (either in writing or by telephone) enrollment in the MelaCom Program at any time after my execution of this Agreement, this Agreement will constitute my designation of Melaleuca to act as my agent for the purpose of changing the interexchange carrier for my telephone number(s) which I have identified to Melaleuca to the interexchange carrier servicing the MelaCom Program, as such interexchange carrier may be selected and changed from time to time by Melaleuca at its discretion. This agency shall be effective for as long as I am enrolled in the MelaCom Program. I can at any time choose not to be enrolled in the MelaCom Program. The Program fee to be enrolled in MelaCom is $1.95 per phone line per month.

**100% Satisfaction Guarantee:** If I am not completely satisfied with any product I purchase from Melaleuca, Melaleuca will replace it without charge or credit my account for the total purchase price of the product, or upon my written request, refund the total purchase price provided I return the unused portion of the product to Melaleuca, together with a copy of the invoice, within 60 days of the date of purchase.

**Special Shipping Restrictions for Yukon and Northwest Territories Residents:** Product orders will be shipped to either Whitehorse, Yukon or Yellowknife, Northwest Territories only.

## Electronic Checking Payment Conditions

Items charged under any of the following conditions will be reimbursed subject to written notification by me (us) to the branch of account within 90 days:

a) I (we) never provided authorization to the payee.

b) The pre-authorized debit was not drawn in accordance with my (our) authorization.

c) My (our) authorization was revoked.

d) The debit was posted in the wrong account due to invalid/incorrect account information supplied by the payee.

I (we) authorize Melaleuca of Canada, Inc. to process a charge to my (our) account, in paper, electronic or other form in accordance with the terms and conditions outlined above and in the amount of the Backup Order (plus applicable GST, PST or HST, and shipping and handling charges) corresponding with the amount in the box I (we) have checked in Section 5 on the front page of this Agreement to be charged on or about the fourth of the month, with reasonable latitude for adjustment, beginning on the date Melaleuca of Canada, Inc. accepts this Agreement. In addition, upon my (our) request, I (we) authorize Melaleuca of Canada, Inc. to process a charge to my (our) account, in paper, electronic or other form in the amount of my (our) order by telephone, mail order form or fax, with reasonable latitude for adjustment, and in no case exceeding $1,000.00 on my (our) account daily, beginning on the date Melaleuca of Canada, Inc. accepts this Agreement. Melaleuca of Canada, Inc. will to the best of its ability, forward a statement of

account in support of the debit(s) to me (us) within 30 days following the posting of the pre-authorized debit to my (our) account. As pre-authorization, I (we) agree to accept as notice of the payment due by one of the following methods:

a) by telephone when placing a telephone order

b) by my (our) submittal of the Order Form when placing an order by mail or fax

c) by my (our) submittal of the Customer Agreement with the selection of the Backup Order in Section 5 of the Customer Agreement.

(CPA Sec. H4, App II, Par 11(h))

I (we) acknowledge that The Toronto-Dominion Bank is not required to verify that the debit has been issued in accordance with the particulars of the authorization including the amount and frequency of payments.

(CPA Sec. H4, App II, Par 8)

I (we) acknowledge that The Toronto-Dominion Bank is not required to verify that any purpose of payment for which the debit was issued has been fulfilled by Melaleuca of Canada, Inc. as a condition to honoring a pre-authorized debit issued or caused to be issued by Melaleuca of Canada, Inc. on my (our) account.   (CPA Sec. H4, App II, Par 7)

Revocation of this authorization only terminates the authorization relating to my (our) electronic checking account. My (our) authorization applies only to the method of payment and does not have any bearing on the contract for goods and services exchanged.   (CPA Sec. H4, App II, Par 8)

I (we) acknowledge that delivery of this authorization to Melaleuca of Canada, Inc. constitutes delivery by me (us) to The Toronto-Dominion Bank.   (CPA Sec. H4, App II, Par 12)

---

*International Sponsorship Enrollment*

1. My Enroller is an International Sponsor from _____

2. Circle the letter that corresponds to the International line your enroller has placed you in:

A    B    C    D    E

---

## "Select-Pak" The Preferred Customer Backup Order you create with the products you want most!

Customer Name _____

Social Insurance Number _____

**BASE POINT COMMITMENT:** (Your Select-Pak Base Points must equal or exceed the commitment level selected below).

(Select One)

☐ **29** Checking this commitment level entitles you to purchase any combination of Melaleuca, Vitality for Life or Nicole Miller Skin Care products at Preferred Customer prices on your Select-Pak.
(You will be sent the Select-Pak Backup Order listed below any month that your total product purchases do not equal or exceed 29 Base Points.)

☐ **39** Checking this commitment level entitles you to purchase any combination of Melaleuca, Vitality for Life or Nicole Miller Skin Care products at Preferred Customer prices on your Select-Pak.
(You will be sent the Select-Pak Backup Order listed below any month that your total product purchases do not equal or exceed 39 Base Points.)

☐ **75** Checking this commitment level entitles you to purchase any combination of Melaleuca, Vitality for Life or Nicole Miller Skin Care products at Preferred Customer prices on your Select-Pak.
(You will be sent the Select-Pak Backup Order listed below any month that your total product purchases do not equal or exceed 75 Base Points.)

Note: Melaleuca and Vitality for Life Base Points will be awarded according to the product(s) selected.
Each time you wish to change your Select-Pak order you must sign and send to Melaleuca of Canada, Inc. a new Customer Agreement with the Select-Pak form completed.

## SELECT-PAK CONTENTS

| Stock # | Qty. | Item Description | Unit Base Points | Total Base Points | Unit Price | Total Price |
|---------|------|------------------|------------------|-------------------|------------|-------------|
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |

*Shipping and handling plus applicable GST and PST or HST will be added to your order and reflected on the product invoice included.

| | TOTAL BP | | TOTAL PRICE* |
|--|--|--|--|

If you have completed the "Select-____" and/or International Sponsorship po____ of this form, please remember to ____ both sides of this document.

## Customer Agreement Terms and Conditions *(please read carefully)*

**The Preferred Customer Backup Order Agreement:** If I am enrolling as a Preferred Customer, I agree to purchase products totalling at least the specified Base Point value (29, 39 or 75) which I selected on this Agreement. By enrolling as a Preferred Customer, I authorize Melaleuca of Canada, Inc. to ship the product package(s) listed on the front of this Agreement in any calendar month in which my product orders with Base Points equalling or exceeding the amount I have selected, designated in the Backup Order selected in this Agreement. Melaleuca of Canada, Inc. will not ship a Backup Order for any calendar month in which I place product orders with Base Points equalling or exceeding the amount I have selected. Melaleuca of Canada, Inc. is under no obligation to ship any products if the authorized accounts have been overdrawn or closed.

**The Select-Pak Backup Order:** In the event that any product I have selected as the Select-Pak form below becomes unavailable, or if the Base Points for any products I have selected are reduced, I authorize Melaleuca to substitute another product or products of equal or greater value to ensure that I meet my Base Point commitment. I further authorize Melaleuca to charge my account for any price difference for the substituted product(s). If I am not satisfied with the substitute product(s), I may return it for an exchange and authorize Melaleuca to credit or charge my account for any price difference.

**Payment Authorization:** I authorize Melaleuca of Canada, Inc. to withdraw payment for my Backup Order(s) from my credit card or bank account as specified on the front of this Agreement. Melaleuca is authorized to withdraw payment equal only to the exact amount of the price of the products that I order, plus applicable GST, PST or HST, shipping and handling on the price of the Backup Order I have selected (plus additional amounts for substitute products if the products I have selected become unavailable), plus applicable GST, PST or HST, shipping and handling. I agree to pay a $13.50 service fee in the event a check or charge is returned for any reason. I will hold Melaleuca of Canada, Inc. harmless for all special or consequential damages, whether direct or indirect, resulting from any wrongful debit to my account.

**Changes:** To change Backup Order selections, quantities, method of payment, or the authorized amount, a new Customer Agreement must be submitted to Melaleuca of Canada, Inc. If more than one Customer Agreement has been submitted, the most recent agreement will supersede all previous agreements. Melaleuca of Canada, Inc. reserves the

right to substitute products and/or change prices or Base Point allocations without notice. Substitutions on Select-Paks will only occur if selected products become unavailable.

**Enrollment Fee:** The cost to enroll as a Customer is $35.00 (plus applicable taxes). I will receive a Melaleuca Portfolio. If I enroll as a Melaleuca Marketing Executive, the $39.00 (plus applicable taxes) for my Business Kit will increase the Customer enrollment fee and a subscription to Melaleuca's monthly publications to keep me advised on products and the latest in company information at no additional cost as long as I remain an active Customer.

**Renewal Fee For Preferred Customers:** If I have enrolled as a Preferred Customer, I authorize Melaleuca of Canada, Inc. to charge my account $16.50 (applicable taxes will be added) on an annual basis for the purpose of automatically renewing my Customer Agreement. This $16.50 (plus tax) renewal fee also covers the annual renewal of my Independent Marketing Executive Agreement.

**MelaCom Program:** When I request to be enrolled in the MelaCom Program, either by checking the appropriate box on the first page of this Agreement or by requesting (either in writing or by telephone) enrollment in the MelaCom Program at any time after my execution of this Agreement, this Agreement will constitute my designation of Melaleuca to act as my agent for the purpose of changing the interexchange carrier for my telephone number(s) (which I have identified to Melaleuca) to the interexchange carrier servicing the MelaCom Program, as such interexchange carrier may be selected and changed from time to time by Melaleuca at its discretion. This agency shall be effective for as long as I am enrolled in the MelaCom Program. I can at any time choose not to be enrolled in the MelaCom Program. The fee to be enrolled in MelaCom is $1.95 per phone line per month.

**100% Satisfaction Guarantee:** If I am not completely satisfied with any product I purchase from Melaleuca, Melaleuca will replace it without charge or credit my account for the total purchase price of the product, or upon my written request, refund the total purchase price provided I return the unused portion of the product to Melaleuca, together with a copy of the invoice, within 60 days of the date of purchase.

**Special Shipping Restrictions for Yukon and Northwest Territories Residents:** Product orders will be shipped to either Whitehorse, Yukon or Yellowknife, Northwest Territories only.

### Electronic Checking Payment Conditions

Items charged under any of the following conditions will be reimbursed subject to written notification by me (us) to the branch of account within 90 days:

a) I (we) never provided authorization to the payee.
b) The pre-authorized debit was not drawn in accordance with my (our) authorization.
c) My (our) authorization was revoked.
d) The debit was posted to the wrong account due to invalid/incorrect account information supplied by the payee.

(CPA Sec. H4, App II, Par. 10)

I (we) authorize Melaleuca of Canada, Inc. to process a charge to my (our) account, in paper, electronic or other form in accordance with the terms and conditions outlined above and in the amount of the Backup Order (plus applicable GST, PST or HST, and shipping and handling charges) corresponding with the amount in the box I (we) have checked in Section 5 on the front page of this Agreement to be charged on or about the fourth of the month, with reasonable latitude for adjustment, beginning on the date Melaleuca of Canada, Inc. accepts this Agreement. In addition, upon my (our) request, I (we) authorize Melaleuca of Canada, Inc. to process a charge to my (our) account, in paper, electronic or other form in the amount of my (our) order by telephone, mail order form or fax, with reasonable latitude for adjustment, and in no case exceeding $1,000.00 on my (our) account daily, beginning on the date Melaleuca of Canada, Inc. accepts this Agreement. Melaleuca of Canada, Inc. will, to the best of its ability, forward a statement of

account in support of the debit(s) to me (us) within 30 days following the posting of the pre-authorized debit to my (our) account. As pre-authorization, I (we) agree to accept as notice of the payment due by one of the following methods:
a) by telephone when placing a telephone order
b) by my (our) submittal of the Order Form when placing an order by mail or fax
c) by my (our) submittal of the Customer Agreement with the selection of the Backup Order in Section 5 of the Customer Agreement.

(CPA Sec. H4, App II, Par 11(f))

I (we) acknowledge that The Toronto-Dominion Bank is not required to verify that the debit has been issued in accordance with the particulars of the authorization including the amount and frequency of payments.

I (we) acknowledge that The Toronto-Dominion Bank is not required to verify that any purpose of payment for which the debit was issued has been fulfilled by Melaleuca of Canada, Inc. as a condition to honoring a pre-authorized debit issued or caused to be issued by Melaleuca of Canada, Inc. on my (our) account.

(CPA Sec. H4, App II, Par 7)

Revocation of this authorization only terminates the authorization relating to my (our) electronic checking account. My (our) authorization applies only to the method of payment and does not have any bearing on the contract for goods and services exchanged.

(CPA Sec. H4, App II, Par 8)

I (we) acknowledge that delivery of this authorization to Melaleuca of Canada, Inc. constitutes delivery by me (us) to The Toronto-Dominion Bank.

(CPA Sec. H4, App II, Par 12)

---

### *International Sponsorship Enrollment*

1. My Enrollee is an International Sponsor from _____

2. Circle the letter that corresponds to the International line your enroller has placed you in:    A    B    C    D    E

---

## "Select-Pak" *The Preferred Customer Backup Order you create with the products you want most!*

Customer Name _____    Social Insurance Number _____

## BASE POINT COMMITMENT: (Your Select-Pak Base Points must equal or exceed the commitment level selected below).

*(Select One)*

☐ **29** Checking this commitment level entitles you to purchase any combination of Melaleuca, Vitality for Life or Nicole Miller Skin Care products at Preferred Customer prices on your Select-Pak. (You will be sent the Select-Pak Backup Order listed below any month that your total product purchases do not equal or exceed 29 Base Points.)

☐ **39** Checking this commitment level entitles you to purchase any combination of Melaleuca, Vitality for Life or Nicole Miller Skin Care products at Preferred Customer prices on your Select-Pak. (You will be sent the Select-Pak Backup Order listed below any month that your total product purchases do not equal or exceed 39 Base Points.)

☐ **75** Checking this commitment level entitles you to purchase any combination of Melaleuca, Vitality for Life or Nicole Miller Skin Care products at Preferred Customer prices on your Select-Pak. (You will be sent the Select-Pak Backup Order listed below any month that your total product purchases do not equal or exceed 75 Base Points.)

Note: Melaleuca and Vitality for Life Base Points will be awarded according to the product(s) selected.
Each time you wish to change your Select-Pak order you must sign and send to Melaleuca of Canada, Inc. a new Customer Agreement with the Select-Pak form completed.

## SELECT-PAK CONTENTS

| Stock # | Qty. | Item Description | Unit Base Points | Total Base Points | Unit Price | Total Price |
|---------|------|-----------------|------------------|-------------------|------------|-------------|
|         |      |                 |                  |                   |            |             |
|         |      |                 |                  |                   |            |             |
|         |      |                 |                  |                   |            |             |
|         |      |                 |                  |                   |            |             |
|         |      |                 |                  |                   |            |             |
|         |      |                 |                  |                   |            |             |
| *Shipping and handling plus applicable GST and PST or HST will be added to your order and reflected on the printed invoice received. | | | TOTAL BP. | | TOTAL PRICE* | |

If you have completed the "Select-Pak" and/or International Sponsorship portion of this form, please remember to fax both sides of this document.

# Rescission Rights

Please note that you may cancel this agreement even after the expiration period set forth below. Please review the entire Customer Agreement for additional terms and conditions.

**For British Columbia Residents:** This is a contract to which the *Consumer Protection Act* of British Columbia applies. You, the buyer, may cancel this contract by giving notice of cancellation not later than 7 days after the date on which a copy of the contract is received by you. It is not necessary to give reasons for the cancellation. If all the goods to be supplied under the contract are not supplied within 30 days after the delivery date specified in the contract, then you, the buyer, may have up to one year after the contract is received by you to cancel. If you have not accepted delivery of the goods. If no delivery date is specified in the contract and the goods are not supplied within 120 days after the date of the contract, then you, the buyer, may cancel the contract within 10 days after the expiry of this 120 days period provided that you have not accepted delivery of the goods. In order to cancel, deliver a notice of cancellation in person or send it by registered mail to Melaleuca of Canada, Inc., 3910 South Yellowstone Highway, Idaho Falls, Idaho 83402-6003, USA, and if sent by registered mail the notice is deemed to be given at the time of mailing. To check whether these cancellation provisions may apply to you, consult the *Consumer Protection Act* or seek advice from the B.C. Ministry of Labour and Consumer Services or from a lawyer.

**For Newfoundland Residents:** You may cancel this contract by giving notice of cancellation not later than 10 days after the date on which you signed the contract. In order to cancel this contract, you must deliver a notice of cancellation to Melaleuca of Canada, Inc., 3910 South Yellowstone Highway, Idaho Falls, Idaho 83402-6003, USA. This contract constitutes the entire agreement between the parties and shall prevail over any written or oral representations or statements made by any other party.

**For New Brunswick Residents:** In accordance with paragraph 17(1)(a) of the Direct Sellers Act, where the purchaser serves written notice of rescission on the direct seller, vendor or salesman within five clear days after the day on which the purchaser entered into the direct sales contract, the direct sales contract is rescinded. In accordance with subparagraph 17(1)(b)(ii) of the Direct Sellers Act, where the purchaser serves a written notice of rescission on the direct seller, vendor or salesman of the vendor within one year after the day on which the purchaser entered into the direct sales contract, and the goods or services to be supplied under the direct sales contract are not supplied to the purchaser within one hundred and twenty days after the day on which the purchaser entered into the direct sales contract, the direct sales contract is rescinded.

**For Yukon Residents:** You can cancel this agreement by notice in writing within seven days after you signed it. If you do not cancel this agreement within the seven days you may not be able to cancel it afterwards. You can send your notice by registered mail to Melaleuca of Canada, Inc., 3910 South Yellowstone Highway, Idaho Falls, Idaho 83402-6003, USA, or you may deliver it there yourself. You must mail or deliver it before the end of the seven days. If you cancel it, any money you paid, and any goods you traded in, will be returned to you.

## BUYER'S RIGHT TO CANCEL

**For Alberta, Manitoba, Ontario, Northwest Territories, Nova Scotia, Prince Edward Island and Saskatchewan Residents:** You may cancel this contract from the day you enter the contract until 10 days after you receive a copy of the contract. You do not need a reason to cancel.

If you do not receive the goods or services within 30 days of the date stated in the contract, you may cancel this contract within one year of the contract date. You lose that right if you accept delivery after the 30 days. There are other grounds for extended cancellation. For more information, you may contact your provincial/territorial consumer affairs office.

If you cancel this contract, the seller has 15 days to refund your money and any trade-in, or the cash value of the trade-in. You must then return the goods to the seller.

To cancel you must give a notice of cancellation at the address in this contract. You must give notice of cancellation by a method that will allow you to prove that you gave notice, including registered mail, fax, or by personal delivery.

Address for service in Manitoba:
D'Arcy & Deacon
1200-330 St. Mary Ave.
Winnipeg, MB  R3C 4E1

**For Residents of Quebec**
**Statement Of Consumer Cancellation Rights**
(Consumer Protection Act, section 58)

You may cancel this contract for any reason within 10 days after you receive a copy of the contract along with the other required documents.

If you do not receive the goods or services within 30 days of the date stated in the contract, you may cancel the contract within one year. You lose that right if you accept delivery after the 30 days. There are other grounds for an extension of the cancellation period to one year, for example if the itinerant merchant does not hold a permit or has not provided the required security at the time the contract is made, if the goods are never delivered or the services never performed, or if the contract is incorrectly made or worded. For more information, you may seek legal advice or contact the Office de la protection du consommateur.

If you cancel the contract, the itinerant merchant must refund all amounts you have paid, and return the goods received in payment, as a trade-in or on account; if the merchant is unable to return the goods, you are entitled to receive an amount of money corresponding to the value indicated in the contract or the cash value of the goods, within 15 days of cancellation. You have 15 days to return to the merchant any goods you received from the merchant.

To cancel, you must return the items received from the merchant to the merchant or the merchant's representative, send the merchant the cancellation form or written notice must be sent to the merchant or the merchant's representative at the address indicated on the form, or at any other address indicated in the contract. You must give notice of cancellation by personal delivery or by any other method that will allow you to prove that you gave notice, including registered mail, E-mail, fax or courier.

---

**CANCELLATION FORM** (detachable from schedule)

**TO BE COMPLETED BY THE MERCHANT**

To: **Melaleuca, Inc.; Data Entry**
*(name of itinerant merchant or representative)*

**3910 S. Yellowstone Hwy.**

**Idaho Falls, Idaho 83402**
*(address of itinerant merchant or his representative)*

Telephone number of itinerant merchant or representative: **(208) 522-0870**

Fax number of itinerant merchant or representative: **1-888-528-2090**

Electronic address of itinerant merchant or representative: **N. A.**

**TO BE COMPLETED BY THE CONSUMER**

Date: _____
*(date on which item is sent)*

By virtue of section 59 of the Consumer Protection Act, I hereby cancel the contract

No.: _____ made on _____
*(contract number, if any)*     *(date of contract)*

at _____
*(address where contract was signed by the consumer)*

_____
*(name of consumer)*

Telephone number of consumer: (____) _____

Fax number of consumer: (____) _____

Electronic address of consumer: _____

_____
*(address of consumer)*

_____
*(signature of consumer)*

# EXHIBIT B



# Melaleuca of Canada, Inc. Independent Marketing Executive Agreement

Complete this Agreement to enroll as an Independent Marketing Executive. If you are not already enrolled as a Customer, you must also complete the Melaleuca Customer Agreement and attach it to this Independent Marketing Executive Agreement.

(Please print. Incomplete information will delay or prevent Melaleuca's acceptance and processing of this Agreement.)

## 1 New Independent Marketing Executive

APPLICANTS' NAME** (As it should appear on commission & bonus checks)

SOCIAL INSURANCE NUMBER**

FAX NUMBER

SPOUSE'S NAME (As it should appear on commission & bonus checks)

APPLICANT'S OCCUPATION

☐ If two applicants are listed, check here if you are legally married to each other. Multiple applicants must be legally married husband and wife.

ADDRESS (For mailing of commission & bonus checks & materials)

CITY

PROVINCE

POSTAL CODE

Home

Business

E-MAIL ADDRESS:

**If your Melaleuca Independent Business is a Corporation or a Tax Exempt Entity, you must complete a Melaleuca Corporate Entity Application & Agreement or a Melaleuca Tax Exempt Entity Application & Agreement, as applicable, and attach it as an addendum to this Agreement.

Language Preference: ☐ English ☐ French ☐ Spanish ☐ Chinese ☐ Korean ☐ Other

## 2 Tools for Success and Income

### Set your goal for level of participation

After reading How Can Melaleuca Enhance Your Life? my goal is to participate at the following level:

☐ 1  ☐ 2  ☐ 3  ☐ 4  ☐ 5

I understand that Melaleuca does not guarantee the success of my business or the income, if any, that I might earn. I understand that my success will depend on my own efforts, skills and productivity.

☑ Send me my Melaleuca Business Kit!
The cost to enroll as a Marketing Executive is $39.00 (plus applicable sales tax). You'll receive a Melaleuca Business Kit and other literature, including a subscription to Melaleuca's monthly publications, to familiarize you with and keep you up to date on Melaleuca's programs and products.

☐ Send me my Nicole Miller Information Packet/Video!
The cost for the Nicole Miller Information Packet/Video is $14.50 (plus applicable sales tax).

My method of payment: Please include appropriate sales tax and shipping and handling charges.

☐ 1. Charge my account as indicated on my Customer Agreement
☐ Visa  ☐ Mastercard  ☐ Electronic Checking

☐ 2. I have attached a check in the amount of $ _____

OR ☐ 3. I have already ordered/received Business Kit # _____

Assisted By

*Place this mark unless someone other than the Enroller has assisted in the enrollment of a New Customer and sale of the Value Pack or Career Pack and will receive the Value Pack or Career Pack Commission.

Assist Customer No.

## 3 Value Pack

Marketing Executives who start out with the Value Pack have a big advantage: product knowledge. Nothing builds a business like product knowledge. You can share products with belief, enthusiasm and first-hand experience.

Within two months following the month of enrollment, you can purchase these incredible values at 20% off the regular Preferred Customer price (that's 47% off the suggested retail price)! Now Marketing Executives may purchase a total of two Melaleuca and two Nicole Miller Value or Career Packs. Order yours today—and start tapping into Melaleuca value.

☐ Send me the Value Pack—over $60 savings!
Start your "Melaleuca household" — with over 39 representative products from Melaleuca's nutritional, pharmaceutical, dental care, personal care, facial care, and home hygiene product lines.
$289 CDN  100 BP

☐ Send me the Nicole Miller Career Pack
This pack is your essential start to a successful business. You'll receive the complete Nicole Miller Skin Care line at a price far below the Preferred Customer price, plus all the tools you'll need to introduce the products to potential customers.
$429 CDN  110 BP

☐ Send me the Nicole Miller Value Pack
Experience the products for yourself and discover the uniqueness of Nicole Miller Skin Care with this personalized pack. Pick and choose products to customize your skin-care routine at a specially discounted price.
$219 CDN  60 BP

My method of payment: Please include appropriate sales tax and shipping and handling charges.
☐ 1. Charge my account as indicated on my Customer Agreement
☐ Visa  ☐ Mastercard  ☐ Electronic Checking
OR ☐ 2. I have attached a check in the amount of $ _____

## 4 Goods and Services Tax

☐ Yes, I am presently registered for Goods & Services Tax (GST).

My GST number is
and I instruct Melaleuca to pay applicable GST on all bonuses paid to me.

☐ No, I am not presently registered for GST and I agree to inform Melaleuca when I am required to register for GST and provide my GST number as instruction to Melaleuca to pay GST on commissions and bonuses paid to me thereafter.

By signing below I agree to these terms.

## 5 Signature

I understand that I am not a Melaleuca Independent Marketing Executive until:
1. Melaleuca has received and accepted this Agreement,
2. I have Customers or Marketing Executives within my Marketing Organization, and
3. I receive my first commission check.

By signing this form I apply to become a Melaleuca Independent Marketing Executive. I certify that I am at least 18 years of age and I acknowledge that I have carefully read and I agree to all the terms and conditions of this Independent Marketing Executive Agreement, the Melaleuca Compensation Plan and the Melaleuca Statement of Policies.

X _____
Applicant's Signature (this Agreement is not valid unless signed)    Date

X _____
Spouse's Signature (if applicable)    Date

I may cancel this Agreement for any reason at any time by giving written notice to Melaleuca bearing my original signature, printed name, address and Customer Number. Written cancellations will be effective upon receipt by Melaleuca. Cancellation notices must be mailed to: Melaleuca of Canada, Inc., 3910 S. Yellowstone Hwy., Idaho Falls, ID 83402-6003. Faxed cancellations cannot be accepted.

Mail white copy to Melaleuca, Inc. • Customer keeps yellow copy • Enroller keeps pink copy



## Melaleuca of Canada, Inc.
3910 South Yellowstone Hwy • Idaho Falls, ID 83402-6003
Enrollments 1-800-262-0600 • Phone Orders 1-800-282-3000 • Fax 1-888-528-2090
Prices do not include applicable sales tax.

©1999 Melaleuca of Canada, Inc. Stock #965  Printed in the USA   CAIMEA1
Rev. 9/99C

Various cities and/or counties have regulations pertaining to direct sellers. It is your responsibility to comply with local laws, ordinances and regulations applicable in your city or region when becoming a Marketing Executive.

Independent Marketing Executive Agreement

# Terms and Conditions
*(please read carefully)*

Terms used but not defined herein shall have the meanings as described in Melaleuca's *Definitions of Terms*.

1. I am competent and of legal age to enter into binding contracts in the province in which I enter this Agreement with Melaleuca of Canada.

2. This Agreement will continue so long as I continue to accept commissions and bonuses or other payments from Melaleuca or until this Agreement is canceled by me or by Melaleuca pursuant to the terms hereof or of the *Statement of Policies*.

3. Neither I nor my spouse has been a Melaleuca Independent Marketing Executive and has not owned, had ownership affiliation with, or operated any Melaleuca business in the past six months.

4. I understand that as a Marketing Executive, I am an Independent contractor, and not an agent, employee, legal representative or franchisee of Melaleuca. I further understand and agree that I will not be treated as an employee for United States federal or state or Canadian federal or provincial tax purposes, nor for purposes of the United States Federal Unemployment Tax Act, the United States Federal Insurance Contributions Act, the United States Social Security Act, United States Unemployment Acts, United States State Employment Security Acts, United States State Workers Compensation Acts, Canadian Federal or Provincial Pension Plan Contributions Acts or Requirements, Canadian Federal or Provincial Unemployment Insurance Acts or Requirements, Canadian Provincial Employment Standards Acts, Canadian Federal or Provincial Worker's Compensation Acts or Requirements, or Canadian Provincial Health Tax Acts or Requirements. I agree to pay all applicable United States federal and state and Canadian federal and provincial income taxes, self-employment taxes, sales taxes, local taxes, and/or local license fees that may become due as a result of any activities under this Agreement.

5. I understand that the acceptance of this Agreement by Melaleuca does not constitute the sale of a franchise and that there are no exclusive territories granted to anyone. I also understand that I am not acquiring any interest in a security.

6. I understand that my success as a Marketing Executive is dependent upon my own efforts and skills. I do not anticipate receiving profits as a result of the efforts of any individual or entity other than myself.

7. As a Marketing Executive I will use my best efforts to develop and service at least one active Direct or Preferred Customer.

8. I understand that products, representing at least 70% of my monthly Organization Base Points must be sold to end consumers each month. I will not purchase any product from Melaleuca solely for the purpose of qualifying for commissions or bonuses.

9. I will be allowed to buy products at the prices set forth in the Melaleuca Preferred Customer Price List according to my status as either a Direct or Preferred Customer.

10. I understand that Melaleuca makes no claims or warranties of any kind including, but not limited to, any claims for earnings, medical, weight loss or health benefits concerning its products, other than those included in Melaleuca's official written literature. I will not create, publish or distribute any literature or materials representing Melaleuca or its products other than that which is provided by Melaleuca.

11. If I fail to pay for products or services on or before the due date, Melaleuca is authorized to withhold the appropriate amounts from my commission and bonus checks or withdraw the appropriate amounts from my credit card/electronic checking accounts, if any, which I have authorized Melaleuca to charge.

12. Melaleuca will not be responsible for the loss of any commissions and bonuses or other payments because of errors or delays in receiving agreements, orders, changes or other necessary information.

13. I have carefully reviewed the *Melaleuca Compensation Plan, Statement of Policies* and *Definitions of Terms* and acknowledge that they are incorporated as part of this Agreement in their present form and as modified from time to time by Melaleuca at its sole discretion.

14. Upon notification to its Marketing Executives, Melaleuca may, at its discretion, amend the *Melaleuca Compensation Plan, Statement of Policies, Definitions of Terms* and/or terms of the Customer Agreement and this Independent Marketing Executive Agreement. I agree to abide by any and all such amendments. The continuation of my Melaleuca business or my acceptance of commission and/or bonus checks or other payments from Melaleuca constitutes my acceptance of any such amendments.

15. My violation of any of the terms of this Agreement or the *Statement of Policies* may result, at Melaleuca's discretion, in forfeiture of commission and bonus checks or other payments from Melaleuca on all or part of my Marketing Organization, cancellation of this Agreement, or other corrective action as specified in the *Statement of Policies*.

16. I may cancel this Agreement for any reason at any time by giving written notice to Melaleuca bearing my original signature, printed name, address and Customer Number. Written cancellations will be effective upon receipt by Melaleuca. Cancellation notices must be mailed to Melaleuca of Canada, Inc., 3910 S. Yellowstone Hwy., Idaho Falls, ID 83402-6003. Faxed cancellations cannot be accepted.

17. This Agreement, the *Melaleuca Compensation Plan*, the *Statement of Policies* and the *Definitions of Terms* constitute the entire agreement between Melaleuca and me and no other promises, representations, guarantees or agreements of any kind will be valid unless in writing and officially authorized by Melaleuca. This provision does not in any way limit Melaleuca's ability to unilaterally amend or modify this Agreement, the *Melaleuca Compensation Plan*, the *Statement of Policies* and the *Definitions of Terms* without my prior written consent.

18. If any provision of this Agreement is held to be invalid, all other provisions shall remain valid and enforceable.

19. The term of this Agreement is one year. This Agreement will be automatically renewed annually on each anniversary date of the acceptance of this Agreement by Melaleuca, unless otherwise canceled. This Agreement shall not be deemed accepted by Melaleuca until Melaleuca has received the signed original of this Agreement and I have enrolled at least one Customer and received my first commission check.

20. This Agreement will be governed by the laws of the State of Idaho and any claims or disputes between the parties to this Agreement will be brought in Bonneville County District Court, in Idaho Falls, Idaho, or in the U.S. District Court for the District of Idaho.

21. The prevailing party to any lawsuit relating to the violation or enforcement of any provision of this Agreement, or any provision or policy contained in the *Statement of Policies*, will be entitled to an award of attorneys' fees and litigation costs.

**Please call this information in to Melaleuca, Inc. within 24 hours. To expedite the Independent Marketing Executive Agreement please call: 1-800-262-0600.** Then mail the completed application to: 3910 South Yellowstone Hwy., Idaho Falls, Idaho 83402-6003. No commission or bonus checks will be sent to the applicant until Melaleuca receives the signed original Independent Marketing Executive Agreement.

# EXHIBIT C

# *Melaleuca*

## Statement of Policies

## &

## Definitions of Terms



# STATEMENT OF POLICIES

Capitalized terms used in the Statement of Policies have the meanings set forth in the Definitions of Terms.

## 1. Becoming a Customer

To become a Customer, a person must: (a) have an Enroller who has submitted an Independent Marketing Executive Agreement; (b) sign and submit a Customer Agreement, marking either the "Direct Customer" or "Preferred Customer" box; and (c) pay an enrollment fee for the cost of enrollment, product information, and other literature that Customers receive throughout the year. Direct Customers may purchase products directly from Melaleuca at 10% below the Suggested Retail Price. Preferred Customers receive a number of additional benefits and may purchase products directly from Melaleuca at 30% below the Suggested Retail Price. In return for this added discount, Preferred Customers agree to purchase Melaleuca products totaling at least 29 Base Points each month. Customers are not authorized to market or resell Melaleuca products unless they have also signed and submitted an Independent Marketing Executive Agreement.

## 2. Becoming a Marketing Executive

To become a Marketing Executive, a person must first (a) have an Enroller who has submitted an Independent Marketing Executive Agreement; (b) sign and submit an Independent Marketing Executive Agreement; and (c) purchase a Business Kit. Once those steps are completed the applicant is authorized to market and resell Melaleuca products and to enroll Customers and Marketing Executives. However, an applicant does not become a Marketing Executive, until: (i) Melaleuca receives the applicant's Independent Marketing Executive Agreement; (ii) the applicant has a Customer or Marketing Executive in his/her Marketing Organization; and (iii) the applicant receives his/her first commission check. Marketing Executives may purchase products directly from Melaleuca at the Direct Customer price. Marketing Executives may also choose to be Preferred Customers, in which case they may purchase products directly from Melaleuca at the Preferred Customer price. Purchase of a Business Kit is optional in North Dakota.

## 3. Individuals, Corporations, Tax Exempt Entities and Trusts

Melaleuca will only consider for acceptance as Marketing Executives individuals or entities that fall into one of the following categories:
  (a) Individuals who are of the legal age.
  (b) Legally married husband and wife couples of which at least one is of legal age.
  (c) Corporations in good standing in the state or province of their incorporation which have as their sole shareholder(s), director(s) and officer(s) either one individual or a legally married husband and wife.
  (d) Tax exempt entities which are registered and approved as tax exempt institutions under Section 501(c)(3) of the United States Internal Revenue Code or under Section 248(1) of the Income Tax Act of Canada.
  (e) Trusts established in accordance with Melaleuca guidelines.
  (f) Charitable giving corporations established in accordance with Melaleuca guidelines.

## 4. Customer Numbers

Customers and Marketing Executives may not use or submit to Melaleuca any Social Security Number, Social Insurance Number, portion of Social Insurance Number, Taxpayer Identification Number or Corporate Account Number other than the actual number assigned to the Customer or Marketing Executive by the proper governmental authority.

## 5. Proper Completion of Documents

All agreements must be completely and properly filled out and signed. No copies or alterations will be accepted. If any agreement is altered in any way the agreement will not be deemed accepted by Melaleuca except in its original unaltered form, regardless of passage of time or payment of commissions by Melaleuca.

Melaleuca will not be responsible for loss of commissions or bonuses or for delays in Customer or Marketing Executive registrations or orders due to: (a) errors by Customers or Marketing Executives in preparing or sending agreements, orders or other documents; (b) delays or errors caused by the mail or fax transmission; (c) nonreceipt of documents by Melaleuca; (d) illegible or incomplete information on agreements, orders or other documents; or (e) the inability of Customers or Marketing Executives to reach Melaleuca by telephone or fax during busy calling periods.

Melaleuca will process and credit orders and enrollments in the calendar month in which they are received by Melaleuca.

## 6. Ordering

Melaleuca encourages Customers to order early in the month. All orders are credited to the calendar month in which they are received by Melaleuca. Orders may be placed by telephone, mail, or fax. All telephone or fax orders must be paid by Visa, MasterCard, Discover/Novus (U.S. only), electronic checking, or C.O.D. In order to receive orders C.O.D., Customers must first pay a $10.00 U.S. set-up fee. Melaleuca has the right to cease accepting C.O.D. orders at any time. Orders by mail may be paid by check, money order, Visa, MasterCard, Discover/Novus (U.S. only) or electronic checking. When paying with a credit card, the card number and expiration date must be included. Customers and Marketing Executives will be charged $10.00 U.S. for checks returned for insufficient funds.

Orders for products will usually be processed by Melaleuca within 48 hours of receipt. Shipment will be by common carrier and delivery should be expected within 3 to 10 days. Orders placed during the last week of the month may be delayed due to the large volume of orders received at the end of the month.

## 7. Customer Satisfaction Guarantee

If for any reason any Personal Customer is not completely satisfied with any Melaleuca product, the Marketing Executive who sold the product to the Personal Customer will replace it without charge or refund the total purchase price upon its return within 60 days of purchase by the Personal Customer. Marketing Executives shall advise their Personal Customers of this satisfaction guarantee at the time of the sale. Melaleuca will exchange or refund the total purchase price paid by the Marketing Executive for any product returned to the Marketing Executive by a Personal Customer under this policy. To receive an exchange or refund the Marketing Executive must return the product to Melaleuca together with the name, address and telephone number of the Personal Customer returning the product, a description of the reason for the return and the Marketing Executive's invoice from Melaleuca.

If for any reason any Customer is not completely satisfied with any product purchased by such Customer from Melaleuca, Melaleuca will replace it without charge or place a credit on the Customer's Melaleuca account for the amount of the purchase price of the product or, upon receipt of a written request from the Customer together with a copy of the invoice from Melaleuca, refund the purchase price (less shipping and handling charges), upon its return within 60 days of purchase.

Unless the Customer requests otherwise, Melaleuca will credit the Customer's Melaleuca account for the purchase price of the returned product. This credit can be redeemed for Melaleuca merchandise at any time. If a Customer has unredeemed credit on account with Melaleuca which is more than six months old, Melaleuca will make an effort to locate the Customer and advise him/her in writing of the credit that is on account and will continue to make such attempts on a monthly basis. Melaleuca will charge the Customer's account a $10 service fee for each month's notification process.

## 8. Base Point Adjustments

Marketing Executives receive commissions based on actual sales of product to End Consumers. When product is returned to Melaleuca for a refund, the Base Points attributable to that product may be deducted from the purchasing Customer's or Marketing Executive's Organization Base Points in the month that the refund is given.

## 9. Business Kit Refund

Within 30 days after a Marketing Executive applicant's initial purchase of a

Business Kit he/she may return the Business Kit to Melaleuca and receive a full refund.

## 10. Election to Cancel Agreements

A Marketing Executive may cancel his/her Independent Marketing Executive Agreement, and a Customer may cancel his/her Customer Agreement, for any reason at any time by giving written notice to Melaleuca bearing his/her original signature, printed name, address and Customer Number. If an individual or entity is a Preferred Customer and a Marketing Executive, the letter should specify which agreement(s) should be canceled. Written cancellations will be effective upon receipt by Melaleuca. Cancellation notices must be mailed (not faxed) to: Melaleuca, Inc., 3910 South Yellowstone Hwy., Idaho Falls, Idaho 83402-6003.

## 11. Cancellation Refund Policy

Melaleuca will repurchase from Marketing Executives who have canceled their Independent Marketing Executive Agreements all unencumbered products which are in resalable condition which were purchased by the Marketing Executive from Melaleuca within the previous 12 months, at a price of not less than ninety percent (90%) of the original net cost to the Marketing Executive. All products or materials must be returned to Melaleuca with shipping prepaid by the Marketing Executive in order to receive the above refund. Melaleuca will charge back all commissions, bonuses and rebates paid by Melaleuca relating to the purchases of those products.

## 12. Cancellation Refund Policy (For Georgia Residents Only)

Melaleuca will repurchase from Marketing Executives who have canceled their Independent Marketing Executive Agreements pursuant to Policy 10 all unencumbered products, sales aids and literature which are in reasonably resalable or reusable condition which were purchased by the Marketing Executive from Melaleuca, at a price of not less than ninety percent (90%) of the original net cost to the Marketing Executive. Goods shall be deemed "resalable or reusable" if the goods are in an unused, commercially resalable condition at the time the goods are returned to Melaleuca. In addition, Melaleuca will repay ninety percent (90%) of the fees paid by the Marketing Executive for services which have not been provided to the Marketing Executive at the time of cancellation. All products or materials must be returned to Melaleuca shipping prepaid by the Marketing Executive in order to receive the above refund. Melaleuca will charge back all commissions, bonuses and rebates paid by Melaleuca relating to purchases of products or services for which refunds are given under this policy.

## 13. Errors or Questions

Marketing Executives should notify Melaleuca immediately of any errors or questions about commissions, bonuses, Monthly Business Reports, orders or charges. Melaleuca will correct any errors reported to it within 60 days, but Melaleuca will not be responsible for any errors, omissions or problems not reported within 60 days.

## 14. Joint Ownership of a Business

Independent Melaleuca Businesses may only be owned by an individual, lawfully married husbands and wives, corporations, tax exempt entities or trusts which comply with Melaleuca guidelines. If a husband and wife who jointly own an Independent Melaleuca Business divorce, only one individual may retain ownership of the business. It is the obligation of the divorced couple to advise Melaleuca of the individual who shall retain the ownership of the business. These instructions must be in writing, signed by both parties and include a certified copy of the court approved divorce decree or property settlement. If an Independent Melaleuca Business is owned in violation of this policy, Melaleuca will have the right, at its discretion, to suspend commissions and bonuses until the ownership of the business is brought into compliance with this Policy.

## 15. One Business per Person or Married Couple

A Marketing Executive may not own, operate or have a financial interest in more than one Independent Melaleuca Business. Married husband and wife couples

are treated as a single Marketing Executive for purposes of this Policy. Therefore, for example, if the wife owns an Independent Melaleuca Business the husband may not own, operate or have a financial interest in a separate Independent Melaleuca Business, or if the couple jointly owns an Independent Melaleuca Business, neither the husband or wife may own, operate or have a financial interest in a separate Independent Melaleuca Business. However, if two people who own separate Independent Melaleuca Businesses marry, they may each retain ownership of their businesses.

## 16. Conduct of Household Members

If any member of the Marketing Executive's Immediate Household engages in any activity which, if performed by the Marketing Executive, would violate any Melaleuca policy or any provision of the Independent Marketing Executive Agreement, such activity will be deemed a violation by the Marketing Executive.

## 17. Inheritance of Business

An Independent Melaleuca Business may be inherited by a single person, a married husband and wife or a trust which complies with Melaleuca's guidelines, pursuant to a valid will or other appropriate document, or in accordance with the intestacy laws of the state or province in which the Marketing Executive resides. A person who inherits an Independent Melaleuca Business must furnish Melaleuca with proper documentation that he/she is the beneficiary and is authorized to represent the estate. He/she must also execute a Customer Agreement and an Independent Marketing Executive Agreement, fulfill all of the functions of a Marketing Executive and abide by the terms of Melaleuca's Statement of Policies.

## 18. Sale or Transfer of Business

Before a Marketing Executive can sell or transfer his/her Independent Melaleuca Business (except for transfers by inheritance pursuant to Policy 17) all of the following requirements must be met:
(a) The transfer must be approved in writing by Melaleuca as being in the best interest of all parties involved, including the transferor, the transferee, Melaleuca and the members of the Marketing Organization of the transferor.
(b) The transfer must not constitute the purchase of status or position by the transferee. The Marketing Executive's actual status must equal the potential status which the Marketing Executive could attain based on his/her Organization Base Points at the time of the transfer and for a reasonable period prior to the transfer, and the transferor Marketing Executive must have been the actual Enroller of all Personal Enrollees and must have been actively involved in working with his/her personal directors. Marketing Executives may not contract or agree with or allow another person to work their Independent Melaleuca Business to bring it up to its potential status or offer to sell their business to another person on the condition that such person bring the business up to its potential status.
(c) Completed original signed and notarized Organization Sale Request and Organization Purchase Request forms must be submitted to and accepted by Melaleuca.
(d) The transferee of the business must have completed and submitted to Melaleuca an Independent Marketing Executive Agreement.
(e) The transferee of the business has undergone, or will agree to undergo, such training and orientation as Melaleuca may require commensurate with the size of the business being purchased.
(f) The transferor Marketing Executive and the Independent Melaleuca Business must have been in compliance with all of Melaleuca's policies and the terms of the Independent Marketing Executive Agreement for the entire twelve month period preceding the transfer including the month in which the transfer occurs.

## 19. Transfer from Original Organization

Marketing Executives and Customers may transfer from one Melaleuca organization to another only upon fulfillment of all of the following requirements:

(a) The Marketing Executive or Customer seeking the organization change has submitted an Organization Change form with the original signatures of the seven Marketing Executives in the immediate seven generations above the Marketing Executive or Customer seeking the change. Faxes or photocopies of the executed Organization Change form will not be accepted;

(b) A Marketing Executive seeking the organization change has no more than 10 Customers in his/her existing Marketing Organization and will have no more than 10 Customers in the Marketing Organization into which he/she is seeking to be moved;

(c) The Marketing Executive or Customer seeking the organization change has paid to Melaleuca the applicable fee charged by Melaleuca for organization changes;

(d) Melaleuca has approved the change in writing, which approval Melaleuca may withhold in its sole discretion.

## 20. Antiraiding and Conflicts of Interest

This Policy is designed to protect the efforts of Marketing Executives in building and maintaining their Marketing Organizations and Customer bases. Marketing Executives may be active in other business ventures. However, Marketing Executives and all members of their Immediate Household are prohibited from the following:

(a) Recruiting or enrolling Melaleuca Customers or Marketing Executives for other business ventures, either directly or through a third party. This includes, but is not limited to, presenting or assisting in the presentation of other business ventures to any Melaleuca Customer or Marketing Executive or implicitly or explicitly encouraging any Melaleuca Customer or Marketing Executive to join other business ventures. It is a violation of this policy to recruit or enroll a Melaleuca Customer or Marketing Executive for another business even if the Marketing Executive does not know that the prospect is also a Melaleuca Customer or Marketing Executive. It is the Marketing Executive's responsibility to first determine whether the prospect is a Melaleuca Customer or Marketing Executive before recruiting or enrolling the prospect for another business venture;

(b) Producing any literature, tapes or promotional material of any nature for another business venture which is used by the Marketing Executive or any third person to Recruit Melaleuca Customers or Marketing Executives for that business venture;

(c) Selling, offering to sell, or promoting any competing products or services to Melaleuca Customers or Marketing Executives. For example, any health, nutritional, pharmaceutical, personal care, home cleaning or pet care products or telephone services are deemed competing products and services;

(d) Offering any non-Melaleuca products, services or business opportunities in conjunction with the offering of Melaleuca products, services or business opportunity or at any Melaleuca meeting, seminar, launch, convention, or other Melaleuca function.

Violation of any provision of this policy constitutes a Marketing Executive's voluntary resignation and cancellation of his/her Independent Marketing Executive Agreement, effective as of the date of the violation, and the forfeiture by the Marketing Executive of all commissions or bonuses payable for and after the calendar month in which the violation occurred. If Melaleuca pays any bonuses or commissions to the Marketing Executive after the date of the violation, all bonuses and commissions for and after the calendar month in which the violation occurred shall be refunded to Melaleuca.

Violations of this policy are especially detrimental to the growth and sales of other Marketing Executive's Independent Melaleuca Businesses and to Melaleuca's business. Therefore, Melaleuca may seek and obtain from the violating Marketing Executive damages for violations of this policy. If litigation or arbitration is undertaken to recover commissions, bonuses or damages as specified herein, the prevailing party shall be entitled to an award of attorney's fees and expenses.

## 21. Proprietary Information and Trade Secrets

By executing the Independent Marketing Executive Agreement, the Marketing Executive acknowledges that all information which is contained in the Marketing Executive's Monthly Business Report, including names, addresses and telephone numbers of Marketing Executives and Customers, is Melaleuca's proprietary trade secret information. The Marketing Executive agrees not to disclose such information to any third party (except to existing or prospective Melaleuca Marketing Executives or Customers for the purpose of promoting Melaleuca products and business opportunity) or to utilize such information for the purpose of promoting any other business opportunity at any time, whether during the term of his/her association with Melaleuca or thereafter. The Marketing Executive acknowledges that such proprietary information is of such character as to render it unique and that disclosure or use thereof in violation of this provision will result in irreparable damage to Melaleuca and to Independent Melaleuca Businesses. Melaleuca and its Marketing Executives will be entitled to injunctive relief to prevent violation of this policy. If litigation or arbitration is required to obtain injunctive relief or to recover damages, the prevailing party shall be entitled to an award of attorney's fees and expenses.

## 22. The Enroller

A Marketing Executive who is the Enroller of a new Customer or Marketing Executive may not list another Marketing Executive who is not the actual Enroller as the Enroller of such new Customer or Marketing Executive. Regardless of where a Customer or Marketing Executive is placed in a Marketing Organization, the actual Enroller of such Customer or Marketing Executive must be listed as the Enroller on the Customer Agreement.

## 23. Supervisory and Leadership Functions

Marketing Executives' compensation is based on sales of product to the End Consumer. To qualify for this compensation Marketing Executives have the ongoing responsibility to promote the Melaleuca business opportunity, to support Melaleuca's policies, programs and personnel, and to service, supervise, motivate and train the Marketing Executives in their Marketing Organization to sell and market Melaleuca products and promote the Melaleuca business opportunity. Any effort by a Marketing Executive to convince or entice any Customer or Marketing Executive to discontinue or diminish purchasing Melaleuca products, to move from one Melaleuca Marketing Organization to another, to discontinue or diminish efforts to promote the Melaleuca business opportunity, or to promote or pursue another direct selling opportunity, or to disparage Melaleuca's products or marketing plan is a violation of the Marketing Executive's leadership responsibility and a violation of this policy.

## 24. Excess Inventory Purchases Prohibited

The Melaleuca marketing program is built upon sales to the End Consumer. Products representing at least 70% of a Marketing Executive's monthly Organization Base Points must be sold to End Consumers each month. Any device or scheme whereby a Marketing Executive directly or through a third party purchases excess product solely for purposes of qualifying for bonuses or commissions constitutes fraud on the part of the Marketing Executive.

## 25. Selling in Stores

Melaleuca is in strong support of home based businesses and personal product presentations. To maintain a standard of fairness, Marketing Executives may not display or sell Melaleuca products in drug stores, health food stores or grocery stores. Any display of Melaleuca products to the public must be tasteful and professional.

## 26. Media Inquiries

It is Melaleuca's policy to have a single spokesperson handle all inquiries from the media and all media relations. Therefore, Marketing Executives may not, for any reason, discuss their Independent Melaleuca Business with the media, nor act as spokespersons for Melaleuca nor talk to the media regarding Melaleuca, its Compensation Plan, its products or services. It is a violation of this policy to provide any information to the media, regardless of whether the information is positive or



negative, accurate or inaccurate. All inquiries from the media (whether radio, television or print) must be referred to Melaleuca.

### 27. Checks and Monthly Business Reports

Commission and bonus checks are generally mailed by Melaleuca to Marketing Executives on or about the 15th day of each month for commissions and bonuses earned during the previous month. When the 15th day of the month falls on a weekend or holiday, checks will generally be mailed on the next business day. Each Marketing Executive qualifying for a commission or bonus will receive a Monthly Business Report showing the status of each Customer and Marketing Executive in his/her Marketing Organization.

The Monthly Business Report will show the calculation of the Marketing Executive's commission and bonus in detail. Marketing Executives should use their Monthly Business Report as a tool to manage, supervise and train the members of their Marketing Organizations. The information contained in Business Reports is Melaleuca's proprietary trade secret information, and Marketing Executives are prohibited from disseminating the information contained therein. See Policy 21 for further detail regarding Marketing Executives' obligations with respect to such proprietary trade secret information. A data processing fee is charged each Marketing Executive for generating and maintaining computerized Monthly Business Reports.

Commission and bonus checks which remain uncashed for more than 180 days will not be honored. Marketing Executives who are in possession of uncashed commission or bonus checks which are more than 180 days old will be issued a replacement check only upon receipt by Melaleuca of a written request from the Marketing Executive to whom the original check was issued together with a processing fee of $15 U.S. per check.

### 28. Purchases for other Persons

A Marketing Executive may not order or pay for products for Customers without such Customer's express authorization and agreement to reimburse the Marketing Executive for such product.

### 29. Restrictions on International Marketing

Marketing Executives are authorized to sell Melaleuca products and to enroll Customers and Marketing Executives in the United States and Canada. In all other countries in which Melaleuca is authorized to conduct business Marketing Executives may only enroll Customers and Marketing Executives pursuant to Melaleuca's International Sponsorship Program. Marketing Executives and Customers may not ship or sell Melaleuca products across any international border for the purpose of resale, except the U.S./Canadian border provided the products are appropriately labeled for the country of their destination. Marketing Executives and Customers may not sell, give, transfer, import, export or distribute Melaleuca products or sales aids in any country, other than the United States and Canada, nor provide products to any individual who the Marketing Executive or Customer knows or has reason to believe is exporting products to another country.

### 30. Trademark, Service Mark and Trade Name Restrictions

Customers and Marketing Executives may not use, reproduce or disseminate the Melaleuca trade name or logo or any Melaleuca trademark or service mark except in the use and dissemination of literature published and made available by Melaleuca and except on stationary and business cards produced and authorized by Melaleuca. This includes, but is not limited to, the formatives "Mela" and "Mel," the term "Melaleuca," the leaf and drop logo, and all marks or slogans designating products or services offered by Melaleuca.

### 31. Restrictions on Advertising

Marketing Executives may not create, publish or distribute any literature, audio or video tapes, electronic media (including E-mail, computer bulletin boards, Internet communications and telephone ads and messages), infomercials, materials or merchandise representing Melaleuca, its products, services, Compensation Plan or business opportunity other than that which is provided by Melaleuca and listed on the current Melaleuca products price list. Marketing Executives may not use the

Melaleuca name or logo or the name or logo of any of Melaleuca's products or services in any notice, display, advertisement or promotion, including, but not limited to, newspaper, magazine, radio or television advertisements or Internet sites. The display, advertisement or promotion of Melaleuca's products, services or business opportunity at county fairs, craft fairs, business fairs, trade shows, flea markets or any similar event, including the use of booths are prohibited unless prior written approval is obtained from Melaleuca.

### 32. Income Claims

Marketing Executives are prohibited from making false, misleading or inaccurate claims about their or other persons' compensation received under the Melaleuca Compensation Plan. If, when presenting the Melaleuca business opportunity, a Marketing Executive makes any claim regarding his/her compensation from Melaleuca, or the potential compensation payable under Melaleuca's Compensation Plan, the Marketing Executive must also show the person(s) receiving the presentation Melaleuca's current Marketing Executives Annual Income Statistics sheet.

### 33. Product Claims and Warranties

Marketing Executives may not make any product claims, weight loss or health benefit claims, or product warranties other than those published in Official Melaleuca Material. Marketing Executives shall not publish or distribute information relating to uses of Melaleuca products other than those which are set forth in Official Melaleuca Material. Marketing Executives may not utilize Official Melaleuca Material which is not approved for use in Canada to make product claims or promote Melaleuca products in Canada.

### 34. Ethical Sales Practices

Marketing Executives shall:
•Conduct themselves in a professional, courteous and considerate manner;
•Represent Melaleuca products in a sincere and honest manner and will honor Melaleuca's Customer Satisfaction Guarantee;
•Represent the Melaleuca Compensation Plan only as prescribed by Official Melaleuca Material;
•Become familiar with and utilize sales techniques, Melaleuca's Compensation Plan and Statement of Policies, and other materials as prescribed by Melaleuca;
•Present the Melaleuca business opportunity in a manner which is consistent with Official Melaleuca Material; and
•Provide training, motivation and support to Marketing Executives in their organization.

Marketing Executives shall not:
•Engage in any deceptive, unlawful, or unethical business or recruiting practice;
•Engage in any high pressure selling or recruiting practices;
•Enroll minors or persons who are not capable of making an informed decision with respect to entering into a Customer Agreement or Independent Marketing Executive Agreement;
•Order Melaleuca products for other Customers or Marketing Executives without the express permission of such persons; or
•Seek in any way to violate or circumvent Melaleuca's policies.

### 35. Policy Disclosure Requirement

Prior to enrolling a prospective Marketing Executive, Marketing Executives shall provide to and review with the prospective Marketing Executive a current copy of Melaleuca's Statement of Policies and Definitions of Terms.

### 36. Voluntary Resignation Due to Inactivity

It is the Marketing Executive's responsibility to lead his/her Marketing Organization with the proper example in production of Personal Base Points. Without this proper example and leadership, the Marketing Executive will lose his/her right to receive commissions and bonuses from his/her Marketing Organization. Therefore, Marketing Executives who produce less than the minimum Personal Base Points

required to maintain their current Active Status during a month, as set forth in the Compensation Plan, will not receive the commission or bonus attributable to such status for the sales generated through their Marketing Organization for that month. Failure to meet Personal Base Point requirements for two consecutive months constitutes the Marketing Executive's voluntary resignation. A Marketing Executive who has voluntarily resigned will lose all his/her Personal Enrollees and his/her Marketing Organization. The resignation shall become effective on the day following the last day of the second month of inactivity.

### 37. Reactivation and Re-enrollment Requirements

(a) When a Marketing Executive who has been deemed to have voluntarily resigned due to inactivity under Policy 36 becomes reactivated, he/she will re-enter his/her previous Marketing Organization in the first available position below his/her original Marketing Executive other than the position left vacant by such Marketing Executive.

(b) Former Customers or Marketing Executives who have not been enrolled with Melaleuca for at least the previous six consecutive months may re-enroll with the Enroller and Marketing Executive of their choice upon completion of a new Customer Agreement and Independent Marketing Executive Agreement and payment of the applicable enrollment fee.

(c) If a former Customer or Marketing Executive desires to re-enroll in a new Marketing Organization in which any Marketing Executive in the new Support Line was also in his/her previous Support Line, such former Customer or Marketing Executive may re-enroll no sooner than twelve months following the date that such Support Line Marketing Executive became inactive in his/her previous Marketing Organization. Any individual involved in the violation of this policy will be subject to corrective measures pursuant to Policy 42, including fines and/or cancellation of his or her Independent Marketing Executive Agreement.

(d) Former Customers or Marketing Executives who re-enroll pursuant to this Policy 37 will not be eligible to roll up pursuant to Policy 39.

### 38. Titles Not Forfeited

A Marketing Executive can lose his/her Marketing Executive II, Marketing Executive III, Director, Senior Director, Executive Director or Corporate Director status and therefore the right to participate in the corresponding commission and bonus if he/she no longer qualifies for the commission or bonus pertaining to such status. However, as long as a Marketing Executive remains active, he/she will not forfeit the title of the highest status he/she has achieved, i.e., once a Director, always a Director, once an Executive Director, always an Executive Director.

### 39. Roll Up Policy

(a) When a vacancy occurs in a Marketing Organization due to the inactivity, voluntary resignation or involuntary termination of a Marketing Executive (a "Canceled Marketing Executive"), each Marketing Executive in the first generation below the Canceled Marketing Executive (a "First Generation Marketing Executive") will have the opportunity to qualify to roll up into the position of the Canceled Marketing Executive. In order to qualify for such roll up, the following requirements must be met:

(i) If the Canceled Marketing Executive's Organization Base Points were less than 2500 in the Canceled Marketing Executive's first month of inactivity, the First Generation Marketing Executive with the highest Active Status in the Canceled Marketing Executive's second month of inactivity will roll up to the position of the Canceled Marketing Executive in the month following the Canceled Marketing Executive's second month of inactivity. In the event of a tie, the following criteria will be applied, in the order listed, to the First Generation Marketing Executives involved in the tie until the tie is broken:

(1) who has the largest number of personally enrolled Directors;
(2) who has the largest number of personally enrolled Preferred Customers;
(3) whose Marketing Organization has the largest number of Preferred Customers;

(4) whose Marketing Organization has the highest average Base Point order per Customer; and
(5) who has the highest Personal Base Points.

(ii) If the Canceled Marketing Executive's Organization Base Points were equal to or greater than 2500 in the Canceled Marketing Executive's first month of inactivity, the First Generation Marketing Executive who has or first attains the status which corresponds to the Canceled Marketing Executive's Organization Base Points in the first month of inactivity will roll up to the position of the Canceled Marketing Executive the month following the month the First Generation Marketing Executive has or attains such status, but in no event sooner than the month following the Canceled Marketing Executive's second month of inactivity. If two or more First Generation Marketing Executives qualify for the roll up in the same month, the tie will be broken by application of the criteria set forth in subparagraph (i) above.

(b) The Enroller of a Canceled Marketing Executive will inherit the Canceled Marketing Executive's Personal Enrollees as follows:

(i) If the Canceled Marketing Executive's Personal Enrollees had the Active Status of a Customer or a Marketing Executive in the Canceled Marketing Executive's first month of inactivity, the Enroller will inherit such Personal Enrollees in the month following the Canceled Marketing Executive's second month of inactivity.

(ii) If the Canceled Marketing Executive's Personal Enrollees had the Active Status of Marketing Executive II or above in the Canceled Marketing Executive's first month of inactivity, the Enroller will inherit each such Personal Enrollee in the month following the month the Personal Enrollee has advanced one status level above the status he/she had in the Canceled Marketing Executive's first month of inactivity.

(c) If the Canceled Marketing Executive had the Active Status of Senior Director or Executive Director in his/her last month of activity and (i) was terminated by Melaleuca for a policy violation or (ii) voluntarily resigned or went inactive while under investigation for a policy violation, the enroller of such Canceled Marketing Executive will continue to receive credit for having a Personal Enrollee with Senior Director or Executive Director status to count towards the Enroller's status.

(d) To qualify for any roll up or inheritance, the Marketing Executive who will be receiving the roll up or who will be inheriting Personal Enrollees must have been in compliance with Melaleuca's policies for the preceding 12 months.

### 40. Obligations of Independent Contractors

As an independent contractor, it is a Marketing Executive's responsibility to:

(a) Abide by any and all federal, state, provincial, county and local laws, rules and regulations pertaining to the acquisition, receipt, holding, selling, distributing or advertising of Melaleuca products and services and the promotion of the Melaleuca business opportunity;

(b) At the Marketing Executive's own expense, make, execute or file all such reports and obtain such licenses as are required by law or public authority with respect to his/her Independent Melaleuca Business and/or the receipt, holding, selling, distributing or promoting of Melaleuca products;

(c) Be solely responsible for declaration and payment of all local, state, provincial, federal and general sales taxes and fees as may accrue because of the Marketing Executive's activities in conjunction with his/her Independent Melaleuca Business;

(d) Supply all of his/her own equipment and tools for operating his/her business, such as telephone, transportation, professional services, office equipment, and office supplies; and

(e) Provide his/her own place of business and determine his/her own work hours.

### 41. Marketing Executives Are Not Corporate Representatives

Marketing Executives are not corporate representatives of Melaleuca and are not authorized to incur any debt, expense or obligation on behalf of or for Melaleuca nor bind Melaleuca to any agreement or contract.

## 42. Corrective Measures

All of the policies in this Statement of Policies, the provisions of the Independent Marketing Executive Agreement, the Corporate Entity Application and Agreement, the Tax Exempt Entity Application and Agreement and any other agreements entered into by and between Melaleuca and Marketing Executives are material terms to the agreement between Melaleuca and Marketing Executives. A Marketing Executive's violation of any of the terms and conditions of any of these agreements or the Statement of Policies or any illegal, fraudulent, deceptive or unethical business conduct by a Marketing Executive may result, at Melaleuca's discretion, in one or more of the following corrective measures:

    (a) issuance of a written warning or admonition;

    (b) imposition of a fine, which may be imposed immediately or withheld from future commission and/or bonus checks;

    (c) reassignment of all or part of his/her Marketing Organization;

    (d) suspension of his/her Independent Marketing Executive Agreement for one or more months;

    (e) cancellation of his or her Independent Marketing Executive Agreement; or

    (f) any other measure expressly stated within any of the policies set forth in the Statement of Policies or any provision of the Marketing Executive Agreement, the Corporate Entity Application and Agreement, or the Tax Exempt Entity Application and Agreement.

Melaleuca has the right to withhold from a Marketing Executive all bonuses and commissions during the period that Melaleuca is investigating the alleged violative conduct of the Marketing Executive. If a Marketing Executive's Independent Marketing Executive Agreement is canceled due to a violation preceding the investigation, the Marketing Executive will not be entitled to any commissions or bonuses withheld by Melaleuca during the investigation period.

## 43. Forfeiture of Rights to Bonuses and Commissions

So long as a Marketing Executive is complying with all policies and the terms of the Independent Marketing Executive Agreement, Melaleuca is obligated to pay commissions and bonuses to such Marketing Executive in accordance with the Compensation Plan. A Marketing Executive's commissions and bonuses constitute the entire consideration for all of the Marketing Executive's efforts in generating sales, and the Marketing Executive's right to receive commissions and bonuses from Melaleuca constitutes the entire value attributable to the Marketing Executive's Marketing Organization. Following a Marketing Executive's resignation, cancellation for inactivity, or voluntary or involuntary cancellation of his/her Independent Marketing Executive Agreement, such former Marketing Executive shall have no right, title, claim or interest to the Marketing Organization. The former Marketing Executive shall have no claim for compensation for the Marketing Organization or for bonuses or commissions stemming from sales generated within or by the Marketing Organization or for car bonus amounts held in escrow by Melaleuca. Following voluntary or involuntary cancellation of his/her Independent Marketing Executive Agreement, the former Marketing Executive shall not hold himself/herself out as a Melaleuca Marketing Executive and shall not have the right to sell Melaleuca products or services.

## 44. Amendments to Compensation Plan, Statement of Policies, and/or Independent Marketing Executive Agreement

Upon notification to Marketing Executives, Melaleuca may, at its sole discretion, amend the Compensation Plan, Statement of Policies, Definitions of Terms and/or the terms of the Independent Marketing Executive Agreement and any other agreements entered into by and between Melaleuca and the Marketing Executives. By signing the Independent Marketing Executive Agreement, Marketing Executives agree to abide by any such amendments. The continuation of an independent Melaleuca Business or a Marketing Executive's acceptance of commissions and/or bonuses from Melaleuca constitutes his/her acceptance of any such amendments. Marketing Executives will be bound by the most current versions of the Compensation Plan, the Statement of Policies, the Definitions of Terms, the Independent Marketing Executive Agreement and any other agreements entered into by and between Melaleuca and the Marketing Executives.

# MELALEUCA DEFINITIONS OF TERMS

The following terms will have the meanings set forth herein when used in Melaleuca's *Statement of Policies, Compensation Plan* and/or *Independent Marketing Executive Agreement* and other Official Melaleuca Material.

**Active Customer:** Any Customer who purchases at least 29 Base Points each month.

**Active Marketing Executive:** A Marketing Executive who personally produces the number of Base Points each month that are required to qualify at his/her Active Status level pursuant to the Compensation Plan.

**Active Status:** The development position or leadership status of a Marketing Executive as of the most recent month end, or business reporting period.

**Assist:** A Marketing Executive who helps another Marketing Executive to present the Melaleuca program may be designated as the "Assist" on the Independent Marketing Executive Agreement form. The Marketing Executive designated as the "Assist" receives the Value Pack and Career Pack Plus commission on the first Value Pack or Career Pack Plus ordered by the new Customer or Marketing Executive.

**Backup Order:** A preselected package of Melaleuca products which are automatically shipped to Preferred Customers if they fail to order the minimum monthly Base Points agreed upon in their Customer Agreement. Those who select the Preferred Customer option in the Customer Agreement preauthorize Melaleuca to send a Backup Order and to make an automatic withdrawal from their checking account, or a charge to their credit card to pay for each Backup Order.

**Base Points:** A value assigned to each Melaleuca product or service upon which commissions and bonuses are calculated.

**Benchmark PC's:** The total number of net Preferred Customers in a Marketing Executive's organization, based on a three month rolling average, ending June 30, 1997 or the highest number of net Preferred Customers in a Marketing Executive's organization achieved in any month following June 30, 1997 (based on a three month rolling average).

**Business Kit:** The Melaleuca product and business opportunity information portfolio purchased by a new Marketing Executive pursuant to the terms of the Independent Marketing Executive Agreement which includes product and marketing information and other Official Melaleuca Material.

**Compensation Plan:** The plan offered by Melaleuca which sets forth the compensation provided to Marketing Executives for the continuing building, promoting, training, motivation, servicing and development of their Independent Melaleuca Businesses.

**Corporate Entity Application and Agreement:** The addendum to the Independent Marketing Executive Agreement which must be completed by corporate entities which are applying to become Marketing Executives.

**Customer:** A person who has an Enroller, has completed, executed and delivered to Melaleuca a Customer Agreement and has paid to Melaleuca the appropriate enrollment fee. Customers are either Direct Customers or Preferred Customers.

**Customer Agreement:** The agreement which must be completed, signed, received and accepted by Melaleuca before a person may become a Customer.

**Customer Number:** A unique number assigned by Melaleuca to each Customer to facilitate internal record keeping by Melaleuca with respect to the Customer.

**Direct Customer:** A Customer who is authorized to purchase product from Melaleuca at Direct Customer prices pursuant to a Customer Agreement.

**Electronic Checking:** A payment method by which a Customer authorizes Melaleuca to deduct payment for orders directly from his/her checking account.

**End Consumer:** A person who purchases Melaleuca products for the purpose of consuming them rather than for resale to someone else.

**Enroll:** To enlist, sponsor or sign up an individual or entity into a program or organization.

**Enrollee:** A Customer or Marketing Executive.

**Enroller:** The Marketing Executive who is listed on the Customer Agreement as the enroller. The Enroller must be the person who introduced the new Customer to Melaleuca and helped him/her become a Customer or who played an active role in the presentation of Melaleuca products or business opportunity to the new Customer.

**Executive Status:** The highest leadership position ever achieved with Melaleuca.

**Immediate Household:** Persons residing in the same home.

**Inactive Customer:** A Customer becomes inactive if he/she fails to purchase a minimum of 29 base points for two consecutive months.

**Inactive Marketing Executive:** A Marketing Executive becomes inactive if he/she fails to personally produce the number of Base Points that are required to qualify at his/her Active Status level pursuant to the Compensation Plan for two consecutive months.

**Independent Marketing Executive Agreement:** The agreement which must be completed, signed, received and accepted by Melaleuca as one of the prerequisites to becoming a Marketing Executive.

**Independent Melaleuca Business:** The business organization consisting of a Marketing Executive and those persons and entities that purchase Melaleuca products or generate sales of Melaleuca products from which the Marketing Executive is entitled to receive commissions.

**Marketing Executive:** A person who has enrolled as a Customer, has an Enroller, has completed, executed and delivered to Melaleuca an Independent Marketing Executive Agreement, has purchased a Business Kit, has at least one Customer and has received his/her first commission check.

**Marketing Executives Annual Income Statistics:** A summary of income statistics published by Melaleuca setting forth information regarding average, high and low income received by Marketing Executives on an annual basis.

**Marketing Organization:** The Customers and Marketing Executives that comprise the group of individuals or entities from which the Marketing Executive is entitled to receive commissions based upon the collective sales volume of the group and the status of certain Marketing Executives within the group pursuant to the Plan of Compensation.

**MelaCom:** Melaleuca's long distance telephone service as marketed by Melaleuca, regardless of the interexchange carrier for such service.

**Melaleuca:** Melaleuca, Inc. and/or Melaleuca of Canada, Inc.

**Melaleuca International Sponsorship Program:** The program offered by Melaleuca with regard to sponsorship by Marketing Executives in one country of Customers and Marketing Executives in foreign countries where Melaleuca is authorized to do business.

**Monthly Business Reports:** Reports produced by Melaleuca on a monthly basis and provided to Marketing Executives which contain information relating to the activity of the Marketing Executive's Marketing Organization. The Monthly Business Reports contain trade secret information that is proprietary to Melaleuca.

**Official Melaleuca Material:** Material in any form which is authorized, published, and disseminated by Melaleuca. This includes, but is not limited to, printed material, audio and video tapes, satellite broadcasts, fax and electronic communications and Internet communications.

**Organization Base Points:** The total Base Points which a Marketing Executive's Marketing Organization purchased or produced in a calendar month, including the Marketing Executive's Personal Base Points.

**Organization PC's:** The total net Preferred Customers in a Marketing Executive's organization in a given month.

**PEG Volume:** Personal Enrollee Group Volume, or the total organization Base Point volume of a Marketing Executive's Personal Enrollees in any given month.

**Personal Base Points:** The total monthly Base Points personally produced by a Marketing Executive.

**Personal Customer:** A person who purchases product directly from a Marketing Executive but who has not executed a Customer Agreement.

**Personal Enrollee:** An Enroller's Enrollee to whom the Enroller has personally introduced Melaleuca and/or has played an active roll in the presentation of Melaleuca products or business opportunity.

**Personal Sales:** Sales which a Marketing Executive makes to a Personal Customer.

**Personally Produce:** To "personally produce" Base Points a Marketing Executive must do more than just purchase product; he or she must move it to the End Consumer.

**Preferred Customer:** A Customer who is authorized to purchase products from Melaleuca at Preferred Customer prices and who has committed to purchase each month products totaling at least 29 Base Points.

**Recruit:** 1) To attempt to enroll, enlist, or solicit, an individual or entity to join a business, program or organization; or 2) to attempt to promote, influence or encourage an individual or entity to join a business, program or organization; or 3) to present, or participate or assist in the presentation of, a business, program, organization or its products. To constitute recruiting, such efforts or attempts may be performed either directly through personal contact or indirectly through a third party.

**Statement of Policies:** The policies published by Melaleuca, as amended from time to time, which set forth, among other things, the requirements for operating an Independent Melaleuca Business.

**Suggested Retail Price:** The price Melaleuca suggests Marketing Executives charge for products they sell to Personal Customers. This is a suggestion only! Marketing Executives are free to sell products to Personal Customers at any price they wish.

**Support Line:** The Marketing Executives above an individual in a Marketing Organization who have the potential to receive commissions based upon the purchases of such individual.

**Tax Exempt Entity Application and Agreement:** The addendum to the Independent Marketing Executive Agreement which must be completed by tax exempt entities which are applying to become Marketing Executives.



*Melaleuca, Inc.*
3910 South Yellowstone Hwy
Idaho Falls, Idaho  83402-6003

*Melaleuca of Canada, Inc.*
3910 South Yellowstone Hwy
Idaho Falls, Idaho  83402-6003

© Copyright by Melaleuca, Inc. 1999
Rev. 8/99N
Printed in the USA

# EXHIBIT D

Mail white copy to Melaleuca
Applicant keeps yellow copy • Enroller keeps pink copy
Enrollments 1-800-262-0600
Phone Orders 1-800-282-3000 • Fax 1-888-528-2090

3910 South Yellowstone Hwy Idaho Falls, ID 83402-6003

Complete this Agreement to apply to become an Independent Marketing Executive. If you do not wish to enroll as a Customer, you must also complete Sections 4a, 4b, and 4c of the Melaleuca Customer Membership Agreement and attach it to this Independent Marketing Executive Application and Agreement. (Please print. Incomplete information will delay or prevent Melaleuca's acceptance and processing of this Agreement.)

Applicant's name as it should appear on Commission and Bonus Checks.

FIRST NAME                    INITIAL    LAST NAME

SPOUSE'S FIRST NAME (if spouse is also an applicant)    INITIAL    LAST NAME

☐ If two applicants are listed, check here if you are legally married to each other. Multiple applicants must be legally married.
APPLICANT'S OCCUPATION

ADDRESS (For mailing of commission & bonus checks & materials)

CITY                          PROVINCE    POSTAL CODE

SOCIAL INSURANCE NUMBER               FAX

Assisted By

CUSTOMER NUMBER

Please indicate preferred phone number(s) for contacting you.
HOME

BUSINESS

MOBILE   I wish to receive text messages from Melaleuca. See reverse for details.

BIRTHDATE   Month        Day         Year

EMAIL

Language Preference: ☐ English   ☐ French   ☐ Spanish
                     ☐ Chinese   ☐ Korean   ☐ Other:

**If you are applying as a Corporation or a Tax Exempt Entity,** you must complete a Melaleuca Corporate Entity Application & Agreement or a Melaleuca Tax Exempt Entity Application & Agreement, as applicable, and attach it as an addendum to this Agreement.

(Leave blank unless someone other than the Enroller has assisted in the enrollment of a new Customer and sale of the Value Pack or Career Pack.)

**Set your goal for level of participation**
My goal is to participate at the following level: ☐ 1      ☐ 2      ☐ 3

The cost to enroll as a Marketing Executive is $29.00* (plus applicable sales tax). You'll receive a Melaleuca Membership Kit, and other literature, including a subscription to Melaleuca's monthly publications, to familiarize you with and keep you up to date on Melaleuca's programs and products.

*Includes the $25.00 Customer membership fee if you are also enrolling as a Customer.

**My method of payment:** Please include appropriate sales tax and shipping & handling charges (If you need help calculating these charges, call 1-800-282-3000)
☐ 1. Charge my account as indicated on my Customer Membership Agreement: ☐ Visa   ☐ MasterCard   ☐ Discover/NOVUS   ☐ Electronic Checking
☐ 2. I have attached a check in the amount of $ _____

**Send me my Melaleuca Membership Kit!**
Please choose only one of the following:
☐ $29.00 Melaleuca Membership Kit.
☐ $29.00 Melaleuca Electronic Membership Kit.
☐ I have already purchased a Membership Kit from my Enroller.

my melaleuca
☐ Sign me up for MyMelaleuca
Free for the first 90 days ($9.95 per month)
Preferred Username
_____ @

Please choose one of the following
☐ VitalityforLife.com
☐ shopandsave.net
☐ saferforyourhome.com
☐ wedeliverwellness.com
For further details, see paragraph 18 under the heading "Terms and Conditions."

Within two months following the month of enrollment, you can purchase a Melaleuca Career Pack or Value Pack and save an incredible 30% off the regular Preferred Customer price on dozens of products! Marketing Executives may purchase a total of two Melaleuca and two Nicole Miller Value or Career Packs.

**Send me the Career Pack** ☐ Women ☐ Men ☐ 50+ ☐ Nicole Miller   $299 CDN   140 PTS
This treasure trove of products gives you a "Melaleuca household" and puts you in business too! Includes everything in the Value Pack plus additional nutritional, pharmaceutical, bath and body, dental care, and home care products and sales aids!

**Send me the Value Pack** ☐ Women ☐ Men ☐ 50+ ☐ Nicole Miller   $199 CDN   100 PTS
Start your "Melaleuca household"—and save money—with a wide variety of products from each of Melaleuca's product lines: nutritional, pharmaceutical, bath and body, dental care, and home care.

☐ **Send me the Pacesetter Pack** (10 Membership Kits plus either one Value Pack or Career Pack)—a $50 Savings!
Choose one of the following:
☐ Career Pack plus 10 E-Kits        $539 CDN   140 PTS
☐ Career Pack plus 10 Boxed Kits    $539 CDN   140 PTS
☐ Value Pack plus 10 E-Kits         $439 CDN   100 PTS
☐ Value Pack plus 10 Boxed Kits     $439 CDN   100 PTS

☐ Yes, I am presently registered for Goods & Services Tax (GST). My GST number is _____
☐ No, I am not presently registered for GST and I agree to inform Melaleuca when I am required to register for GST and provide my GST number as instruction to Melaleuca to pay GST on commissions and bonuses paid to me thereafter.

and I instruct Melaleuca to pay applicable GST on all bonuses paid to me.

**By signing below, I agree to these terms.**

By signing this form I apply to become a Melaleuca Independent Marketing Executive. I certify that I am at least 18 years of age and acknowledge that I have carefully read and agree to all the terms and conditions listed in (1) this Independent Marketing Executive Application and Agreement, and Agreement, including those listed separately under the heading "Terms and Conditions", (2) the Melaleuca Compensation Plan, and (3) the Melaleuca Statement of Policies. I understand that Melaleuca does not guarantee the success of my business or the income, if any, that I might earn. I understand that my success will depend on my own efforts, skills, and productivity. I understand that this document is an application to become a Melaleuca Independent Marketing Executive and that I am not a Melaleuca Independent Marketing Executive until:
1. Melaleuca has received and accepted this Agreement,
2. I have at least one Customer in my Marketing Organization, and
3. I receive my first commission check.

X _____
Applicant's Signature (this Melaleuca Agreement is not valid unless signed by the applicant)   Date

X _____
Spouse's Signature (if applicable)   Date

I may cancel this Agreement for any reason at any time by giving written notice to Melaleuca bearing my original signature, printed name, address, and Customer Number. Written cancellations received by Melaleuca on or before the 25th of the month will be effective the month received, written cancellations received by Melaleuca after the 25th of the month will be effective the following month. **In addition to the foregoing, I may cancel this agreement for any reason within three business days from the date hereof by giving written notice to Melaleuca bearing the date, my printed name, and my original signature.** Cancellation notices must be mailed to: Melaleuca of Canada, Inc., 3910 S. Yellowstone Hwy., Idaho Falls, ID 83402-6003.

111400965

©2008 Melaleuca of Canada, Inc.    Stock #965    Printed in USA    Rev. 12/08C

Independent Marketing Executive Application and Agreement

# Terms and Condition
*(please read carefully)*

**Terms used but not defined herein shall have the meanings as described in Melaleuca's Definitions of Terms.**

1. I am competent and of legal age to enter into binding contracts in the province in which I enter this Agreement with Melaleuca.

2. I understand that as a Marketing Executive, I am an independent contractor, and not an agent, employee, legal representative or franchisee of Melaleuca. I further understand and agree that I will not be treated as an employee for United States federal or state or Canadian federal or provincial tax purposes, nor for purposes of the United States Federal Unemployment Tax Act, the United States Federal Insurance Contributions Act, the United States Social Security Act, United States State Unemployment Acts, United States State Employment Security Acts, United States State Workers Compensation Acts, Canadian Federal or Provincial Pension Plan Contributions Acts or Requirements, Canadian Federal or Provincial Unemployment Insurance Acts or Requirements, Canadian Provincial Employment Standards Acts, Canadian Federal or Provincial Worker's Compensation Acts or Requirements, or Canadian Provincial Health Tax Acts or Requirements. I agree to pay all applicable United States federal and state and Canadian federal and provincial income taxes, self-employment taxes, sales taxes, local taxes, and/or local license fees that may become due as a result of my activities under this Agreement.

3. I understand that the acceptance of this Agreement by Melaleuca does not constitute the sale of a franchise or a business opportunity under state or federal law and that there are no exclusive territories granted to anyone. I also understand that I am not acquiring any interest in a security.

4. I understand that my success as a Marketing Executive is dependent upon my own efforts and skills. I do not anticipate receiving income as a result of the efforts of any individual or entity other than myself.

5. I understand that products representing at least 70% of my monthly Organization Product Points must be purchased by End Consumers each month. I will not purchase any product from Melaleuca solely for the purpose of qualifying for commissions or bonuses.

6. As a Marketing Executive, I will be entitled to purchase products or permit others to purchase products using my account number at the regular price. If I am enrolled as a Preferred Customer, I will be entitled to purchase products at the Preferred Customer price, but others who purchase products using my account number must still pay the regular price.

7. If I fail to pay for products or services (**including any and all applicable sales taxes and all shipping and handling charges**) on or before the due date, Melaleuca is authorized to withhold the appropriate amounts from my commission and bonus checks or withdraw the appropriate amounts from my credit card/electronic checking accounts, if any, which I have authorized Melaleuca to charge.

8. Melaleuca will not be responsible for the loss of any commissions and bonuses or other payments because of errors or delays in receiving agreements, orders, changes or other necessary information.

9. I have carefully reviewed the Melaleuca Compensation Plan and Statement of Policies and acknowledge that they are incorporated as part of this Agreement in their present form and as modified from time to time by Melaleuca at its sole discretion.

10. Upon notification to its Marketing Executives in an official publication of Melaleuca or in a written document from Melaleuca sent to me in my product order or by some other means authorized by Melaleuca, Melaleuca may, at its discretion, unilaterally and prospectively amend this Agreement, the Melaleuca Compensation Plan, the Statement of Policies, the terms of the Customer Membership Agreement, and any other agreements, policies, guidelines, programs and others with or from Melaleuca (collectively referred to herein as the "Melaleuca Agreements"). I agree to abide by any and all such amendments and that my only remedy for not accepting any such amendments is to immediately terminate this Agreement. The continuation of my Melaleuca business or my acceptance of commission and/or bonus checks or other payments from Melaleuca constitutes my acceptance of any such amendments. I agree that Melaleuca's interpretation of the Melaleuca Agreements will be final and binding.

11. My violation of any of the terms of the Melaleuca Agreements or of any law in the course of my business activities may result, at Melaleuca's discretion, in forfeiture of commission and bonus checks or other payments from Melaleuca on all or part of my Marketing Organization, cancellation of this Agreement, or other corrective action as specified in the Statement of Policies. If this Agreement is cancelled or terminated at any time for any reason I understand that I will permanently lose all rights as an Independent Marketing Executive, and I agree to waive all rights and claims to my Marketing Organization and to all commissions and bonuses.

12. The Melaleuca Agreements, as amended from time to time by Melaleuca, constitute the entire agreement between Melaleuca and me and no other prior or future promises, representations, guarantees or agreements of any kind will be valid unless in a writing signed by Melaleuca or contained in an officially authorized publication of Melaleuca. In no event shall any other agreement or publication, or any notices, correspondence, course of dealing, or other communication or lack of communication by Melaleuca be interpreted to amend, modify or waive any provision of the Melaleuca Agreements and I agree that I may not rely on such other communications for that purpose.
Nothing herein will in any way limit Melaleuca's ability to unilaterally amend or modify the Melaleuca Agreements.

13. To the extent any provision of the Melaleuca Agreements is, or is found to be, invalid or unenforceable

under, or in violation of, applicable law, such provision will be deemed ineffective only to the extent of such invalidity, unenforceability or violation and will not invalidate or render unenforceable any other provision of the Melaleuca Agreements.

14. The term of this Agreement is one year. This Agreement will be automatically renewed annually on each anniversary date of the date hereof, unless otherwise cancelled. This Agreement shall not be deemed accepted by Melaleuca until Melaleuca has received the signed original of this Agreement, I have at least one Customer in my Marketing Organization, and I have received my first commission check.

15. This Agreement shall be governed by the laws of the State of Idaho. To the extent permitted by applicable law, all claims or disputes of any nature between one or more current or former Marketing Executives and Melaleuca (or its officers, shareholders, or employees), if not resolved by mutual agreement, shall be resolved by binding arbitration using an arbitrator or arbitrators mutually agreeable to the parties. If the parties are unable to agree upon an arbitrator, a court of competent jurisdiction may appoint an arbitrator. To the extent permitted by applicable law, such arbitration shall take place in the State of Idaho. If arbitration is not permitted by applicable law, then, to the extent permitted by applicable law, the parties agree that all such claims or disputes shall be brought and maintained in Bonneville County District Court, in Idaho Falls, Idaho, or in the United States District Court for the District of Idaho. In reaching its decision, the arbitrator or the court (a) shall not interpret the meaning of the Melaleuca Agreements or the intent of the parties with respect thereto by reference to any written or oral communications, course of dealing, or extraneous documents or information other than the express terms of the Melaleuca Documents, as expressly and specifically amended or waived by Melaleuca in accordance with this Agreement; (b) shall consider Melaleuca's interpretations of the Melaleuca Agreements (including interpretations of any ambiguous provisions) as final and binding unless such interpretation is shown to be unreasonable by clear and convincing evidence; and (c) shall not apply any rule of contract interpretation to construe any provision against the drafter. To the extent permitted by law, the prevailing party in any proceeding (whether in arbitration or court proceeding or otherwise) shall be entitled to an award of attorneys' fees and costs.

16. If this Agreement is altered in any way it will not be deemed accepted by Melaleuca except in its original unaltered form, regardless of passage of time or payment of commissions by Melaleuca. If this agreement is altered in any way, Melaleuca may, in its sole discretion, deem this agreement to be void ab initio and require that I repay all commissions and bonuses paid to me.

17. I consent to Melaleuca and its **affiliates or partners** sending me email messages, text messages, or notifying me by telephone or facsimile regarding its products, services, business opportunity and other topics that Melaleuca considers may be of interest or benefit to me. I agree that my receipt of any telephone, e-mail, text message, or other contacts by Melaleuca and its affiliates or partners or by Melaleuca's Independent Marketing Executives will not be deemed a violation by Melaleuca of any state or federal telephone solicitation, no-call, anti-spam, customer protection or similar laws. Standard messaging rates apply for text messages. Please consult your mobile service carrier's pricing plan to determine the charges for sending and receiving text messages.

18. By checking the box in section 2 of this Agreement to request access to *MyMelaleuca*, I authorize Melaleuca to charge the account indicated on my Customer Membership Agreement on a monthly basis starting after my free 90-day trial period has ended. Specifically, I authorize Melaleuca to charge my account for the monthly access fee of $9.95. In addition, I understand that I will be charged additional fees for audio downloads or other add-on services that I choose to purchase. I understand that my default password will be my last name as written on this form, and upon logging into *MyMelaleuca* for the first time I should, for security purposes, update my password.

19. I consent to Melaleuca's publishing in any of its official material, whether print, audio or video, my name, photograph, city and state of residence, the amount of commissions, bonuses, awards, prizes, and recognition paid to me, information regarding any car that is being paid for in whole or in part with a Melaleuca car bonus, and other information that Melaleuca customarily publishes about Independent Marketing Executives.

20. In accordance with Canadian law, I acknowledge and agree that Melaleuca will be collecting personal information about me, including but not limited to my name, address, email address, age, phone number and information about my Marketing Organization. I consent to the use and disclosure of the information collected, in whole or in part, to Melaleuca and to my Support Team and Marketing Organization for the limited purposes of administering this Agreement, preparing and providing business reports, calculating commissions and bonuses payable to me and to others, evaluating and assessing my performance and facilitating contact with other Marketing Executives and Customers. I understand that Melaleuca will keep my information for as long as I am a Marketing Executive and for such reasonable period of time thereafter as may be necessary or as required by law. I further understand that I have the right to access my personal information collected by contacting Melaleuca.

21. I may not assign my rights or delegate my duties under this Agreement to any person or entity without the express written consent of Melaleuca.

22. I agree to hold harmless, indemnify, and release Melaleuca, its shareholders, officers, directors, employees and agents from and against, and I hereby waive (a) any claims or liability arising from or relating to the operation or promotion of my Melaleuca business, and (b) any claims I may have for consequential, special or exemplary damages against Melaleuca for any reason whatsoever.

I ACKNOWLEDGE THAT I HAVE HAD THE OPPORTUNITY TO HAVE THIS AGREEMENT REVIEWED BY LEGAL COUNSEL OF MY CHOICE.

Please call Melaleuca, Inc., with this information within 24 hours. To expedite the Independent Marketing Executive Agreement please call 1-800-262-0600. Then mail the completed application to: Melaleuca of Canada, Inc., 3910 South Yellowstone Hwy., Idaho Falls, Idaho 83402-6003. No commission or bonus checks will be sent to the applicant until Melaleuca receives the signed original Independent Marketing Executive Agreement.

## Cancellation Rights
I may cancel this Agreement for any reason at any time by giving written notice to Melaleuca bearing my original signature, printed name, address, and Customer Number. Written cancellations received by Melaleuca on or before the 25th of the month will be effective the month received, written cancellations received by Melaleuca after the 25th of the month will be effective the following month. **In addition to the foregoing, I may cancel this agreement for any reason within three business days from the date hereof by giving written notice to Melaleuca bearing the date, my printed name, and my original signature.** Cancellation notices must be mailed to: Melaleuca of Canada, Inc., 3910 S. Yellowstone Hwy., Idaho Falls, ID 83402-6003.

Rev. 12/08C

# EXHIBIT E

Mail white copy to Melaleuca
Applicant keeps yellow copy • Enroller keeps pink copy
Enrollments 1-800-262-0600
Phone Orders 1-800-282-3000 • Fax 1-888-528-2090

3910 South Yellowstone Hwy Idaho Falls, ID 83402-6003

## Please enroll me as a

☐ **Preferred Customer.** I commit to purchase products totaling at least (check one):
☐ **Direct Customer.** I'll pay the regular price for Melaleuca products.
☐ Mr. ☐ Mrs. ☐ Ms.

☐ 35 Product Points each month. I'll receive 30% to 40% off the regular price of Melaleuca products and participate in the Loyalty Shopping Dollars program.
☐ 75 Product Points each month. I'll receive additional benefits.

FIRST NAME    INITIAL    LAST NAME

SPOUSE'S FIRST NAME (if spouse is also an applicant)    INITIAL    LAST NAME

SHIPPING ADDRESS (For mailing of information, materials & products)

CITY    PROVINCE    POSTAL CODE

EMAIL ADDRESS: (Send my order confirmation to)

Please indicate preferred phone number(s) for contacting you.
HOME
BUSINESS
MOBILE  I wish to receive text messages from Melaleuca. See reverse for details.
BIRTHDATE   Month    Day    Year
MEMBERSHIP PORTFOLIO #

$25 membership fee required if not purchasing a $29 Membership Kit.    ☐ CHECK ENCLOSED    ☐ BILL MY PRIMARY FORM OF PAYMENT

To protect your Preferred Customer status, please provide two forms of payment. At least one form of payment is required. All accounts must be in the name of the new customer.

## PREFERRED FORM OF PAYMENT (Required)

☐ VISA    ☐ MASTERCARD    ☐ DISCOVER/NOVUS    EXPIRES (mo/yr)

## SECONDARY FORM OF PAYMENT

☐ VISA    ☐ MASTERCARD    ☐ DISCOVER/NOVUS    EXPIRES (mo/yr)

## ELECTRONIC CHECKING (Write your bank account number in the space below. Attach a voided check to verify your account number and for us to notify your bank of this agreement for pre-authorization. Electronic checking information provided by telephone is an authorized payment method while the Customer Membership Agreement is in transit.)

In the event that the preferred method of payment indicated above is not valid, Melaleuca will charge any other valid method of payment on file.    AUTHORIZED SIGNATURE

### Choose the Preferred Customer Backup Order that fits your needs.

Your automatic Backup Order keeps you in good standing to receive your Preferred Customer discount and other Preferred Customer benefits. If you're away on vacation or business, don't meet your Product Point commitment, or just forget to place your order, the Backup Order will be sent automatically, assuring that you meet your Product Point commitment and that you receive all Preferred Customer savings and benefits. (GST, PST & other applicable TAXES and SHIPPING & HANDLING NOT INCLUDED)

### Preferred Customer Backup Order Selections, Check Item

☐ **Select Pack** (Complete form on the back side of white copy)
☐ Wellness Backup Order—42 PTS (Vitality E)—$94.99    ☐ For Women ☐ For Men
☐ #1—35 PTS Backup Order (Includes Vitality Pack®)—$69.49 ☐ For Women ☐ For Men
☐ #2—35 PTS Backup Order (no Vitality Pack®)—$69.49
☐ #3—75 PTS Backup Order (Includes Vitality Pack®)—$139.99  ☐ For Women ☐ For Men

Initial here to acknowledge your Backup Order selection.

FIRST NAME    INITIAL    LAST NAME

CUSTOMER NUMBER

Enroller's Signature (By signing I affirm that I am the Lead/Enroller listed in this section and)    Date

FIRST NAME    INITIAL    LAST NAME

CUSTOMER NUMBER    (FOR STANDING MEETING) PHONE

FIRST NAME    INITIAL    LAST NAME

CUSTOMER NUMBER    PHONE

## express*link*

order. click. reach. shopping online

☐ Email and/or text message my ExpressLink shopping reminder on the _____ (day*) of each month. For your convenience, a second email will be sent 5 days later if an order is not placed.
(*between 1st-15th)

Be sure to sign up for Melaleuca's money-saving services. See the Services Order Form for more details on how you can get started and receive $50 Loyalty Shopping Dollars. Be sure to check out your exclusive discounts with Melaleuca's online Retail Partners.

I may cancel this Agreement for any reason at any time by giving written notice to Melaleuca bearing my original signature, printed name, address, and Customer Number. Written cancellations received by Melaleuca on or before the 25th of the month will be effective the following month. Written cancellations received by Melaleuca after the 25th of the month will be effective the following month. In addition to the foregoing, I may cancel this agreement for any reason within three business days from the date hereof by giving written notice to Melaleuca bearing the date, my printed name, and my original signature. Cancellation notices must be mailed to: Melaleuca of Canada, Inc., 3910 S. Yellowstone Hwy., Idaho Falls, ID 83402-6003.

BY SIGNING, I ACKNOWLEDGE THAT I AM AT LEAST 18 YEARS OLD AND HAVE CAREFULLY READ AND AGREE TO THE MELALEUCA CUSTOMER MEMBERSHIP AGREEMENT TERMS AND CONDITIONS INCLUDING THOSE LISTED SEPARATELY UNDER THE HEADING "TERMS AND CONDITIONS."

112100919

☐ Customer's Signature (this Customer Membership Agreement is not valid unless signed by the customer)    Date

☐ Spouse's Signature (if applicable)    Date

### Buyer's Right to Cancel (see yellow copy)

©2008 Melaleuca of Canada, Inc.    Printed in the USA
Stock #319    Rev. 12/08C

## Customer Membership Agreement Terms and Conditions (please read carefully)

The Preferred Customer Backup Order Agreement: If I am enrolling as a Preferred Customer, I agree to purchase products totaling at least the specified Product Point value (35 or 75) each month, which I selected in Section 1 on the front of this Agreement. I also agree to pay any and all applicable sales taxes and all shipping and handling charges. By enrolling as a Preferred Customer, I authorize Melaleuca to ship the Backup Order designated in this Agreement for any calendar month in which my product orders do not equal or exceed my Product Point commitment. Melaleuca, Inc. is under no obligation to ship any products if the authorized accounts are overdrawn or have been closed.

Select Pack Backup Order Substitutions: In the event that any product I have selected on the Select Pack form below becomes unavailable, or if the Product Points for any products I have selected are reduced, I authorize Melaleuca to substitute another product or products of equal or greater value to ensure that I meet my Product Point commitment. I further authorize Melaleuca to charge my account for any price difference for the substituted product(s). If I am not satisfied with the substitute product(s), I may return it for an exchange and authorize Melaleuca to credit or charge my account for any price difference.

Payment Authorization: I authorize Melaleuca, Inc. to withdraw payment from my credit card or bank account as specified on the front of this Agreement for orders I place directly and for my Backup Order (including any and all sales taxes and all shipping and handling charges). I give my permission that, if Melaleuca is unable to collect payment in full from my credit card account, then Melaleuca may make multiple attempts to collect for up to 60 days and, no more than twice, add $.50 to $1.00 to my balance to cover the ongoing costs for administration of the collection of my account. I agree to pay a $13.50 service fee in the event a check or charge is dishonored for any reason. Also any account has been charged by my financial institution, I have the right to have the amount of any erroneous withdrawal immediately deposited to my account by my financial institution up to 15 days following issuance of my bank statement or 45 days after posting. I will hold Melaleuca, Inc. harmless for all special or consequential damages, whether direct or indirect, resulting from any wrongful debit to my account.

Convenience Certificate Redemption: I understand that after I have been a Preferred Customer for six months, I may select Convenience Certificates as my Backup Order. I agree to redeem Convenience Certificates promptly. I understand that Convenience Certificates may be redeemed for product only, and may not be returned for a refund or credit on account.

Changes: I understand that I may change my Backup Order submission or make changes to my Select Pack by calling or writing Melaleuca and requesting the change. For all other changes to my Backup Order (e.g., to change the method of payment or the authorized amount) I must sign and submit to Melaleuca a new Customer Membership Agreement. If I submit more than one Customer Membership Agreement, the most recent signed agreement will supersede all previous agreements. I understand that Melaleuca reserves the right to substitute products and/or change prices or Product Point allocations without notifying me, but that substitutions to Select Packs will only occur if selected products become unavailable. I also understand that, upon written notice to me in my product order or by some other means, Melaleuca may at its discretion, unilaterally and prospectively, change the provisions, terms and conditions of this Agreement and that my only remedy for not accepting such changes is to immediately terminate this Agreement.

Membership Fee: The cost to enroll as a Customer is $25.00 plus applicable sales tax. I will receive a Membership Portfolio and a subscription to Melaleuca's catalogs to keep me updated on products and the latest in health and wellness as long as I remain an active Customer. If I simultaneously submit a Melaleuca Independent Marketing Executive Application and Customer Membership Agreement, the $29.00 Independent Marketing Executive application fee will include the Customer membership fee. My membership entitles me to free access to discounts and savings on hundreds of products and services in the Melaleuca Marketplace.

Renewal Fee for Preferred Customers: If I have enrolled as a Preferred Customer, I authorize Melaleuca, Inc. to charge my account a total of $15.00 (plus applicable sales tax) on an annual basis for the purpose of automatically renewing my Customer Membership Agreement.

Term: The term of this Agreement is one year. This Agreement will be automatically renewed annually on each anniversary date of this Agreement and will remain in effect until: (1) I elect to alter or change my customer status with Melaleuca by submitting a new signed Customer Membership Agreement, or (2) I cancel this Customer Membership Agreement pursuant to the preceding paragraph, or (3) Melaleuca cancels this Agreement upon written notice to me at my address set forth herein, which I agree Melaleuca may do at any time in its sole discretion.

Satisfaction Guarantee: If I am not completely satisfied with any product I purchase from Melaleuca, I may return the unused portion of the product, together with a copy of the invoice, to Melaleuca within 60 days of the date of purchase and Melaleuca will (1) credit my account for the total purchase price of the product (less shipping and handling charges), or (2) upon my written request, replace the product without charge, or (3) upon my written request, refund the total purchase price of the product (less shipping and handling charges). If I have unredeemed credit on account with Melaleuca which is more than six months old, I understand that Melaleuca may make an effort to locate me and advise me in writing of the credit that is on account. Melaleuca may continue to make such attempts on a monthly basis and will charge my account a $15 service fee for each month's notification

process for as long as I have a credit on account that is at least six months old. I also understand that any refund checks sent to me that remain uncashed for more than 180 days will not be honored and the amount of the check, less a processing fee of $22.50 and a bank cancellation/stop payment fee of $15, will be credited to my account, which credit shall be subject to the above notification process and associated service fees. Melaleuca reserves the right to cancel the Customer Membership Agreement of any Customer who abuses the Melaleuca satisfaction guarantee and return policy by excessively returning product.

Special Shipping Restrictions for Yukon and Northwest Territories Residents: Product orders will be shipped to either Whitehorse, Yukon or Yellowknife, Northwest Territories only.

Dispute Resolution: To the extent permitted by law, all claims or disputes of any nature between current or former Preferred or Direct Customers and Melaleuca (or its officers, shareholders or employees), if not resolved by mutual agreement, shall be resolved by binding arbitration using an arbitrator or arbitrators mutually agreeable to the parties. If the parties are unable to agree upon an arbitrator, a court of competent jurisdiction may appoint an arbitrator. To the extent permitted by law, the prevailing party in any proceeding (whether in arbitration or court or otherwise) between a Customer and Melaleuca (or its officers or employees) shall be entitled to an award of attorneys' fees and costs. To the extent that any provision of this Agreement is, or is found to be, invalid or unenforceable under, or in violation of, applicable law, such provision will be deemed omitted to the extent of such invalidity, unenforceability or violation and will not invalidate or render unenforceable any other provision of this Agreement.

E-mail, Text, and Pre-Recorded Sales Messages and Other Telephone Communications: I consent to Melaleuca, and its affiliates, marketing executives, services providers, and partners sending me e-mail, text, pre-recorded sales messages, facsimile, and written messages or otherwise notifying me by mail, telephone or other electronic communication methods regarding it's products, services, business opportunities and other topics that Melaleuca considers may be of interest or benefit to me. I agree that my receipt of any mail, telephone, e-mail, text, facsimile, or pre-recorded sales messages, or other contacts by Melaleuca, and its affiliates, marketing executives, services providers, or partners and Melaleuca's release of my contact information to such persons or entities or by Melaleuca Independent Marketing Executives shall not be deemed a violation by Melaleuca of any local, state or federal telephone solicitation, no-call, telemarketing, anti-spam, privacy, customer consumer protection and/or similar laws and regulations. Standard messaging rates apply to text messages. Please consult your mobile service carrier's pricing plan to determine the charges for sending and receiving text messages.

Personal Information: In accordance with Canadian law, I consent to the collection of the personal information contained on this form and to its use by Melaleuca for limited purposes of administering this agreement and to the disclosure to my enroller and his or her Support Team of such information and information regarding my purchases from Melaleuca.

Loyalty Shopping Dollars*: Each month, during their first five months with Melaleuca, Preferred Customers who do not receive a Backup Order or Select Pack are eligible to participate in the Loyalty Shopping Dollars program. Loyalty Shopping Dollars can only be used toward the purchase of designated Product Point products and cannot be used to purchase specials, Packs, Pantry Packs, discounted items, or sales aids. No Product Points will be given for products purchased in whole or in part with Loyalty Shopping Dollars. In each of the first 5 months of enrollment, Loyalty Shopping Dollars must be used in the month for which they are designated or they will be forfeited. At the time of cancellation or discontinuation of their Preferred Customer status, Preferred Customers will forfeit all Loyalty Shopping Dollars in their account. Loyalty Shopping Dollars may only be redeemed after placing a minimum Product Point order for the calendar month, in conjunction with another order, and in amounts of no less than 20 Loyalty Shopping Dollars. A $1.00 handling fee and all applicable shipping charges will be assessed for all Loyalty Shopping Dollars orders. Loyalty Shopping Dollars cannot be used towards the payment of sales tax and/or shipping and handling charges. Applicable taxes may be assessed. Melaleuca reserves the right to change or discontinue the Loyalty Shopping Dollars program without notice at any time. Credit for returned products purchased with Loyalty Shopping Dollars or as part of a Loyalty Shopping Dollars order will only be given in Loyalty Shopping Dollars for returned merchandise. After the fifth month as a Preferred Customer you can continue earning Loyalty Shopping Dollars by placing your order by the 15th of the month when ordering via telephone, or by the 25th of the month when ordering online. Please see www.melaleuca.com for more details.

Resale of Products: I agree that I will not offer Melaleuca products for sale via the internet or other form of nationally available media. This obligation will continue even after my Customer Membership Agreement is terminated. I understand that Melaleuca shall have the right to prevent any such offers by legal action and that, to the extent permitted by law, I will be obligated to pay Melaleuca's legal fees and costs in connection with any such legal action based upon my violation of this obligation.

Amendments: I understand that by written notification from Melaleuca sent to me in my product order or by some other means Melaleuca may amend this Customer Membership Agreement. I agree to be bound by all such amendments and that my only remedy for not accepting any such amendments is to immediately terminate this Agreement. My placing of an order or accepting a Backup Order after my receipt of notice of any amendment will constitute my acceptance of the amendment.

## Electronic Checking Payment Conditions

Items charged under any of the following conditions will be reimbursed subject to written notification by me (us) to the branch of account within 90 days:
a) I (we) never provided authorization to the payee.
b) The pre-authorized debit was not drawn in accordance with my (our) authorization.
c) My (our) authorization was revoked.
d) The debit was posted to the wrong account due to invalid/incorrect account information supplied by the payee. (CPA Sec. H4, App II, Par. 10)
   I (we) authorize Melaleuca of Canada, Inc. to process a charge to my (our) account, in paper, electronic or other form in accordance with the terms and conditions outlined above and in the amount of the Backup Order (plus applicable GST, PST or HST, and shipping and handling charges) corresponding with the amount in the box I (we) have indicated in Section 5 on the front page of this Agreement to be charged on or about the fourth of the month, with reasonable latitude for adjustment, beginning on the date Melaleuca processes it. Melaleuca, Inc. accepts this Agreement. In addition, upon my (our) request, I (we) authorize Melaleuca of Canada, Inc. to process a charge to my (our) account, in paper, electronic or other form in the amount of my (our) order by telephone, mail order form or fax, with reasonable latitude for adjustment, and in no case exceeding $1,000.00 on my (our) account daily, beginning on the date Melaleuca of Canada, Inc. accepts this Agreement. Melaleuca of Canada, Inc. will to the best of its ability, forward a statement of account in support of the debit(s) to me (us) within 30 days following the posting of the pre-authorized debit to my (our) account. As pre-authorization, I (we) agree to accept as notice of the payment due by one of the following methods:

a) by telephone when placing a telephone order
b) by my (our) submittal of the Order Form when placing an order by mail or fax
c) by my (our) submittal of the Customer Agreement with the selection of the Backup Order in Section 3 of the Customer Agreement.
   (CPA Sec. H4, App II, Par 11(f))
   I (we) acknowledge that The Toronto-Dominion Bank is not required to verify that the debit has been issued in accordance with the particulars of the authorization including the amount and frequency of payments.
   I (we) acknowledge that The Toronto-Dominion Bank is not required to verify that any purpose of payment for which the debit was issued has been fulfilled by Melaleuca of Canada, Inc. as a condition to honoring a pre-authorized debit issued or caused to be issued by Melaleuca of Canada, Inc. on my (our) account.
   (CPA Sec. H4, App II, Par 7)
   Revocation of this authorization only terminates the authorization relating to my (our) electronic checking account. My (our) authorization applies only to the method of payment and does not have any bearing on the contract for goods and services exchanged.
   (CPA Sec. H4, App II, Par 8)
   I (we) acknowledge that delivery of this authorization to Melaleuca, Inc. constitutes delivery by me (us) to The Toronto-Dominion Bank.
   (CPA Sec. H4, App II, Par 12)

## "Select Pack" The Preferred Customer Backup Order you create with the products you want most!

Customer Name

Home Phone Number

## PRODUCT POINT COMMITMENT: (Your Select Pack Product Points must equal or exceed the commitment level selected below).

(Select One) ○ 35 or ○ 75

You will be sent the Select Pack Backup Order listed below any month that your total product purchases do not equal or exceed 35 or 75 Product Points. Note: You may change the items selected below at any time by contacting Melaleuca. Changes to your Product Point commitment require you to sign and submit a new Customer Membership Agreement. Specials, discounted products, or packs and promotions are not available as Select Pack items. If a special or promotion is selected you will receive the product at the Preferred Customer price with full Product Points.

| Stock # | Qty. | Item Description | Unit Product Points | Total Product Points | Unit Price | Total Price |
|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
| *Shipping and handling charges plus applicable sales tax will be added to your order and reflected on the printed invoice included. |  |  | TOTAL POINTS: |  | TOTAL PRICE*: |  |

If submitting this agreement by fax, please remember to fax both sides of this document.

Rev. 12/08C

# Rescission Rights

Please note that you may cancel this agreement even after the expiration period set forth below. Please review the entire Customer Membership Agreement for additional terms and conditions.

For Newfoundland Residents: You may cancel this contract by giving notice of cancellation not later than 10 days after the date on which you signed the contract. In order to cancel this contract, you must deliver a notice of cancellation to Melaleuca of Canada, Inc., 3910 South Yellowstone Highway, Idaho Falls, Idaho 83402-6003, USA. This contract constitutes the entire agreement between the parties and shall prevail over any written or oral representations or statements made by any other party.

For New Brunswick Residents: In accordance with paragraph 17(1)(a) of the Direct Sellers Act, where the purchaser serves written notice of rescission on the direct seller, vendor or salesman within five clear days after the day on which the purchaser entered into the direct sales contract, the direct sales contract is rescinded. In accordance with subparagraph 17(1)(b)(ii) of the Direct Sellers Act, where the purchaser serves a written notice of rescission on the direct seller, vendor or salesman of the vendor within one year after the day on which the purchaser entered into the direct sales contract, and the goods or services to be supplied under the direct sales contract are not supplied to the purchaser within one hundred and twenty days after the day on which the purchaser entered into the direct sales contract, the direct sales contract is rescinded.

For Yukon Residents: You can cancel this agreement by notice in writing within seven days after you signed it. If you do not cancel this agreement within the seven days you may not be able to cancel it afterwards. You can send your notice by registered mail to Melaleuca of Canada, Inc., 3910 South Yellowstone Highway, Idaho Falls, Idaho 83402-6003, USA, or you may deliver it there yourself. You must mail it or deliver it before the end of the seven days. If you cancel it, any money you paid, and any goods you traded in, will be returned to you.

## BUYER'S RIGHT TO CANCEL

For Alberta, British Columbia, Manitoba, Ontario, Northwest Territories, Nova Scotia, Prince Edward Island and Saskatchewan Residents: You may cancel this contract from the day you enter the contract until 10 days after you receive a copy of the contract. You do not need a reason to cancel.

If you do not receive the goods or services within 30 days of the date stated in the contract, you may cancel this contract within one year of the contract date. You lose that right if you accept delivery after the 30 days. There are other grounds for extended cancellation. For more information, you may contact your provincial/territorial consumer affairs office.

If you cancel this contract, the seller has 15 days to refund your money and any trade-in, or the cash value of the trade-in. You must then return the goods to the seller.

To cancel you must give a notice of cancellation at the address in this contract. You must give notice of cancellation by a method that will allow you to prove that you gave notice, including registered mail, fax, or by personal delivery.

Address for service in Manitoba:
   D'Arcy & Deacon
   1200–330 St. Mary Ave.
   Winnipeg, MB  R3C 4E1

---

Quebec Itinerant Merchant Permit Number 116736

## For Residents of Quebec
### Statement Of Consumer Cancellation Rights
(Consumer Protection Act, section 58)

You may cancel this contract for any reason within 10 days after you receive a copy of the contract along with the other required documents.

   If you do not receive the goods or services within 30 days of the date stated in the contract, you may cancel the contract within one year. You lose that right if you accept delivery after the 30 days. There are other grounds for an extension of the cancellation period to one year, for example if the itinerant merchant does not hold a permit or has not provided the required security at the time the contract is made, if the goods are never delivered or the services never performed, or if the contract is incorrectly made or worded. For more information, you may seek legal advice or contact the Office de la protection du consommateur.

   If you cancel the contract, the itinerant merchant must refund all amounts you have paid, and return the goods received in payment, as a trade-in or on account; if the merchant is unable to return the goods, you are entitled to receive an amount of money corresponding to the value indicated in the contract or the cash value of the goods, within 15 days of cancellation. You also have 15 days to return to the merchant any goods you received from the merchant.

   To cancel, you must return the items received from the merchant to the merchant or the merchant's representative, send the merchant the cancellation form or written notice must be sent to the merchant or the merchant's representative at the address indicated on the form, or at any other address indicated in the contract. You must give notice of cancellation by personal delivery or by any other method that will allow you to prove that you gave notice, including registered mail, E-mail, fax and courier.

CANCELLATION FORM (detachable from schedule)
TO BE COMPLETED BY THE MERCHANT

To: _____ **Melaleuca, Inc.: Data Entry** _____
(name of itinerant merchant or representative)

_____ **3910 S. Yellowstone Hwy.** _____

_____ **Idaho Falls, Idaho 83402** _____
(address of itinerant merchant or his representative)

Telephone number of itinerant merchant or representative: **(208) 522-0870**

Fax number of itinerant merchant or representative: **1-888-528-2090**

Electronic address of itinerant merchant or representative: **N.A.**

TO BE COMPLETED BY THE CONSUMER

Date: _____
                                                      (date on which form is sent)
By virtue of section 59 of the Consumer Protection Act, I hereby cancel the contract

No.: _____ (contract number, if any)   made on _____ (date of contract)

at _____
           (address where contract was signed on the consumer)

_____
                                                              (name of consumer)

Telephone number of consumer: (_____) _____

Fax number of consumer: (_____) _____

Electronic address of consumer: _____

_____
                                (address of consumer)

_____
                                (signature of consumer)

Rev. 12/08C

# EXHIBIT F

# STATEMENT OF POLICIES
# AND DEFINITIONS OF TERMS

## STATEMENT OF POLICIES

Capitalized terms used in the Statement of Policies have the meanings set forth in the Definitions of Terms.

### 1. Becoming a Customer

To become a Customer, a person must: (a) have an Enroller who has submitted an Independent Marketing Executive Agreement; (b) sign and submit a Customer Membership Agreement, marking either the "Direct Customer" or "Preferred Customer" box; and (c) pay a membership fee for the cost of enrollment, product information, and other literature that Customers receive throughout the year. Preferred Customers receive a number of additional benefits and may purchase products directly from Melaleuca at 30% to 40% below the Suggested Retail Price. In return for this added discount, Preferred Customers agree to purchase Melaleuca products totaling at least 35 Product Points each month. Customers are not authorized to market or resell Melaleuca products unless they have also signed and submitted an Independent Marketing Executive Agreement.

### 2. Becoming a Marketing Executive

To become a Marketing Executive, a person must first (a) have an Enroller who has submitted an Independent Marketing Executive Agreement; (b) sign and submit an Independent Marketing Executive Agreement; and (c) purchase a Business Kit. Once those steps are completed the applicant is authorized to market and resell Melaleuca products and to enroll Customers and Marketing Executives. However, an applicant does not become a Marketing Executive, until: (i) Melaleuca receives the applicant's Independent Marketing Executive Agreement; (ii) the applicant has a Customer or Marketing Executive in his/her Marketing Organization; and (iii) the applicant receives his/her first commission check. Marketing Executives may purchase products directly from Melaleuca at the Direct Customer price. Marketing Executives may also choose to be Preferred Customers, in which case they may purchase products directly from Melaleuca at the Preferred Customer price. Purchase of a Business Kit is optional in North Dakota.

### 3. Individuals, Corporations, Tax Exempt Entities and Trusts

Melaleuca will only consider for acceptance as Marketing Executives individuals or entities that fall into one of the following categories:

    (a) Individuals who are of the legal age.

    (b) Married couples of which at least one is of legal age.

    (c) Corporations in good standing in the state, province, or country of their incorporation which have as their sole shareholder(s), director(s) and officer(s) either one unmarried individual or a married couple.

    (d) Tax exempt entities which are registered and approved as tax exempt institutions under Section 501(c)(3) of the United States Internal Revenue Code or under Section 248(1) of the Income Tax Act of Canada.

    (e) Trusts established in accordance with Melaleuca guidelines.

    (f) Charitable giving corporations established in accordance with Melaleuca guidelines.

### 4. Customer Numbers

Customers and Marketing Executives may not use or submit to Melaleuca any Social Security Number, Social Insurance Number, portion of Social Insurance Number, Tax Revenue Number, Taxpayer Identification Number or Corporate Account Number other than the actual number assigned to the Customer or Marketing Executive by the proper governmental authority.

### 5. Proper Completion of Documents

All agreements must be completely and properly filled out and signed. No copies or alterations will be accepted. If any agreement is altered in any way the agreement will not be deemed accepted by Melaleuca except in its original unaltered form, regardless of passage of time or payment of commissions by Melaleuca. Melaleuca will not be responsible for loss of commissions or bonuses or for delays in Customer or Marketing Executive registrations or orders due to: (a) errors by Customers or Marketing Executives in preparing or sending

agreements, orders or other documents; (b) delays or errors caused by the mail or fax transmission; (c) nonreceipt of documents by Melaleuca; (d) illegible or incomplete information on agreements, orders or other documents; or (e) the inability of Customers or Marketing Executives to reach Melaleuca by telephone or fax during busy calling periods.

    Melaleuca will process and credit orders and enrollments in the calendar month in which they are received by Melaleuca.

### 6. Ordering

Melaleuca encourages Customers to order early in the month. All orders are credited to the calendar month in which they are received by Melaleuca. For purposes of product orders, the calendar month ends on the first day of the following month at 4:00:00 a.m. Mountain Time and begins on the first day of the month at 4:00:01 a.m. Mountain Time. Orders may be placed by telephone, mail, fax or the Internet. All telephone or fax orders must be paid by Visa, MasterCard, Discover/Novus (U.S. only), or electronic checking. Orders by mail may be paid by check, money order, Visa, MasterCard, Discover/Novus (U.S. only) or electronic checking. When paying with a credit card, the card number and expiration date must be included. Customers and Marketing Executives will be charged $10^{US}/$15^{CAN} for checks returned for insufficient funds.

    Orders for products will usually be processed by Melaleuca within 48 hours of receipt. Shipment will be by common carrier and delivery should be expected within 3 to 10 days. Orders placed during the last week of the month may be delayed due to the large volume of orders received at the end of the month.

### 7. Customer Satisfaction Guarantee

If for any reason any Customer is not completely satisfied with any product purchased by such Customer from Melaleuca, Melaleuca will replace it without charge or place a credit on the Customer's Melaleuca account for the amount of the purchase price of the product or, upon receipt of a written request from the Customer together with a copy of the invoice from Melaleuca, refund the purchase price (less shipping and handling charges), upon its return within 60 days of purchase.

    Unless the Customer requests otherwise, Melaleuca will credit the Customer's Melaleuca account for the purchase price of the returned product. This credit can be redeemed for Melaleuca merchandise at any time. If a Customer has unredeemed credit on account with Melaleuca which is more than six months old, Melaleuca will make an effort to locate the Customer and advise him/her in writing of the credit that is on account and will continue to make such attempts on a monthly basis. Melaleuca will charge the Customer's account a $10^{US}/$15^{CAN} service fee for each month's notification process. If a Customer requests a cash refund, Melaleuca will send the Customer a refund check. Refund checks that remain uncashed for more than 180 days will not be honored and the amount of the check (less a processing fee of $15^{US}/ $22.50^{CAN} and a bank cancellation/stop payment fee of $10^{US}/$15^{CAN}) will be credited to the Customer's account. This credit on account will be subject to the above notification process and associated service fees.

### 8. Returns and Product Point Adjustments

Career/Value Pack Returns: Individual products that are purchased as part of a Career, Value, or other "special" pack which is priced below the Preferred Customer price, can be returned for an exchange but not for a refund unless the entire pack is returned. Career and Value Pack commissions will be deducted from the Marketing Executive's check in the month the Career or Value Pack is returned by the Customer.

    Marketing Executives receive commissions based on actual sales of product to End Consumers. When product is returned to Melaleuca, the commissions attributable to that product will be deducted from the commission checks of the Customer's Support Team in the month that the return occurs. If the return occurs within 6 months of the purchase date, then commissions will be deducted from the commission checks of the Support Team of the Marketing Organization that existed at the time of the purchase. Otherwise, commissions will be deducted

from the commission checks of the Support Team of the current Marketing Organization.

Melaleuca reserves the right to terminate the Independent Marketing Executive Agreement or cancel the Customer Membership Agreement of any Marketing Executive or Customer who abuses the Melaleuca Satisfaction Guarantee and Return Policy by excessively returning products.

### 9. Business Kit Refund

When a Marketing Executive applicant enrolls and purchases a Business Kit, the Business Kit number will be registered at Melaleuca in the applicant's name. If a Marketing Executive applicant cancels his/her Independent Marketing Executive Agreement and returns his/her purchased Business Kit to Melaleuca within 120 days after the Marketing Executive applicant's date of enrollment, Melaleuca will give such Marketing Executive applicant a full refund for the cost of the Business Kit. A refund will only be sent to the Marketing Executive applicant in whose name the Business Kit number is registered. This policy will apply whether the Marketing Executive applicant purchases the Business Kit directly from Melaleuca or from his/her Enroller. A Marketing Executive who purchases Business Kits for resale to Marketing Executive applicants may return unsold kits to Melaleuca for a refund only if the Marketing Executive cancels his/her Independent Marketing Executive Agreement and returns the Business Kits within 120 days after their date of purchase. Marketing Executives who purchase Business Kits for resale may resell such kits for up to one year from their date of purchase from Melaleuca. Melaleuca encourages Marketing Executives to keep such Business Kits updated until they are sold. A Business Kit may only be sold once. Melaleuca updates and revises Business Kits from time to time. Marketing Executives are encouraged to keep their Business Kits current by purchasing update packets or new Business Kits as they become available. Outdated or old Business Kits may not be exchanged for current Business Kits.

### 10. Election to Cancel Agreements

A Marketing Executive may cancel his/her Independent Marketing Executive Agreement, and a Customer may cancel his/her Customer Membership Agreement, for any reason at any time by giving written notice to Melaleuca bearing his/her original signature, printed name, address, Customer Number and reason for canceling (to assist Melaleuca in improving its customer service). If an individual or entity is a Preferred Customer and a Marketing Executive, the letter should specify which agreement(s) should be canceled. Written cancellations received by Melaleuca on or before the 25th of the month will be effective the month received. Written cancellations received by Melaleuca after the 25th of the month will be effective the following month. Cancellation notices must be mailed to: Melaleuca, 3910 S. Yellowstone Hwy., Idaho Falls, ID 83402-6003.

### 11. Cancellation Refund Policy

Melaleuca will repurchase from Marketing Executives who have canceled their Independent Marketing Executive Agreements all unencumbered products which are in resalable condition which were purchased by the Marketing Executive from Melaleuca within the previous 12 months, at a price of not less than ninety percent (90%) of the original net cost to the Marketing Executive. All products or materials must be returned to Melaleuca with shipping prepaid by the Marketing Executive in order to receive the above refund. Melaleuca will charge back all commissions, bonuses and rebates paid by Melaleuca relating to the purchases of those products.

### 12. Cancellation Refund Policy (for Georgia Residents Only)

Melaleuca will repurchase from Marketing Executives who have canceled their Independent Marketing Executive Agreements pursuant to Policy 10 all unencumbered products, sales aids and literature which are in reasonably resalable or reusable condition which were purchased by the Marketing Executive from Melaleuca, at a price of not less than ninety percent (90%) of the original net cost to the Marketing Executive. Goods shall be deemed "resalable or reusable" if the goods are in an unused, commercially resalable condition at the time the goods are returned to Melaleuca. In addition, Melaleuca will repay ninety percent (90%) of the fees paid by the Marketing Executive for services which have not been provided to the Marketing Executive at the time of cancellation. All products or materials must be returned to Melaleuca shipping prepaid by the Marketing Executive in order to receive the above refund. Melaleuca will charge back all commissions, bonuses and rebates paid by Melaleuca relating to purchases of products or services for which refunds are given under this policy.

### 13. Errors or Questions

Marketing Executives should notify Melaleuca immediately of any errors or questions about commissions, bonuses, Monthly Business Reports, orders or charges. Melaleuca will correct any errors reported to it within 60 days, but Melaleuca will not be responsible for any errors, omissions or problems not reported within 60 days.

### 14. Joint Ownership of a Business

Independent Melaleuca Businesses may only be owned by an individual or a married couple, or by corporations, tax exempt entities or trusts that comply with Melaleuca guidelines. If a couple who jointly own an Independent Melaleuca Business divorce, they may apply to have the Independent Melaleuca Business transferred to one of them as the sole owner. The divorced couple must submit to Melaleuca a written request specifying to which person the Independent Melaleuca Business will be transferred. The request must either contain the notarized signature of both parties or contain the notarized signature of at least one party and include a certified copy of the court approved divorce decree or property settlement that designates to which party the Independent Melaleuca Business should be transferred. Melaleuca is not bound by any such request or court decree and retains the right to approve or disapprove of such transfer request at its sole discretion. If the transfer is approved, the person to whom the Independent Melaleuca Business is being transferred must sign and submit to Melaleuca a new Independent Marketing Executive Agreement.

### 15. One Business per Person or Couple

A Marketing Executive may not own, operate or have a financial interest in more than one Independent Melaleuca Business without Melaleuca's express written approval. With regard to married couples and non-married cohabiting couples, both persons will be treated as a single Marketing Executive for purposes of Melaleuca's policies. Therefore, for example, if one person owns an Independent Melaleuca Business the other person may not own, operate or have a financial interest in a separate Independent Melaleuca Business. Additionally, if the couple jointly owns an Independent Melaleuca Business, neither person may own, operate or have a financial interest in a separate Independent Melaleuca Business. However, if two people who own separate Independent Melaleuca Businesses marry, they may each retain ownership of their businesses.

### 16. Conduct of Household Members

If any member of the Marketing Executive's Immediate Household engages in any activity which, if performed by the Marketing Executive, would violate any Melaleuca policy or any provision of the Independent Marketing Executive Agreement, such activity will be deemed a violation by the Marketing Executive.

### 17. Inheritance of Business

An Independent Melaleuca Business may be inherited by a single person, a married couple or a trust which complies with Melaleuca's guidelines, pursuant to a valid will or other appropriate document, or in accordance with the intestacy laws of the state, province, or country in which the Marketing Executive resides. A person who inherits an Independent Melaleuca Business must furnish Melaleuca with proper documentation that he/she is the beneficiary and is authorized to represent the estate. He/she must also execute a Customer Membership Agreement and an Independent Marketing Executive Agreement, fulfill all of the functions of a Marketing Executive and abide by the terms of Melaleuca's Statement of Policies.

### 18. Sale or Transfer of Business

Before a Marketing Executive can sell or transfer his/her Independent Melaleuca Business (except for transfers by inheritance pursuant to Policy 17) all of the following requirements must be met:

(a) The transfer must be approved in writing by Melaleuca as being in the best interest of all parties involved, including the transferor, the transferee, Melaleuca and the members of the Marketing Organization of the transferor.

(b) The transfer must not constitute the purchase of status or position by the transferee. The Marketing Executive's actual status must equal the potential status which the Marketing Executive could attain based on his/her Organization Product Points at the time of the transfer and for a reasonable period prior to the transfer; and the transferor Marketing Executive must have been the actual Enroller of all Personal Enrollees and must have been actively involved in working with his/her personal directors. Marketing Executives may not contract or agree with or allow another person to work

their Independent Melaleuca Business to bring it up to its potential status or offer to sell their business to another person on the condition that such person bring the business up to its potential status.

(c) Completed original signed and notarized Organization Sale Request and Organization Purchase Request forms must be submitted to and accepted by Melaleuca.

(d) The transferee of the business must have completed and submitted to Melaleuca an Independent Marketing Executive Agreement.

(e) The transferee of the business has undergone, or will agree to undergo, such training and orientation as Melaleuca may require commensurate with the size of the business being purchased.

(f) The transferor Marketing Executive and the Independent Melaleuca Business must have been in compliance with all of Melaleuca's policies and the terms of the Independent Marketing Executive Agreement for the entire twelve month period preceding the transfer including the month in which the transfer occurs.

(g) Independent Melaleuca businesses that have or have had a total group volume of 5,000 Product Points or more may not be transferred to any other party as any such transfer would constitute the purchase of status or position.

### 19. Transfer from Original Organization

Marketing Executives and Customers may transfer from one Melaleuca organization to another only upon fulfillment of all of the following requirements:

(a) The Marketing Executive or Customer seeking the organization change has submitted an Organization Change form with the original signatures of the seven Marketing Executives in the immediate seven generations above the Marketing Executive or Customer seeking the change. Faxes or photocopies of the executed Organization Change form will not be accepted;

(b) A Marketing Executive seeking the organization change has no more than 10 Customers in his/her existing Marketing Organization and will have no more than 10 Customers in the Marketing Organization into which he/she is seeking to be moved;

(c) The Marketing Executive or Customer seeking the organization change has paid to Melaleuca the applicable fee charged by Melaleuca for organization changes;

(d) Melaleuca has approved the change in writing, which approval Melaleuca may withhold in its sole discretion.

### 20. Non-Solicitation and Conflicts of Interest

Marketing Executives are independent contractors and may be active in other business ventures while they are Marketing Executives for Melaleuca. However, to qualify for compensation under Melaleuca's Compensation Plan, Marketing Executives have the ongoing responsibility to service, supervise, motivate, train and assist the Marketing Executives in their Marketing Organizations. They also have the responsibility to promote Melaleuca products and the Melaleuca income opportunity. Melaleuca and its Marketing Executives have made a great investment in the establishment of organizations consisting of Customers and Marketing Executives. This constitutes one of Melaleuca's most valuable assets. Melaleuca reserves the right to cease paying compensation to any Marketing Executive who recruits any Melaleuca Customer or Marketing Executive to participate in another business venture. In order to protect the efforts of all Marketing Executives in building and maintaining their individual Marketing Organizations and Customer bases, and in order to protect Melaleuca's interest in the overall Customer base, Marketing Executives and all members of their Immediate Household are required to abide by the following policies:

(a) Non-Solicitation of Melaleuca Customers and Marketing Executives:

(i) During the period that their Independent Marketing Executive Agreements are in force Marketing Executives and all members of their Immediate Household are prohibited from directly, indirectly or through a third party recruiting any Melaleuca Customers or Marketing Executives to participate in any other business venture.

(ii) For a period of twelve months after cancellation or termination for any reason of a Marketing Executive's Independent Marketing Executive Agreement, the Marketing Executive and all members of his or her Immediate Household are prohibited from directly, indirectly or through a third party recruiting to participate in any other business venture any Melaleuca Customers or Marketing Executives:

(1) who were in the Marketing Executive's Marketing Organization or

Support Team at any time during the term of his or her association with Melaleuca;

(2) with whom the Marketing Executive had contact during the term of his or her association with Melaleuca;

(3) whose contact information (name, address, phone number or email address, etc.) the Marketing Executive or members of his or her Immediate Household has obtained at any time during the term of his or her association with Melaleuca; or

(4) whose contact information (name, address, phone number or email address, etc.) the Marketing Executive or members of his or her Immediate Household obtained at any time from another person who obtained the information because of any other person's association with Melaleuca.

The prohibitions under clauses (a)(i) and (ii) above include but are not limited to, presenting or assisting in the presentation of other business ventures to any Melaleuca Customer or Marketing Executive or implicitly or explicitly encouraging any Melaleuca Customer or Marketing Executive to join any other business ventures. It is a violation of this policy to recruit a Melaleuca Customer or Marketing Executive to participate in another business venture even if the Marketing Executive does not know that the prospect is also a Melaleuca Customer or Marketing Executive. It is the Marketing Executive's responsibility to first determine whether the prospect is a Melaleuca Customer or Marketing Executive before recruiting the prospect to participate in another business venture. (Please refer specifically to the definition of "recruit" in the Definitions of Terms at the end of these Policies.)

(b) During the period that their Independent Marketing Executive Agreements are in force, and for a period of twelve months after the cancellation or termination thereof for any reason, Marketing Executives and all members of their Immediate Household are further prohibited from the following:

(i) Producing any literature, tapes or promotional material of any nature (including but not limited to websites and emails) which is used by the Marketing Executive or any third person to recruit Melaleuca Customers or Marketing Executives to participate in another business venture;

(ii) Selling, offering to sell, or promoting any competing products or services to Melaleuca Customers;

(iii) Offering any non-Melaleuca products, services or business ventures in conjunction with the offering of Melaleuca products, services or income opportunity or at any Melaleuca meeting, seminar, launch, convention, or other Melaleuca function.

(c) (i) Violation of any provision of this Policy 20 constitutes a Marketing Executive's voluntary resignation and cancellation of his/her Independent Marketing Executive Agreement, effective as of the date of the violation, and the forfeiture by the Marketing Executive of all commissions or bonuses payable for and after the calendar month in which the violation occurred.

(ii) If Melaleuca pays any bonuses or commissions to the Marketing Executive after the date of the violation, all bonuses and commissions for and after the calendar month in which the violation occurred shall be refunded to Melaleuca.

(iii) Melaleuca may seek and obtain from the violating Marketing Executive both injunctive relief and damages for violations of this Policy 20. Melaleuca, may, at its option, elect to enforce this Policy by lawsuit in a court of competent jurisdiction in Idaho rather than by arbitration.

(iv) In addition to being entitled to a refund of bonuses and commissions and to damages as described above, in the event a person or entity violates this Policy 20, Melaleuca and any Marketing Executive that experiences an adverse financial impact as a result of such person's or entity's violation of this Policy 20 shall be entitled to an accounting and repayment of all profits, compensation, commissions, remunerations or other benefits which the person or entity directly or indirectly receives and/or may receive as a result of, growing out of, or in connection with any violation of this Policy. Such remedy shall be in addition to and not in limitation of any damages, or injunctive relief or other rights or remedies to which Melaleuca is or may be entitled at law or in equity.

(d) Violations of this Policy 20 are especially detrimental to the growth and sales of other Marketing Executives' Independent Melaleuca Businesses and to Melaleuca's business. Consequently, Marketing Executives who have

knowledge that any Marketing Executive has violated this Policy must immediately report that information to Melaleuca's Policy Administration Department. The failure of a Marketing Executive to report such information to Melaleuca will also constitute a violation of this Policy. The names of those reporting violations of this Policy 20 will be held in confidence.

## 21. Proprietary Information and Trade Secrets

By executing the Independent Marketing Executive Agreement, the Marketing Executive acknowledges that all information which is contained in the Marketing Executive's Monthly Business Report, including names, addresses and telephone numbers of Marketing Executives and Customers, is Melaleuca's proprietary trade secret information. The Marketing Executive agrees not to disclose such information to any third party (except to existing or prospective Melaleuca Marketing Executives or Customers for the purpose of promoting Melaleuca products and business opportunity) or to utilize such information for the purpose of promoting any other business opportunity at any time, whether during the term of his/her association with Melaleuca or thereafter. The Marketing Executive acknowledges that such proprietary information is of such character as to render it unique and that disclosure or use thereof in violation of this provision will result in irreparable damage to Melaleuca and to Independent Melaleuca Businesses. Melaleuca and its Marketing Executives will be entitled to injunctive relief to prevent violation of this policy. If litigation or arbitration is required to obtain injunctive relief or to recover damages, the prevailing party shall be entitled to an award of attorney's fees and expenses.

## 22. The Enroller

(a) A Marketing Executive who is the Enroller of a new Customer or Marketing Executive may not list another Marketing Executive who did not participate in the contact or the presentation as the Enroller of such new Customer or Marketing Executive. Regardless of where a Customer or Marketing Executive is placed in a Marketing Organization, the actual Enroller of such Customer or Marketing Executive must be listed as the Enroller on the Customer Membership Agreement.

(b) The Enroller and any other Marketing Executives involved in the recruiting and enrollment process may use only Melaleuca's products and its compensation plan and their personal commitment to help the new Marketing Executive build his or her business as an inducement to enroll. Marketing Executives may not enter into special deals with an Enrollee, including, but not limited to, promises of the payment of money or roll ups.

## 23. Supervisory and Leadership Functions

Marketing Executives' compensation is based on sales of product to the End Consumer. To qualify for this compensation Marketing Executives have the ongoing responsibility to promote the Melaleuca business opportunity, to support Melaleuca's policies, programs and personnel, and to service, supervise, motivate and train the Marketing Executives in their Marketing Organization to sell and market Melaleuca products and promote the Melaleuca business opportunity. Any effort by a Marketing Executive to convince or entice any Customer or Marketing Executive to discontinue or diminish purchasing Melaleuca products, to move from one Melaleuca Marketing Organization to another, to discontinue or diminish efforts to promote the Melaleuca business opportunity, or to promote or pursue another direct selling opportunity, or to disparage Melaleuca, or its products, marketing plan, management team or other personnel is a violation of the Marketing Executive's leadership responsibility and a violation of this policy.

## 24. Excess Inventory Purchases Prohibited

The Melaleuca marketing program is built upon sales to the End Consumer. Products representing at least 70% of a Marketing Executive's monthly Organization Product Points must be sold to End Consumers each month. Any device or scheme whereby a Marketing Executive directly or through a third party purchases excess product solely for purposes of qualifying for bonuses or commissions constitutes fraud on the part of the Marketing Executive.

## 25. Selling in Stores

Melaleuca is in strong support of home-based businesses and personal product presentations. To maintain a standard of fairness, Marketing Executives may not display or sell Melaleuca products in drug stores, health food stores or grocery stores. Any display of Melaleuca products to the public must be tasteful and professional. A Marketing Executive may not display or sell Nicole Miller products in any type of retail setting.

## 26. Media Inquiries

It is Melaleuca's policy to have a single spokesperson handle all inquiries from the media and all media relations. Therefore, Marketing Executives may not, for any reason, discuss their Independent Melaleuca Business with the media, nor act as spokespersons for Melaleuca nor talk to the media regarding Melaleuca, its Compensation Plan, its products or services. It is a violation of this policy to provide any information to the media, regardless of whether the information is positive or negative, accurate or inaccurate. All inquiries from the media (whether radio, television or print) must be referred to Melaleuca.

## 27. Checks and Monthly Business Reports

Commission and bonus checks are generally mailed by Melaleuca to Marketing Executives on or about the 15th day of each month for commissions and bonuses earned during the previous month. When the 15th day of the month falls on a weekend or holiday, checks will generally be mailed on the next business day. Each Marketing Executive qualifying for a commission or bonus will receive a Monthly Business Report showing the status of each Customer and Marketing Executive in his/her Marketing Organization.

The Monthly Business Report will show the calculation of the Marketing Executive's commission and bonus in detail. Marketing Executives should use their Monthly Business Report as a tool to manage, supervise and train the members of their Marketing Organizations. The information contained in Business Reports is Melaleuca's proprietary trade secret information, and Marketing Executives are prohibited from disseminating the information contained therein. See Policy 21 for further detail regarding Marketing Executives' obligations with respect to such proprietary trade secret information. A data processing fee is charged each Marketing Executive for generating and maintaining computerized Monthly Business Reports.

Commission and bonus checks which remain uncashed for more than 180 days will not be honored and the amount of the check, less a processing fee of $15.00$^{US}$ / $22.50$^{Can}$ and a bank cancellation/stop payment fee of $10.00$^{US}$/$15.00$^{Can}$, will be credited to the Marketing Executive's account, which credit may be used towards future purchases made by the Marketing Executive. If a Marketing Executive's account is inactive and it is necessary to notify the Marketing Executive of the credit on account, a service charge of $10.00$^{US}$/$15.00$^{Can}$ will be deducted from the account for each notice sent.

## 28. Purchases for Other Persons

A Marketing Executive may not order or pay for products for Customers without such Customer's express authorization and agreement to reimburse the Marketing Executive for such product.

## 29. Restrictions on International Marketing (United States and Canada)

Marketing Executives enrolled in the United States and Canada are authorized to sell Melaleuca products and to enroll Customers and Marketing Executives in the United States and Canada. In all other countries in which Melaleuca or its affiliates are authorized to conduct business Marketing Executives may only enroll Customers and Marketing Executives pursuant to Melaleuca's International Sponsorship Program. Marketing Executives and Customers may not ship or sell Melaleuca products across any international border for the purpose of resale, except the U.S./Canadian border provided the products are appropriately labeled for the country of their destination. Marketing Executives and Customers may not sell, give, transfer, import, export or distribute Melaleuca products or sales aids in any country, other than the United States and Canada, not provide products to any individual who the Marketing Executive or Customer knows or has reason to believe is exporting products to another country.

## 29.1. Restrictions on International Marketing (Melaleuca of the Caribbean)

Marketing Executives enrolled under Melaleuca of the Caribbean are authorized to enroll Customers and Marketing Executives in any country in which Melaleuca of the Caribbean is authorized to conduct business. In all other countries in which Melaleuca or its affiliates are authorized to conduct business, Marketing Executives may only enroll Customers and Marketing Executives pursuant to Melaleuca's International Sponsorship Program. Marketing Executives and Customers may not ship or sell Melaleuca products across any international border for the purpose of resale. Marketing Executives and Customers may not sell, give, transfer, import, export or distribute Melaleuca products or sales aids in any other country, nor provide products to any individual or entity who the Marketing Executive or Customer knows or has reason to believe is exporting products to another country.

## 30. Trademark, Service Mark and Trade Name Restrictions

Customers and Marketing Executives may not use, reproduce or disseminate the Melaleuca trade name or logo or any Melaleuca trademark or service mark except in the use and dissemination of literature published and made available by Melaleuca and except on stationary and business cards produced and authorized by Melaleuca. This includes, but is not limited to, the formatives "Mela" and "Mel," the term "Melaleuca," the leaf and drop logo, and all marks or slogans designating products or services offered by Melaleuca.

## 31. Rules regarding Advertising, Internet Usage and Sale of Materials

(a) Marketing Executives may not:
(i) create, publish, sell, use, display or distribute any literature, audio or video recording, Internet web site, telephone ad message, Internet bulletin board message, mass or bulk email message (including auto-response messages), infomercial or other print, audio, visual or electronic media which represents Melaleuca, its products, services, Compensation Plan or business opportunity other than as specifically permitted pursuant to this Policy and Melaleuca's Guidelines on Internet Usage or that which is produced and provided by Melaleuca;
(ii) copy or reproduce any materials produced by Melaleuca except as specifically permitted pursuant to this policy;
(iii) use the Melaleuca name or logo or the name or logo of any of Melaleuca's products or services in any notice, display, advertisement or promotion, including, but not limited to, newspaper, magazine, radio, television or Internet or email advertisements, or telephone, Internet or other directories (except a Marketing Executive may have a directory listing in the following format: "Melaleuca Independent Marketing Executive—[name of Marketing Executive]");
(iv) display, advertise or promote Melaleuca's products, services or business opportunity at county fairs, craft fairs, business fairs, trade shows, flea markets or any similar event, including the use of booths, without the express prior written approval of Melaleuca;
(v) charge for Melaleuca-related meetings performed or arranged by a Marketing Executive except to the extent necessary to cover the actual out-of-pocket expenses incurred.
(b) Marketing Executives may use websites and email messages only in accordance with Melaleuca's Guidelines on Internet Usage as the same are published on Melaleuca's website, and which may be revised and modified from time to time at Melaleuca's sole discretion. Melaleuca will take reasonable measures to publish notice of any changes to the guidelines on its website, however it is the Marketing Executives' responsibility to review these guidelines periodically to be informed of and comply with any changes.
(c) Marketing Executives may only use websites produced by Melaleuca's approved website vendors.
(d) Melaleuca will have the right, in its absolute discretion, to require that any Melaleuca related website be taken down and that any Melaleuca related email message be discontinued. A Marketing Executive's failure to comply with any provision of this policy may result in forfeiture of commissions and bonuses, fines, and/or in termination of the Marketing Executive's Independent Marketing Executive Agreement.

## 32. Income Claims

Marketing Executives are prohibited from making false, misleading or inaccurate claims about their or other persons' compensation received under the Melaleuca Compensation Plan. If, when presenting the Melaleuca business opportunity, a Marketing Executive makes any claim regarding his/her compensation from Melaleuca, or the potential compensation payable under Melaleuca's Compensation Plan, the Marketing Executive must also show the person(s) receiving the presentation Melaleuca's current Marketing Executives Annual Income Statistics sheet.

## 33. Product Claims and Warranties

Marketing Executives may not make any product claims, weight loss or health benefit claims, or product warranties other than those published in Official Melaleuca Material. Marketing Executives shall not publish or distribute information relating to uses of Melaleuca products other than those which are set forth in Official Melaleuca Material. Marketing Executives may not utilize Official

Melaleuca Material which is approved for use in one country to make product claims or promote Melaleuca products in another country.

## 34. Ethical Sales Practices

Marketing Executives shall:
• Conduct themselves in a professional, courteous and considerate manner;
• Represent Melaleuca products in a sincere and honest manner and will honor Melaleuca's Customer Satisfaction Guarantee;
• Represent the Melaleuca Compensation Plan only as prescribed by Official Melaleuca Material;
• Become familiar with and utilize sales techniques, Melaleuca's Compensation Plan and Statement of Policies, and other materials as prescribed by Melaleuca;
• Present the Melaleuca business opportunity in a manner which is consistent with Official Melaleuca Material; and
• Provide training, motivation and support to Marketing Executives in their organization.
Marketing Executives shall not:
• Engage in any deceptive, unlawful, or unethical business or recruiting practice;
• Engage in any high pressure selling or recruiting practices;
• Enroll minors or persons who are not capable of making an informed decision with respect to entering into a Customer Membership Agreement or Independent Marketing Executive Agreement;
• Order Melaleuca products for other Customers or Marketing Executives without the express permission of such persons; or
• Seek in any way to violate or circumvent Melaleuca's policies.

## 35. Policy Disclosure Requirement

Prior to enrolling a prospective Marketing Executive, Marketing Executives shall provide to and review with the prospective Marketing Executive a current copy of Melaleuca's Statement of Policies and Definitions of Terms.

## 36. Voluntary Resignation Due to Inactivity

It is the Marketing Executive's responsibility to lead his/her Marketing Organization with the proper example in production of Personal Product Points. Without this proper example and leadership, the Marketing Executive will lose his/her right to receive commissions and bonuses from his/her Marketing Organization. Therefore, Marketing Executives who produce less than the minimum Personal Product Points required to maintain their current Active Status during a month, as set forth in the Compensation Plan, will not receive the commission or bonus attributable to such status for the sales generated through their Marketing Organization for that month. Failure to meet Personal Product Point requirements for two consecutive months constitutes the Marketing Executive's voluntary resignation. A Marketing Executive who has voluntarily resigned will lose all his/her Personal Enrollees and his/her Marketing Organization. The resignation shall become effective on the day following the last day of the second month of inactivity.

## 37. Reactivation and Reenrollment Requirements

(a) When a Marketing Executive who has been deemed to have voluntarily resigned due to inactivity under Policy 36 becomes reactivated, he/she will reenter his/her previous Marketing Organization in the first available position below his/her original Marketing Executive other than the position left vacant by such Marketing Executive.
(b) Former
(i) Customers and Marketing Executives with the Executive Status of Marketing Executive III or below
(1) may re-enroll as new Customers and Marketing Executives with their original Enroller and their original Marketing Executive at any time, but each such reenrollment will constitute a new enrollment for the Enroller only if the newly reenrolled Customer has been cancelled or inactive for 12 consecutive months or longer prior to reenrolling.
(2) who have not been enrolled with Melaleuca for at least the previous six consecutive months may reenroll as new Customers and Marketing Executives with the Enroller and Marketing Executive of their choice.
(ii) Marketing Executives with the Executive Status of Director and above
(1) may reenroll as new Customers and Marketing Executives with their original Enroller and their original Marketing Executive at any time, but each such reenrollment will constitute a new enrollment for the

Enroller only if the newly reenrolled Customer has been cancelled or inactive for 12 consecutive months or longer prior to reenrolling.

(2) who have not been enrolled with Melaleuca for at least the previous two years may reenroll as new Customers and Marketing Executives with the Enroller and Marketing Executive of their choice.

(c) If a former Customer or Marketing Executive desires to reenroll in a new Marketing Organization in which any Marketing Executive in the new Support Team was also in his/her previous Support Team, such former Customer or Marketing Executive may reenroll no sooner than twelve months following the date that such Support Team Marketing Executive became inactive in his/her previous Marketing Organization. Any individual involved in the violation of this policy will be subject to corrective measures pursuant to Policy 42, including fines and/or cancellation of his or her Independent Marketing Executive Agreement.

(d) Former Customers or Marketing Executives who reenroll pursuant to this Policy 37 will not be eligible to roll up pursuant to Policy 39.

### 38. Titles Not Forfeited

A Marketing Executive can lose his/her Marketing Executive II, Marketing Executive III, Director, Senior Director, Executive Director or Corporate Director status and therefore lose the right to participate in the corresponding commission and bonus if he/she no longer qualifies for the commission or bonus pertaining to such status. However, as long as a Marketing Executive remains active, he/she will not forfeit the title of the highest status he/she has achieved, i.e., once a Director, always a Director, once an Executive Director, always an Executive Director.

### 39. Roll Up Policy

(a) When a vacancy occurs in a Marketing Organization due to the inactivity, voluntary resignation or involuntary termination of a Marketing Executive (a "Canceled Marketing Executive"), each Marketing Executive in the first generation below the Canceled Marketing Executive (a "First Generation Marketing Executive") will have the opportunity to qualify to roll up into the position of the Canceled Marketing Executive. In order to qualify for such roll up, the following requirements must be met:

(i) If the Canceled Marketing Executive's Organization Product Points were less than 2500 in the Canceled Marketing Executive's first month of inactivity, the First Generation Marketing Executive with the highest Active Status in the Canceled Marketing Executive's second month of inactivity will roll up to the position of the Canceled Marketing Executive in the month following the Canceled Marketing Executive's second month of inactivity. In the event of a tie, the following criteria will be applied, in the order listed, to the First Generation Marketing Executives involved in the tie until the tie is broken:

(1) who has the largest number of personally enrolled Directors;

(2) who has the largest number of personally enrolled Preferred Customers;

(3) whose Marketing Organization has the largest number of Preferred Customers;

(4) whose Marketing Organization has the highest average Product Point order per Customer; and

(5) who has the highest Personal Product Points.

(ii) If the Canceled Marketing Executive's Organization Product Points were equal to or greater than 2500 in the Canceled Marketing Executive's first month of inactivity, the First Generation Marketing Executive who has or first attains the status which corresponds to the Canceled Marketing Executive's Organization Product Points in the first month of inactivity will roll up to the position of the Canceled Marketing Executive in the month following the month the First Generation Marketing Executive has or attains such status, but in no event sooner than the month following the Canceled Marketing Executive's second month of inactivity. If two or more First Generation Marketing Executives qualify for the roll up in the same month, the tie will be broken by application of the criteria set forth in subparagraph (i) above.

(b) The Enroller of a Canceled Marketing Executive will inherit the Canceled Marketing Executive's Personal Enrollees as follows:

(i) For each Personal Enrollee that is a Customer (with no Marketing Organization) or that had the Active Status of a Marketing Executive

and had less than 2500 Organization Product Points in the Canceled Marketing Executive's first month of inactivity the Enroller will automatically inherit the Personal Enrollee in the Canceled Marketing Executive's third month of inactivity.

(ii) For each Personal Enrollee that had the Active Status of a Marketing Executive II or above and had less than 2500 Organization Product Points in the Canceled Marketing Executive's first month of inactivity, the Enroller will inherit such Personal Enrollee in the month following the month the Personal Enrollee has advanced one status above the active status the Personal Enrollee had in the Canceled Marketing Executive's first month of inactivity.

(iii) For each Personal Enrollee that had Organization Product Points of 2500 or more in the Canceled Marketing Executive's first month of inactivity, the Enroller will inherit such Personal Enrollee in the month following the month the Personal Enrollee has advanced one status level above the Volume Status that the Personal Enrollee had in the Canceled Marketing Executive's first month of inactivity.

(iv) If the Personal Enrollee had Organization Product Points of 50,000 or more or an Executive Status of Executive Director or higher in the Canceled Marketing Executive's first month of inactivity, the Enroller cannot inherit such Personal Enrollee.

(v) No Enroller can inherit a Personal Enrollee whose Executive Status is higher than his/her own, unless neither has an Executive Status higher than Director II.

(c) If the Canceled Marketing Executive had the Active Status of Senior Director or above in his/her last month of activity and (i) was terminated by Melaleuca for a policy violation or (ii) voluntarily resigned or went inactive while under investigation for a policy violation, the Enroller of such Canceled Marketing Executive will continue to receive credit for having a Personal Enrollee with the same status (Senior, Executive or Corporate Director) to count towards the Enroller's status for twelve consecutive months from the month following the termination or resignation of the Canceled Marketing Executive. For each month after the initial twelve months, the Enroller of such Canceled Marketing Executive will receive credit for having a Personal Enrollee with the status (Senior, Executive or Corporate Director) attributable pursuant to the Compensation Plan to the Group Volume of the Marketing Organization of the Canceled Marketing Executive. However, such credit cannot apply at the same time with respect to two Personal Enrollees. Therefore, the credit will expire in the first month in which both of the following have occurred: (x) a Personal Enrollee of the Canceled Marketing Executive rolls up into the position previously held by the Canceled Marketing Executive, and (y) the Enroller of the Canceled Marketing Executive inherits or has inherited such Personal Enrollee of the Canceled Marketing Executive.

(d) To qualify for any roll up or inheritance, the Marketing Executive who will be receiving the roll up or who will be inheriting Personal Enrollees must have been in compliance with Melaleuca's policies for the preceding 12 months.

### 40. Obligations of Independent Contractors

As an independent contractor, it is a Marketing Executive's responsibility to:

(a) Abide by any and all federal, state, provincial, county and local laws, rules and regulations pertaining to the acquisition, receipt, holding, selling, distributing or advertising of Melaleuca products and services and the promotion of the Melaleuca business opportunity;

(b) At the Marketing Executive's own expense, make, execute or file all such reports and obtain such licenses as are required by law or public authority with respect to his/her Independent Melaleuca Business and/or the receipt, holding, selling, distributing or promoting of Melaleuca products;

(c) Be solely responsible for declaration and payment of all local, state, provincial, federal and general sales taxes and fees as may accrue because of the Marketing Executive's activities in conjunction with his/her Independent Melaleuca Business;

(d) Supply all of his/her own equipment and tools for operating his/her business, such as telephone, transportation, professional services, office equipment, and office supplies; and

(e) Provide his/her own place of business and determine his/her own work hours.

### 41. Marketing Executives Are Not Corporate Representatives

Marketing Executives are not corporate representatives of Melaleuca and are not authorized to incur any debt, expense or obligation on behalf of or for Melaleuca, nor bind Melaleuca to any agreement or contract.

### 42. Corrective Measures

All of the policies in this Statement of Policies, the provisions of the Independent Marketing Executive Agreement, the Corporate Entity Application and Agreement, the Tax Exempt Entity Application and Agreement and any other agreements entered into by and between Melaleuca and Marketing Executives are material terms to the agreement between Melaleuca and Marketing Executives. A Marketing Executive's violation of any of the terms and conditions of any of these agreements or the Statement of Policies or any illegal, fraudulent, deceptive or unethical business conduct by a Marketing Executive may result, at Melaleuca's discretion, in one or more of the following corrective measures:

    (a) issuance of a written warning or admonition;

    (b) imposition of a fine, which may be imposed immediately or withheld from future commission and/or bonus checks;

    (c) reassignment of all or part of his/her Marketing Organization;

    (d) suspension of his/her Independent Marketing Executive Agreement for one or more months;

    (e) cancellation of his or her Independent Marketing Executive Agreement; or

    (f) any other measure expressly stated within any of the policies set forth in the Statement of Policies or any provision of the Marketing Executive Agreement, the Corporate Entity Application and Agreement, or the Tax Exempt Entity Application and Agreement.

Melaleuca has the right to withhold from a Marketing Executive all bonuses and commissions during the period that Melaleuca is investigating the alleged violative conduct of the Marketing Executive. If a Marketing Executive's Independent Marketing Executive Agreement is canceled due to a violation preceding the investigation, the Marketing Executive will not be entitled to any commissions or bonuses withheld by Melaleuca during the investigation period.

### 43. Forfeiture of Rights to Bonuses and Commissions

So long as a Marketing Executive is complying with all policies and terms of the Independent Marketing Executive Agreement, Melaleuca is obligated to pay commissions and bonuses to such Marketing Executive in accordance with the Compensation Plan. A Marketing Executive's commissions and bonuses constitute the entire consideration for all of the Marketing Executive's efforts in generating sales, and the Marketing Executive's right to receive commissions and bonuses from Melaleuca constitutes the entire value attributable to the Marketing Executive's Marketing Organization. Following a Marketing Executive's resignation, cancellation for inactivity, or voluntary or involuntary cancellation of his/her Independent Marketing Executive Agreement, such former Marketing Executive shall have no right, title, claim or interest to the Marketing Organization. The former Marketing Executive shall have no claim for compensation for the Marketing Organization or for bonuses or commissions stemming from sales generated within or by the Marketing Organization or for car bonus amounts held in escrow by Melaleuca. Following voluntary or involuntary cancellation of his/her Independent Marketing Executive Agreement, the former Marketing Executive shall not hold himself/herself out as a Melaleuca Marketing Executive and shall not have the right to sell Melaleuca products or services.

### 44. Amendments to Compensation Plan, Statement of Policies, and/or Independent Marketing Executive Agreement

Upon notification to Marketing Executives, Melaleuca may, at its sole discretion, amend the Compensation Plan, Statement of Policies, Definitions of Terms and/or the terms of the Independent Marketing Executive Agreement and any other agreements entered into by and between Melaleuca and the Marketing Executives. By signing the Independent Marketing Executive Agreement, Marketing Executives agree to abide by any such amendments. The continuation of an Independent Melaleuca Business or a Marketing Executive's acceptance of commissions and/or bonuses from Melaleuca constitutes his/her acceptance of any such amendments. Marketing Executives will be bound by the most current versions of the Compensation Plan, the Statement of Policies, the Definitions of Terms, the Independent Marketing Executive Agreement and any other agreements entered into by and between Melaleuca and the Marketing Executives.

## MELALEUCA DEFINITIONS OF TERMS

The following terms will have the meanings set forth herein when used in Melaleuca's Statement of Policies, Compensation Plan and/or Independent Marketing Executive Agreement and other Official Melaleuca Material.

**Active Customer:** Any Customer who purchases at least 35 Product Points each month.

**Active Marketing Executive:** A Marketing Executive who personally produces the number of Product Points each month that are required to qualify at his/her Active Status level pursuant to the Compensation Plan.

**Active Status:** The development position or leadership status of a Marketing Executive as of the most recent month end, or business reporting period.

**Annual Income Statistics:** A summary of income statistics published by Melaleuca setting forth information regarding average, high and low income received by Marketing Executives on an annual basis.

**Assist:** A Marketing Executive who helps another Marketing Executive to present the Melaleuca program may be designated as the "Assist" on the Independent Marketing Executive Agreement form. The Marketing Executive designated as the "Assist" receives the Value Pack and Career Pack commission on the first Value Pack or Career Pack ordered by the new Customer or Marketing Executive.

**Average Retention Index:** An average of the percentages of customers remaining in an organization from the past 5 enrollment months. Your ARI is used to determine your Retention Factor, multiplier in the Leadership Pool Formula, and (if you are a Senior Director or above) determines your participation in the Leadership Growth Bonus.

**Backup Order:** A preselected package of Melaleuca products which is automatically shipped to Preferred Customers if they fail to order the minimum monthly Product Points agreed upon in their Customer Membership Agreement. Those who select the Preferred Customer option in the Customer Membership Agreement preauthorize Melaleuca to send a Backup Order and to make an automatic withdrawal from their checking account, or a charge to their credit card to pay for each Backup Order.

**Business Kit (Membership Kit):** The Melaleuca product and business opportunity information portfolio purchased by a new Marketing Executive pursuant to the terms of the Independent Marketing Executive Agreement which includes product and marketing information and other Official Melaleuca Material.

**Compensation Plan:** The plan offered by Melaleuca which sets forth the compensation provided to Marketing Executives for the continuing building, promoting, training, motivation, servicing and development of their Independent Melaleuca Businesses.

**Corporate Entity Application and Agreement:** The addendum to the Independent Marketing Executive Agreement which must be completed by corporate entities which are applying to become Marketing Executives.

**Customer:** A person who has an Enroller, has completed, executed and delivered to Melaleuca a Customer Membership Agreement and has paid to Melaleuca the appropriate membership fee. Customers are either Direct Customers or Preferred Customers.

**Customer Membership Agreement:** The agreement which must be completed, signed, received and accepted by Melaleuca before a person may become a Customer.

**Customer Number:** A unique number assigned by Melaleuca to each Customer to facilitate internal record keeping by Melaleuca with respect to the Customer.

**Direct Customer:** A Customer who is authorized to purchase product from Melaleuca at Direct Customer prices pursuant to a Customer Membership Agreement.

**Electronic Checking:** A payment method by which a Customer authorizes Melaleuca to deduct payment for orders directly from his/her checking account (not yet permitted in Jamaica or Bahamas).

**End Consumer:** A person who purchases Melaleuca products for the purpose of consuming them rather than for resale to someone else.

**Enroll:** To enlist, sponsor or sign up an individual or entity into a program or organization.

**Enrollee:** A Customer or Marketing Executive.

**Enroller:** The Marketing Executive who is listed on the Customer Membership Agreement as the enroller. The Enroller must be the person who introduced the new Customer to Melaleuca and helped him/her become a Customer or who played an active role in the presentation of Melaleuca products or business opportunity to the new Customer.

**Executive Status:** The highest leadership position ever achieved with Melaleuca.

**ExpressLink:** A faster, simpler way to shop online.

**Immediate Household:** Married couples and persons residing in the same home, and with respect to Marketing Executives and Customers which are entities (e.g., corporations, tax exempt entities, trusts, etc.) rather than individuals. Immediate Household means the shareholders, owners, directors, officers, trustees, responsible parties, etc. of such entities and persons married to or residing in the same home with the persons who are the shareholders, directors, officers, trustees, responsible parties, etc. of such entities.

**Inactive Customer:** A Customer becomes inactive if he/she fails to purchase a minimum of 35 Product Points for two consecutive months.

**Inactive Marketing Executive:** A Marketing Executive becomes inactive if he/she fails to personally produce the number of Product Points that are required to qualify at his/her Active Status level pursuant to the Compensation Plan for two consecutive months.

**Independent Marketing Executive Agreement:** The agreement which must be completed, signed, received and accepted by Melaleuca as one of the prerequisites to becoming a Marketing Executive.

**Independent Melaleuca Business:** The business organization consisting of a Marketing Executive and those persons and entities that purchase Melaleuca products or generate sales of Melaleuca products from which the Marketing Executive is entitled to receive commissions.

**Marketing Executive:** A person who has an Enroller, has completed, executed and delivered to Melaleuca an Independent Marketing Executive Agreement, has purchased a Business Kit, has at least one Customer and has received his/her first commission check.

**Marketing Organization:** The Customers and Marketing Executives that comprise the group of individuals or entities from which the Marketing Executive is entitled to receive commissions based upon the collective sales volume of the group and the status of certain Marketing Executives within the group pursuant to the Plan of Compensation.

**MelaCom™:** Melaleuca's long-distance telephone service as marketed by Melaleuca, regardless of the interexchange carrier for such service.

**Melaleuca:** Melaleuca, Inc., Melaleuca of Canada, Inc. , and/or Melaleuca of the Caribbean, Inc.

**Melaleuca International Sponsorship Program:** The program offered by Melaleuca with regard to sponsorship by Marketing Executives in one country of Customers and Marketing Executives in foreign countries where Melaleuca is authorized to do business.

**Monthly Business Reports:** Reports produced by Melaleuca on a monthly basis and provided to Marketing Executives which contain information relating to the activity of the Marketing Executive's Marketing Organization. The Monthly Business Reports contain trade secret information that is proprietary to Melaleuca.

**Official Melaleuca Material:** Material in any form which is authorized, published, and disseminated by Melaleuca. This includes, but is not limited to, printed material, audio and video tapes, satellite broadcasts, fax and electronic communications and Internet communications.

**Organization Product Points:** The total Product Points attributable to Melaleuca products which a Marketing Executive's Marketing Organization purchased or produced in a calendar month, including the Marketing Executive's Personal Product Points. For each month that a Marketing Executive is enrolled in and is using the MelaCom™ program, his or her Organization Product Points for that month will include Product Points attributable to MelaCom usage by the Marketing Executive's Marketing Organization in that calendar month. For each month that a Marketing Executive has an active Melaleuca Credit Card, his or her Organization Product Points for that month will include Product Points attributable to Melaleuca Credit Card usage by the Marketing Executive's Marketing Organization in that calendar month.

**Organization PCs:** The total net Preferred Customers in a Marketing Executive's organization in a given month.

**PEG Volume:** Personal Enrollee Group (PEG) Volume is the total organization Product Point volume of a Marketing Executive's Personal Enrollees in any given month.

**Personal Product Points:** The total monthly Product Points personally produced by a Marketing Executive.

**Personal Customer:** A person who purchases product directly from Melaleuca using a Marketing Executive's account number.

**Personal Enrollee:** An Enroller's Enrollee to whom the Enroller has personally introduced Melaleuca and/or has played an active role in the presentation of Melaleuca products or business opportunity.

**Personal Director:** A Personal Enrollee with the active status of Director or above.

**Personal Sales:** Sales which a Marketing Executive makes to a Personal Customer.

**Preferred Customer:** A Customer who is authorized to purchase products from Melaleuca at Preferred Customer prices and who has committed to purchase each month products totaling at least 35 Product Points.

**Product Points:** A value assigned to each Melaleuca product or service upon which commissions and bonuses are calculated.

**Product Point Production:** To produce Product Points a Marketing Executive must create sales to end consumers other than customers in the Marketing Executive's Marketing Organization. These sales must be products the consumer actually desires or needs as opposed to enticing consumers to purchase products in order for the Marketing Executive to qualify for a commission.

**Recruit:** 1) To attempt to enroll, enlist, or solicit an individual or entity to join a business, program or organization; or 2) to attempt to promote, influence or encourage an individual or entity to join a business, program or organization; or 3) to present, or participate or assist in the presentation of, a business, program, organization or its products. To constitute recruiting, such efforts or attempts may be performed either directly through personal contact or indirectly through a third party.

**Statement of Policies:** The polices published by Melaleuca, as amended from time to time, which set forth, among other things, the requirements for operating an Independent Melaleuca Business.

**Support Team:** The Marketing Executives above an individual in a Marketing Organization who have the potential to receive commissions based upon the purchases of such individual.

**Tax Exempt Entity Application and Agreement:** The addendum to the Independent Marketing Executive Agreement which must be completed by tax exempt entities which are applying to become Marketing Executives.

**VFL.com:** Melaleuca's vitality website to help track fitness and wellness goals.

**Volume Status:** All advancements in status of Director II or above require a minimum volume of Organization Product Points. The status corresponding to each required volume in the compensation plan is the Volume Status.

Curt R. Thomsen, Esq., ISB #2072
T. Jason Wood, Esq., ISB #5016
THOMSEN STEPHENS LAW OFFICES, PLLC
2635 Channing Way
Idaho Falls, ID 83404
Telephone  (208) 522-1230
Fax  (208) 522-1277

Attorneys for Plaintiff

IN THE DISTRICT COURT OF THE SEVENTH JUDICIAL DISTRICT OF THE

STATE OF IDAHO, IN AND FOR THE COUNTY OF BONNEVILLE

| | |
|---|---|
| MELALEUCA, INC., an Idaho corporation, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>RICK FOELLER and NATALIE FOELLER,)<br>)<br>Defendants. )<br>_____) | Case No. CV-09-2616<br><br>PLAINTIFF'S MEMORANDUM IN<br>OPPOSITION TO MOTION TO<br>COMPEL ARBITRATION |

Plaintiff Melaleuca, Inc., by and through counsel of record, submits the following points and

authorities in opposition to the defendants' *Motion to Compel Arbitration.*

## I.  CONTROLLING LAW

In *Mason v. State Farm*, 145 Idaho 197, 177 P.3d 944 (2007)  the Idaho Supreme Court

clearly set forth the standards in reviewing a motion to compel arbitration pursuant to an alleged

arbitration agreement.  It is true there is a strong public policy favoring arbitration.  *Id.*, 145 Idaho

at 201. It is also true that agreements to arbitrate are favored and doubts arising from such an agreement are to be resolved in favor of arbitration. *Id.* However, this presumption in favor of arbitration does not displace the parties' intent as expressed by their agreement. *Id.* (citing *Oil, Chemical & Atomic Workers Int'l Union v. EG&G Idaho, Inc.,* 115 Idaho 671, 674, 769 P.2d 548, 551 (1989).

Consequently, "[w]here parties have entered into an agreement calling for arbitration as a means of settling a dispute, the court's scope of review is confined to ascertaining whether the party seeking arbitration is making a claim which on its face is governed by the parties' contract." *Mason,* 145 Idaho at 201 (citing *Int'l Ass'n of Firefighters,* 136 Idaho 162, 167, 30 P.3d 940, 945 (2001)). Whether an arbitration clause in a contract requires arbitration of a particular dispute or claim depends upon its terms. *Id.* (citing *Lovey v. Regence Blueshield of Idaho,* 139 Idaho 37, 46, 72 P.3d 877, 886 (2003)). Accordingly, the first task of a court asked to compel arbitration of a dispute is to determine whether the parties agreed to arbitrate that dispute. *Id.* (citing *Mitsubishi Motors Corp. v. Soler Chrysler-Plymouth, Inc.,* 473 U.S. 614, 626, 105 S. Ct. 3346, 3353, 87 L. Ed. 2d 444 (1985).

To answer this question, like construing any other type of agreement, "the Court must first look to the plain meaning of the words to determine if there are any ambiguities." *Mason,* 145 Idaho at 20 (citing *Cascade Auto Glass, Inc. v. Idaho Farm Bureau Ins. Co.,* 141 Idaho 660, 663, 115 P.3d 751, 754 (2005)). In resolving this question of law, the Court must construe the agreement as a whole, not by an isolated phrase. *Id.* (citing *Cascade Auto Glass,* 141 Idaho at 663). Where the language is clear and unambiguous, the scope of the arbitration clause "must be determined according to the plain meaning of the words used." *Id.* (citing *Cascade Auto Glass,* 141 Idaho at

662-63). Contract language is ambiguous if "it is reasonably subject to conflicting interpretations." *Id.*

In this case the question is whether the language of the IMEA is reasonably subject to conflicting interpretations regarding whether or not Policy 20 disputes are subject to mandatory arbitration. The answer is that the IMEA is NOT reasonably subject to conflicting interpretation in that regard, but that it clearly and unambiguously excludes from arbitration Policy 20 disputes.

## II. THE AGREEMENT

The defendants' motion assumes and depends upon the existence and enforceability of the defendants' Independent Marketing Executive Agreement with Melaleuca. Therefore these issues are not in dispute.

By entering into the Independent Marketing Agreement, the defendants expressly agreed to the Terms and Conditions thereof, and to the Melaleuca Statement of Policies incorporated therein. (*See* Affidavit of Natalie Foeller, Exhs. 1.B and 1.D, §5 ('Signature')).

The defendants are correct that the Terms and Conditions of both the current and amended IMEA states the following with regard to arbitration:

> This Agreement shall be governed by the laws of the State of Idaho. To the extent permitted by applicable law, all claims or dispute of any nature between one or more current or former Marketing Executives and Melaleuca (or its officers, shareholders, or employees), if not resolved by mutual agreement, shall be resolved by binding arbitration using an arbitrator or arbitrators mutually agreeable to the parties. If the parties are unable to agree upon an arbitrator, a court of competent jurisdiction may appoint an arbitrator.

(Df's Memo. in Support, p. 2 (citing Foeller Aff., Exh. 1D, "Terms and Conditions," ¶ 15)).

However, the defendants fail to mention the express exception to this otherwise mandatory arbitration provision, set forth in the Melaleuca Statement of Policies as follows:

> Melaleuca may seek and obtain from the violating Marketing Executive both injunctive relief and damages for violations of this Policy 20. Melaleuca, may, at its option, elect to enforce this Policy by lawsuit in a court of competent jurisdiction in Idaho rather than by arbitration.

(Foeller Aff., Exh. F, "Statement of Policies and Definition of Terms," ¶ 20(b)(iii)).

This is the "Policy 20" exception and is the only exception in the IMEA to the mandatory arbitration clause. Policy 20 essentially prohibits Melaleuca Independent Marketing Executives (IME's) from soliciting or "raiding" their (or others') Melaleuca business organization in favor of a competing direct-marketing business. These business organizations, consisting of a chain of other Melaleuca IME's and Customers, are the engine that drives the company. The greatest harm that can be done to a direct marketing company like Melaleuca is for its IME's to raid their sales organization for the benefit of a competitor. Policy 20 is absolutely necessary to protect not just Melaleuca's financial integrity, but to protect its other IME's, who labor long and hard to build their organizations, from having the fruits of their labor effectively stolen from them. As in the instant case, the vast majority of legal disputes between Melaleuca and its IME's and former IME's focuses on violations of Policy 20, which Melaleuca must to be able to enforce by injunctive relief in a court of law. For these reasons the IMEA created this single, limited exception to mandatory arbitration.

As set forth above, the court's task is to determine whether the parties agreed in the IMEA to arbitrate the current Policy 20 dispute, interpreting the IMEA as a whole and not in isolated phrases, according to the plain meaning of the words used, in order to determine whether the agreement is ambiguous in that regard. Applying these standards to the IMEA, there is nothing at

all ambiguous about the Policy 20 exception.  As explained above, the Court must construe the

agreement as a *whole*, not by isolated phrase.  Paragraph 15 of the IMEA Terms and Conditions,

when read together with Paragraph 20(b)(iii) of the Statement of Policies, clearly and unambiguously

says that all disputes between Melaleuca and its IME's are subject to mandatory arbitration *except*

disputes involving Policy 20.  There is no other reasonable interpretation of these provisions,

conflicting or otherwise.

     The instant lawsuit is exclusively for the enforcement of Policy 20 against the defendants.

Because the agreement clearly and unambiguously excludes Policy 20 disputes from arbitration, the

defendant's motion to compel arbitration must be denied.

## III.  CONCLUSION

     For the foregoing reasons, Plaintiff respectfully requests that the Court deny the defendant's

Motion to Compel Arbitration.

     DATED this 21st day of July, 2009

THOMSEN STEPHENS LAW OFFICES, PLLC

By: _____
     T. Jason Wood

## CERTIFICATE OF SERVICE

I hereby certify that I am a duly licensed attorney in the State of Idaho, resident of and with my office in Idaho Falls, Idaho; that on July 21, 2009, I caused a true and correct copy of the foregoing to be served upon the following persons at the addresses below their names either by depositing said document in the United States mail with the correct postage thereon, by hand delivery, by transmitting by facsimile, or by placing said document in the attorney's courthouse box, as set forth below.

RICHARD J. ARMSTRONG    [X] U.S. Mail
500 EAGLE GATE TOWER    [ ] Hand Delivery
SALT LAKE CITY, UT 84111    [X] Facsimile
FAX: (801) 366-6061     [ ] Courthouse Box

THOMSEN STEPHENS LAW OFFICES, PLLC

By: _____
   T. Jason Wood

J:\data\TJW\4550-021\PLEADINGS\004 Brf Opp Arb.wpd

# IN THE DISTRICT COURT OF THE SEVENTH JUDICIAL DISTRICT OF THE
# STATE OF IDAHO, IN AND FOR THE COUNTY OF BONNEVILLE

| | |
|---|---|
| MELALEUCA, INC., | ) |
| | ) |
| Plaintiff, | )    Case No. CV-20092616 |
| | ) |
| -vs.- | )    **MINUTE ENTRY** |
| | ) |
| RICK FOELLER, et al, | ) |
| | ) |
| Defendants. | ) |
| | ) |

On July 27, 2009, at 11:30 AM, a Motion to Compel Arbitration came on for hearing before the Honorable Jon J. Shindurling, District Judge, sitting in open court at Idaho Falls, Idaho.

Ms. Nancy Marlow, Court Reporter, and Ms. Grace Walters, Deputy Court Clerk, were present.

Mr. Jason Wood appeared on behalf of plaintiff. Mr. Richard Armstrong appeared telephonically on behalf of defendants.

Mr. Armstrong presented argument on the Motion to Compel Arbitration.

Mr. Wood argued in opposition on the Motion to Compel Arbitration and stated this case is a Policy 20 case which creates an exception to the binding arbitration.

Mr. Armstrong presented rebuttal argument, stating this is not a Policy 20 case.

MINUTE ENTRY - 1

After a brief discussion with the parties, the Court stated the policies and procedures are incorporated into the agreement. The Court will deny the motion as to Policy 20 issues. Mr. Wood will prepare and submit an order for signature.

Court was thus adjourned.

_____
JON J. SHINDURLING
District Judge

c:  Jason Wood
    Richard Armstrong

MINUTE ENTRY - 2

**IN THE DISTRICT COURT OF THE SEVENTH JUDICIAL DISTRICT OF THE**

**STATE OF IDAHO, IN AND FOR THE COUNTY OF BONNEVILLE**

|  |  |  |
|---|---|---|
| MELALEUCA, INC, | ) | |
| Plaintiff, | ) | |
| | ) | Case No. CV-2009-2616 |
| vs. | ) | |
| | ) | **ORDER REFERRING CASE TO** |
| RICK ROELLER, et al, | ) | **MEDIATION** |
| Defendants. | ) | |
| | ) | |

The Court, being duly advised, concludes that this case is appropriate for referral to mediation under I.R.C.P. 16(k).

Therefore, this case is hereby referred to mediation pursuant to I.R.C.P. 16(k). The parties are hereby ordered to confer and select a mediator on or before October 2, 2009. If a mediator is not selected on or before October 2, 2009, the parties are to notify the Court within ten (10) days and the Court will appoint the mediator.

The initial mediation session must be scheduled by the mediator within forty-two (42) days after the mediator has been selected or appointed, unless this time is extended by court order.

All named parties or their agents with full authority to settle, together with the attorneys responsible for handling the trial in this cause, are directed to be present during the entire mediation process pursuant to I.R.C.P. 16(k)(10), unless otherwise excused by the mediator upon a showing of good cause or by order of this Court.

The costs of mediation are to be divided and borne equally by the parties.

ORDER REFERRING CASE TO MEDIATION- 1

Within seven (7) days following the last mediation session, the mediator is directed to advise Court <u>only</u> whether the case has, in whole or in part, been settled.

Counsel and parties are directed to proceed in a good faith effort to attempt to resolve this case.

All discovery and other proceedings are not stayed pending mediation as provided herein.

IT IS SO ORDERED this 27th day of July 2009.

JON J. SHINDURLING
District Judge

Case 4:09-cv-00517-BLW   Document 1-6   Filed 10/13/09   Page 85 of 93

## CERTIFICATE OF SERVICE

I hereby certify that on this 29 day of July 2009, I did send a true and correct copy of the foregoing document upon the parties listed below my mailing, with the correct postage thereon; by causing the same to be placed in the respective courthouse mailbox; or by causing the same to be hand-delivered.

T. Jason Wood
Courthouse Box

Richard Armstrong
60 E. South Temple, Suite 500
500 Eagle Gate Tower
Salt Lake City, UT 84111

RONALD LONGMORE
Clerk of the District Court

By: _Grace Walters_
Deputy Clerk

**IN THE DISTRICT COURT OF THE SEVENTH JUDICIAL DISTRICT OF THE**

**STATE OF IDAHO, IN AND FOR THE COUNTY OF BONNEVILLE**

| | | |
|---|---|---|
| MELALEUCA, INC, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. CV-2009-2616 |
| | ) | |
| -vs.- | ) | **ORDER SETTING PRE-TRIAL** |
| | ) | **CONFERENCE AND JURY TRIAL** |
| RICK FOELLER, et al, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Pursuant to Rule 16 of the Idaho Rules of Civil Procedure, the following pre-trial schedule shall govern all proceedings in this case:

### I.  IT IS HEREBY ORDERED:

1.      Formal pre-trial conference pursuant to Rule 16, I.R.C.P., will be held on November 8, 2010, at 10:00 a.m., at which time witness lists, exhibit lists and any proposed jury instructions must be filed.

2.      Jury Trial shall commence at 1:30 p.m., on November 29, 2010.
No later than ninety (90) days before the date set for trial, counsel shall disclose the names, addresses, and telephone numbers of expert witnesses that may be called to testify at trial.

4.      All discovery shall be completed seventy (70) days prior to trial.[1]

5.      All Motions for Summary Judgment must be filed sixty (60) days prior to trial in conformance with Rule 56(a), I.R.C.P.

6.      All Motions for Summary Judgment must be heard at least twenty-eight (28) days prior to trial.

---

[1] Discovery requests must be served so that timely responses will be due prior to the discovery cutoff date.

**II. IT IS FURTHER ORDERED** that each attorney shall, no later than fourteen (14) days before trial:

1.    Submit a list of names to the court of persons who may be called to testify.

2.    Submit a descriptive list of all exhibits proposed to be offered into evidence to the court indicating which exhibits counsel have agreed will be received in evidence without objection and those to which objections will be made, including the basis upon which each objection will be made.

3.    Submit a brief to the court citing legal authorities upon which the party relies as to each issue of law to be litigated.

4.    If this is a jury trial, counsel shall submit proposed jury instructions to all parties to the action and the court.  All requested instructions submitted to the court shall be in duplicate form as set out in Idaho Rule of Civil Procedure 51(a)(1).

5.    Submit that counsel have in good faith tried to settle this action.

6.    State whether liability is disputed.

**III. IT IS FURTHER ORDERED** that each attorney shall no later than seven (7) days before trial:

1.    Submit any objections to the jury instructions requested by an opponent specifying the instruction and the grounds for the objection.

2.    Deposit with the clerk of the court all exhibits to be introduced, except those for impeachment.  The clerk shall mark plaintiff's exhibits in numerical sequence as requested by plaintiff and shall mark all defendant's exhibits in alphabetical sequence as requested by defendant.

3.    A duplicate set of all exhibits to be introduced, except those for impeachment, shall be placed in binders, indexed, and deposited with the clerk of the court.

**IV. IT IS FURTHER ORDERED** that:

1.    Any exhibits or witnesses discovered after the last required disclosure shall immediately be disclosed to the court and opposing counsel by filing and service stating the date upon which the same was discovered.

2.    No exhibits shall be admitted into evidence at trial other than those disclosed,

listed and submitted to the clerk of the court in accordance with this order, except when offered for impeachment purposes or unless they were discovered after the last required disclosure.

3.     This order shall control the course of this action unless modified for good cause shown to prevent manifest injustice.

4.     The court may impose appropriate sanctions for violation of this order.

DATED this 27th day of July 2009.

JON J. SHINDURLING
District Judge

## CERTIFICATE OF SERVICE

I hereby certify that on this 2Q day of July 2009, I did send a true and correct copy of the aforementioned Order upon the parties listed below by mailing, with the correct postage thereon, or by causing the same to be hand delivered.

T. Jason Wood
Courthouse Box

Richard Armstrong
60 E. South Temple, Suite 500
500 Eagle Gate Tower
Salt Lake City, UT 84111

RONALD LONGMORE
Clerk of the District Court

By: _Anne Walton_
Deputy Clerk

Curt R. Thomsen, Esq., ISB #2072
T. Jason Wood, Esq., ISB #5016
THOMSEN STEPHENS LAW OFFICES, P.L.L.C.
2635 Channing Way
Idaho Falls, ID 83404
Telephone (208) 522-1230
Fax (208) 522-1277

Attorneys for Plaintiff

IN THE DISTRICT COURT OF THE SEVENTH JUDICIAL DISTRICT OF THE

STATE OF IDAHO, IN AND FOR THE COUNTY OF BONNEVILLE

| | | |
|---|---|---|
| MELALEUCA, INC., an Idaho corporation, ) | | Case No. CV-09-2616 |
| ) | | |
| Plaintiff, ) | | |
| ) | | ORDER |
| v. ) | | |
| ) | | |
| RICK FOELLER and NATALIE FOELLER,) | | |
| ) | | |
| Defendants. ) | | |
| ) | | |

Currently pending before the Court is the Defendants' *Motion to Compel Arbitration.* Oral

argument on the motion was scheduled and heard on July 27, 2009 before the Court, at which time

both counsel appeared and respectively presented their arguments in support of and in opposition

to the motion. Having carefully reviewed the parties' submissions, considered their respective

arguments and evidence of record, and for the reasons stated by the Court on the record at the end

of the said hearing, and good cause appearing therefor, and the Court being fully advised in the

premises,

IT IS HEREBY ORDERED that the Defendants' *Motion to Compel Arbitration* is granted in part and denied it part.  The motion is GRANTED to the extent that Plaintiff intends to present any claim in addition to the claim in its Complaint involving violations of "Policy 20" incorporated into the parties' Independent Marketing Executive Application and Agreement (IMEA), and any such additional claims must be submitted to binding arbitration.  The motion is DENIED as to any claim presented by Plaintiff arising from alleged violations by the defendants of "Policy 20" incorporated into the IMEA, as such claims are not subject to the parties' arbitration agreement.

SO ORDERED this 30 day of July, 2009.

/s/ Jon J. Shindurling

Jon J. Shindurling
DISTRICT JUDGE

2 -     ORDER

## CLERK'S CERTIFICATE OF MAILING

I certify that I am the duly elected and qualified Clerk of the District Court of the Seventh

Judicial District of the State of Idaho, in and for the County of Bonneville; that I served a copy of

the foregoing **ORDER** to the following attorneys this $\underline{31}$ day of $\underline{July}$, 2009, as follows:

CURT R THOMSEN                        [ ] U.S. Mail
T JASON WOOD                          [ ] Hand Delivery
2635 CHANNING WAY                     [ ] Facsimile
IDAHO FALLS ID 83404                  [X] Courthouse Box

RICHARD J. ARMSTRONG                  [X] U.S. Mail
500 EAGLE GATE TOWER                  [ ] Hand Delivery
SALT LAKE CITY, UT  84111             [ ] Facsimile
FAX: (801) 366-6061                   [ ] Courthouse Box

_____
Clerk

By: _____
   *Grace Walters*

J:\data\TJW\4550-021\PLEADINGS\005 Ord Arb.wpd

3 -    ORDER

IN . D FOR THE COUNTY OF BONNEVI :
605 NORTH CAPITAL AVE.
IDAHO FALLS, IDAHO  83402

MELALEUCA, INC.               )
                                          )     Case No:  CV-2009-0002616

VS.                            )

                                          )     **NOTICE OF HEARINGS**

RICK FOELLER, ETAL.        )

**NOTICE IS HEREBY GIVEN** that the above-entitled case is set for:

| | |
|---|---|
| **Pretrial Conference:** | **Monday, November 8, 2010 at 10:00 AM** |
| **Jury Trial:** | **Monday, November 29, 2010 at 01:30 PM** |
| Judge: | Jon J. Shindurling |
| Courtroom: | |

I hereby certify that the foregoing is a true and correct copy of this Notice of Hearings entered by the Court and on file in this office.  I further certify that copies of this Notice were served as follows:

RICHARD J. ARMSTRONG
60 E SOUTH TEMPLE, STE 500
500 EAGLE GATE TOWER
SALT LAKE CITY  UT  84111

__X__ Mailed      _____ Hand Delivered      _____Courthouse Box      _____ Fax

T. JASON WOOD
2635 CHANNING WAY
IDAHO FALLS  ID  83404

_____ Mailed      _____ Hand Delivered      __X__Courthouse Box      _____ Fax

                              Dated:     July 28th, 2009

                              RONALD LONGMORE
                              Clerk of the District Court

                              By: _Grace Walters_____
                                    Deputy Clerk

                              DOC22cv1 - Multiple  2/05